UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-43597-399 |
| Briggs & Stratton Corporation et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. §1102(a), the United States Trustee hereby appoints the following creditors of the above-named jointly administered debtors to the Official Committee of Unsecured Creditors:

Pension Benefit Guaranty Corporation
Attn: Cynthia Wong
1200 K Street, N.W.
Washington, D.C. 20005
Phone: (202) 229-3033

Wilmington Trust N.A.
Attn: Peter Finkel
50 South Sixth Street, Suite 1290
Minneapolis, Minnesota 55402
Phone: 612-217-5629

Thomas R. Savage
3354 Lake Drive
Hartford, WI   53027
Phone:  (414) 841-1085

James E. Brenn
3627 West Haven Ct.
Mequon, WI   53902
Phone:  (414) 271-8503

Hoffer Plastics Corporation
Attn: Gretchen Hoffer Farb
500 N. Collins St.
South Elgin, IL   60177
Attn.: Gretchen Hoffer Farb
Phone: (847)-717-5791

A R North America
140 81ST AVE NE
Minneapolis, MN US 55432-1770
Attn.: Jon Notch
Phone: (763) 398-6074

Jiangsu Jianghuai Engine Co. Ltd
Attn: Brian Mitteldorf
14226 Ventura Boulevard
Sherman Oaks, CA 91423
Phone: 818-990-4800

        DANIEL J. CASAMATTA
        Acting United States Trustee

        PAUL A. RANDOLPH
        Assistant United States Trustee

        BY: /s/ Sirena T. Wilson
        Sirena T. Wilson
        LSBA# 34363
        Trial Attorney
        111 S. 10th Street, Suite 6.353
        St. Louis, MO 63102
        PH: (314) 539-2952
        FAX: (314) 539-2990
        Email: sirena.wilson@usdoj.gov

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing document was filed electronically on August 5, 2020 with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

       I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, address to those parties listed on the Court's Manual Notice List and listed below on August 5, 2020.

        /s/Sandra L. Herling
          Sandra L. Herling, Paralegal Specialist