UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
|  | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON** | § |  |
| **CORPORATION,** *et al.,* | § | **(Jointly Administered)** |
|  | § |  |
| **Debtors.** | § |  |
|  | § |  |
|  | § |  |
|  | § |  |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## BILLY GOAT INDUSTRIES, INC., CASE NO. 20-10575

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | § | **Chapter 11** |
| In re: | § |  |
|  | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON** | § |  |
| **CORPORATION,** *et al.,* | § | **(Jointly Administered)** |
|  | § |  |
| Debtors. | § |  |

**GLOBAL NOTES AND STATEMENTS OF**
**LIMITATIONS, METHODOLOGY, AND DISCLAIMERS**
**REGARDING THE DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Briggs & Stratton Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**" and, together with their non-Debtor affiliates, the "**Company**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" or "**SOFA**" and, collectively, the "**Statements**" or "**SOFAs**") with the United States Bankruptcy Court for the Eastern District of Missouri (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").[1]

These global notes and statements of limitations, methodology and disclaimers regarding the Debtors' Schedules and Statements (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to particular Schedules and Statements (the "**Specific Notes**" and, together with the Global Notes, the "**Notes**"). These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management team prepared the Schedules and Statements with the assistance of their advisors and other professionals and have relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, the Debtors' management, including the Debtors' Chief Financial Officer, who has executed the Schedules and Statements of each of the Debtors, has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

---

[1] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the *Declaration of Jeffrey Ficks, Financial Advisor of Briggs & Stratton Corporation, in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 51] (the "**Ficks Declaration**").

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors' management team and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, the receipt or discovery of subsequent information may result in material changes to the Schedules or Statements and/or inadvertent errors, omissions, or inaccuracies may exist in the Schedules or Statements. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of debtor or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.  **Description of the Cases.** On July 20, 2020 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 21, 2020, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b). On August 5, 2020, the United States Trustee for the Eastern District of Missouri (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Creditors' Committee**").

2.  **Basis of Presentation.** For financial reporting purposes, the Debtors historically have prepared consolidated financial statements, which include financial information for the Debtors and certain non-debtor affiliates. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting

Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the applicable Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than reporting by individual legal entity, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time prior to or after the Petition Date.

3.    **Reporting Date.** Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records as of the Petition Date and generally do not account for authorized payments under the First Day Orders (as defined below).

4.    **Current Values.** Other than estimated bank cash balances, the assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the book value ascribed in the Debtor's books is reflected in the Schedules and Statements.

5.    **Confidentiality.** To protect the privacy of certain parties, including, among others, the Debtors' employees and board of directors, certain identifying information, such as mailing addresses, was excluded from the Schedules and Statements.[2] In addition, there may be instances where certain information was not included due to the nature of the agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual.

---

[2]    This is consistent with the authority granted to the Debtors in the *Order (I) Extending the Time to File Schedules and Statements; (II) Extending the Time to Schedule the Meeting of Creditors; (III) Waiving the Requirements to File Equity Lists and Provide Notice to Equity Security Holders; (IV) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors; (V) Authorizing the Debtors to File a Consolidated and Redacted Creditor Matrix; and (VI) Approving the Manner of Service of Notice of Case Management* [Docket No. 149] (the "**Creditor Matrix Order**").

6.      **Intercompany Transactions and Claims.**  The Debtors have reported for each Debtor the aggregate net intercompany balance between such Debtors and each other Debtor and/or non-Debtor as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate, as of the Petition Date.  Due to the volume of intercompany accounts payable and receivable, multiple sources and accounting software systems involved, and the complex nature of the Debtors' business, these amounts have not been fully reconciled as of the Petition Date.  The listing in the Schedules and Statement (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor and/or non-Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a claim or how much obligations may be classified and/or characterized in a plan of reorganization or otherwise by the Bankruptcy Court.  The Debtors reserve all rights with respect to such obligations.

Intercompany transactions arise in the ordinary course and are primarily related to: (i) procurements, (ii) commissioned sales, (iii) royalties, (iv) dividend payments, and (v) warranty payments.  Intercompany transactions between Company entities result in intercompany receivables and payables and short term or long term notes.  The intercompany balances recorded in the Schedules reflect activity through the fiscal year ended June 30, 2020.  Accordingly, the Debtors reserve their rights to amend the Schedules and Statements, if applicable. The Company does review its intercompany transactions on a monthly basis to verify both payables and receivables are reflected and that any variance is below a $50,000 threshold amount, but does not undergo a full reconciliation process.

7.      **Accuracy.**  Although the Debtors have made good faith reasonable efforts to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.  Persons and entities trading in or otherwise purchasing, selling or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.  The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary or appropriate.

8.      **Net Book Value of Assets.**  In many instances, current market valuations are not maintained by or readily available to the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  As such, wherever possible, unless otherwise indicated, net book values are presented as of the Petition Date.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined."  Amounts ultimately realized

4

may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.  As applicable, fixed assets and leasehold improvement assets that have been fully depreciated, amortized or impaired, or were expensed for GAAP accounting purposes, have no net book value, and, therefore, are not included in the Schedules and Statements or are listed with a zero-value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

9. **Currency.**  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. Currency conversions are generally as of the Petition Date.  To the extent information has been provided in local currency for specific Schedule and Statement responses, approximate foreign exchange rates have been utilized as of the date of the transaction for conversion to U.S. dollars.

10. **Payment of Prepetition Claims Pursuant to First Day Orders.**  Following the Petition Date, the Bankruptcy Court entered various orders on an interim and final basis (the "**First Day Orders**"), authorizing, but not directing, the Debtors to, among other things, pay certain prepetition:  (i) service fees and charges assessed by the Debtors' banks; (ii) insurance and surety bond obligations; (iii) obligations to critical vendors; (iv) claims of shippers and warehousemen; (v) customer program obligations; (vi) employee wages, salaries, and related items (including, employee benefit programs and independent contractor obligations); and (vii) taxes and assessments.  Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Petition Date.  To the extent any adjustments are necessary for any payments made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such adjustments may be included within the Schedules and Statements. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to the First Day Orders that may not be represented in the attached Schedules and Statements.

11. **Other Paid Claims.**  To the extent the Debtors reach any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval if necessary.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

12. **Setoffs.**  The Debtors routinely incur setoffs from customers and suppliers in the ordinary course of business.  Such ordinary course setoffs can arise from various items including, but not limited to, billing discrepancies, customer programs, returns, warranties, refunds, rebates, certain intercompany transactions, and other disputes between the Debtors and their customers and/or suppliers.  These routine setoffs are consistent with the ordinary course of business in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and, as such, are or may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

13. **Accounts Receivable.**  The accounts receivable information listed on the Schedules includes receivables from the Debtors' customers and is calculated net of any amounts that, as of the Petition Date, may be owed to such customers in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day operating policies and any applicable Bankruptcy Court order.

14. **Inventory.** Inventories are reported based on the net book value on the Debtors' balance sheet as of the Petition Date.

15. **Property and Equipment.**  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are listed in the Schedules and Statements.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.  The inventories, property and equipment listed in the Schedules are presented without consideration of any mechanics' or other liens.

16. **Excluded Assets and Liabilities.**  Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts or reserves recorded for GAAP reporting purposes only, and certain assets with a net book value of zero are not included in the Schedules.  Excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  Other immaterial assets and liabilities may have been excluded.

17.    **Reservation of Rights.**  Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, the following:

a.    Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on its Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.    Amounts that were not readily quantifiable by the Debtors may be reported as "unknown", "TBD", or "undetermined", and is not intended to reflect upon the materiality of such amount.

d.    The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

e.    The listing of a claim (i) on Schedule D as "secured," or (ii) on Schedule E/F as "priority unsecured," and the listing a contract or lease on Schedule G as "executory" or "unexpired", does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim, contract or lease pursuant to a schedule amendment, claim objection, or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

f.    In the ordinary course of their business, the Debtors lease property and equipment from certain third-party lessors for use in the daily operation of

7

their business.  Any such leases are set forth in Schedule G and any current amount due under such leases that was outstanding as of the Petition Date is listed on Schedule E/F.  Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, the recharacterization thereof.

g. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

h. The Debtors' businesses are part of a complex enterprise.  Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions.  The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

i. The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

j. The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their secured financings, debt instruments, and other agreements.  However, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.  Where such Guarantees have been identified, they are included in the relevant Schedules and Statements.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements inadvertently may have been omitted.  The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings and debt instruments on Schedule H.  Guarantees with respect to the Debtors' executory contracts and unexpired leases are not included on Schedule H and the Debtors believe that certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financing, debt instruments and similar agreements may exist and, to the extent they do, will be identified upon further review.  Thus, the Debtors

8

reserve their rights to amend and supplement the Schedules and Statements to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to recharacterize and reclassify any such contract or claim.

k. Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is binding, valid, and enforceable. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

l. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

m. To timely close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Petition Date. The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue and expense to reflect changes in those estimates and assumptions.

18. **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. Where a claim or other amount is marked as "unliquidated," but the Debtors also report a dollar value, such dollar value may indicate only the known or determined amount of such claim or amount, the balance of which is unliquidated.

19. **Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

<u>**Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities**</u>

1.    **Schedule-Specific Disclosures.** Each of Schedules A/B, D, E/F, G, and H contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated herein by reference. The asset totals listed on the Schedules represent all known amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

2.    **Schedules A/B**

a.    **Part 1.**    As set forth in the Cash Management Motion,[3] the Company conducts its operations through an extensive network of bank accounts managed globally. Amounts listed in Question 3 reflect the actual bank account balances in the respective accounts as of the Petition Date and may vary from the Debtors' books and records amounts. The Debtors also maintain three (3) lock boxes where customer checks are directed.

Briggs & Stratton Corporation makes payments on behalf of Briggs & Stratton International, Inc. and Briggs & Stratton Tech, LLC, and therefore bank accounts and transactions for these entities are reflected in the Briggs & Stratton Corporation schedules and statements.

b.    **Part 2.**    The Debtors maintain certain deposits in the conduct of their business operations. These deposits are included in the Schedules for the appropriate legal entity. Types of deposits include, among other things, lease deposits, security deposits, royalties, and equipment deposits. Certain prepaid or amortized assets are listed in Part 2 in accordance with the Debtors' books and records. The amounts listed in Part 2 do not necessarily reflect assets that the Debtors will be able to collect or realize. These amounts listed in Part 2 include, among other things, prepaid rent, professional services retainers, New Market Tax Credit insurance costs, prepaid subscription fees, prepaid marketing expenses, utilities deposits, and prepaid trade show deposits.

c.    **Part 3.** The Debtors' accounts receivable information includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors'

---

[3]    The "**Cash Management Motion**" means the *Motion of Debtors for Entry of Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use Thereof, and (C) Continue Intercompany Transactions and Provide Administrative Expense Priority for Postpetition Intercompany Claims, and (D) Continue Supply Chain Financing; (II) Waiving Requirements of Section 345(b) of the Bankruptcy Code; and (III) Granting Related Relief* [Docket No 17].

customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances.  The Debtors do not indicate the age of accounts receivables in these Schedules and Statements.

As described in the Cash Management Motion, the Debtors are tracking postpetition intercompany transactions on a Debtor-by-Debtor basis.

d.  **Part 4.**  Equity interests in subsidiaries and affiliates primarily arise from common stock ownership. For purposes of these Schedules and Statements, the Debtors have listed an undetermined value for the equity interests on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.  Additionally, the Debtors report investments in subsidiaries on an aggregate basis, which incorporates all international subsidiaries.  To determine the individual investment for each individual subsidiary would be unduly burdensome given the complex nature of the Debtors operations.

e.  **Part 5.**  Inventory is stated at book value as of the Petition Date.  Inventory reserves for Briggs & Stratton Corporation are applied on a pro-rated basis across all inventory categories.  Inventory reserves for Allmand Bros., Inc. are applied proportionally to semi-finished goods and finished goods only. Inventory reserves for Billy Goat Industries, Inc. are applied exclusively to finished goods.

Amounts presented as inventory receipts within twenty days of the Petition Date have not been reduced to reflect inventory received under cash in advance payments or payments made postpetition under certain First Day Orders.  The amounts listed in Part 5 should not be interpreted as an estimate of outstanding section 503(b)(9) balances.

f.  **Part 7.** The value of office furniture and fixtures, office equipment, and machinery are reflected at the net book value as of the Petition Date. Debtors have listed all relevant assets, including those that are fully depreciated.

g.  **Part 8, Question 47.**  Actual realizable values of the identified leased or owned vehicles may vary significantly relative to net book values as of the Petition Date.  The majority of the vehicles operated by the Debtors are leased.  As the total book value of the owned vehicles is only approximately five percent (5%) of the total leased vehicle value, aggregate information for all leased vehicles has been provided (rather than detailed information by vehicle). For the purposes of the Schedules, the Debtors have listed information regarding the leased vehicles on the Schedules for Briggs & Stratton Corporation.

h. **Part 8, Question 50.** Assets under construction primarily relate to capital expenditures and primarily refer to equipment and tooling not yet in production. As these assets are not yet in production, they are not yet being utilized or depreciated.

i. **Part 9.** For the Debtors that own real property, such owned real estate is reported, except where otherwise noted, at book value as of the Petition Date. The Debtors may have listed certain assets as real property when such assets were in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all rights to recharacterize their interests in real property at a later date. The value of leased properties is reflected as undetermined.

j. **Part 10.** Part 10 identifies the various trademarks, patents, and licenses owned and maintained by the Debtors. Part 10 also includes a best effort listing of the Debtors' registered internet domains and websites. The act of not listing any specific domain or website is not a relinquishing of ownership. Certain of the Debtors have customer information from ordinary course business activities which contains personally identifiable information (as defined in section 101(41A) and 107 of the Bankruptcy Code). As of the Petition Date, the Debtors' books and records included balances for various intangible assets. The Schedules do not list the book balances of intangible assets because they may not be reflective of realizable values.

Goodwill reflects the costs of acquisitions in excess of fair values assigned to identifiable net assets acquired. Goodwill is assigned to reporting units based upon the expected benefit of the synergies of the acquisition. Other Intangible Assets reflect identifiable intangible assets that arose from purchase acquisitions or license agreements. Assets are primarily composed of trade names, patents and customer relationships. Goodwill and tradenames, which are considered to have indefinite lives, are not amortized; however, both must be tested for impairment at least annually.

k. **Part 11.** In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, refunds with their customers and suppliers, and potential warranty claims against their suppliers, among other claims. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as plaintiffs, or counter-claims and/or cross-claims as defendants.

Despite exercising their reasonable efforts to identify all such assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. Unless otherwise noted on specific responses, items reported on Schedule B

13

are reported from the Debtors' books and records as of the Petition Date.  Any amounts reported typically reflect amounts seeking to be recovered and/or costs incurred pursuing causes of action, and may not reflect ultimate recoverable amounts.  The Debtors reserve all of their rights with respect to any claims and causes of action, or avoidance actions they may have and neither the Notes nor the Schedules shall be deemed a waiver of any such claims or causes of action, or avoidance actions, or in any way prejudice or impair the assertion thereof in any way.

l.  **Part 11, Question 72.**  The estimate of federal net operating losses ("**NOLs**") reported as of fiscal year ended June 30, 2020 reflects the impact of amended U.S. federal income tax returns to be filed postpetition to carryback NOLs to the years ended June 30, 2014, June 30, 2015, and June 30, 2016.  This carryback is anticipated to have the effect of decreasing the available U.S. Federal NOLs by approximately $93 million, while increasing certain other tax attributes (i.e., foreign tax and general business credit carryforwards) and generating a U.S. federal income tax refund receivable. The gross non-tax effected NOL carryforward value as of June 30, 2020 prior to filing of the amended U.S. federal income tax returns was initially estimated at $110 million.  Although the U.S. federal NOL carryforwards may have been generated by multiple debtors, for ease of administration and reporting, all NOLs are reflected under Briggs & Stratton Corporation.  Taxable income or NOLs from the current year's activity is estimated and subject to change.

m.  **Part 11, Question 73.**  The Debtors maintain a variety of insurance policies. The Debtors have not made a determination as to the surrender or refund value of each of the insurance policies.  Therefore, the Debtors' insurance policies are listed with an undetermined value.

n.  **Part 11, Question, 75.**  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B Question 75.

o.  **Part 12, Question 82.**  Intercompany receivables have been listed as "Other property" under Schedule A/B, Question 77.

3.  **Schedule D.**  The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates.  A determination of the date on which each claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included for each claim.  To the best of the Debtors' knowledge, all claims listed

14

on Schedule D arose, or were incurred, before the Petition Date. The amounts on Schedule D are consistent with the Debtors' stipulations set forth in the DIP Order, which are subject to investigation and challenge by the Creditors' Committee or other parties in interest, all as more fully set forth in the DIP Order.

Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and/or their estates reserve their right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the Debtors reserve all rights to dispute and challenge the secured nature of any creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim; and (c) the descriptions provided on Schedule D are intended to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Detailed descriptions of the Debtors' prepetition debt structure, guarantees, and descriptions of collateral relating to each debt contained on Schedule D are contained in the Ficks Declaration.

The Debtors have listed only the administrative agent for their funded secured indebtedness, but these secured claims are owned or beneficially controlled by a number of parties that may not be identified in the Schedules and Statements.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D. The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

4. **Schedules E/F**

a. **Part 1.** The claims listed on Part 1 arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Part 1. To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

The Debtors have not listed any tax, wage or wage-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for wages, salaries, expenses, benefits

15

and other compensation as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 and 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits and the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as disputed, contingent, and unliquidated, pending final resolution of ongoing audits or other outstanding issues.

Schedule E/F, Part 1 also includes estimates related to employee incentive compensation plans. This information is not comprehensive. While the Debtors have multiple cash bonus plans, at the time of the filing and preparation of the Schedules, only amounts associated with the employee Sales Incentive Plan have been determined. The amounts to be awarded under the Annual Incentive Plan and the Hourly Employee Incentive Plan are currently being assessed as specified in the Employee Wage Motion. Therefore, these amounts have not been incorporated. The Debtors reserve their rights, but undertake no obligations, to amend Schedules E/F as they receive this information.

Schedule E/F, Parts 1 & 2 includes estimates related to employee PTO obligations. These estimates are marked as unliquidated as the exact amount may vary from the most recent payroll records received from the Debtors. Additionally, these claims are also marked as contingent as the Debtors do not seek the authority to "cash out" accrued but unpaid PTO unless required by applicable non-bankruptcy law and as vacation is taken post filing by each employee.

The Debtors reserve the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under the Bankruptcy Code.

**Part 2.** The Debtors have exercised their reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the

16

same and to dispute and challenge any setoff and recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have made reasonable efforts to include all unsecured creditors on Schedule E/F including, but not limited to, lease counterparties, taxing authorities, trade creditors, and service providers. The amounts listed in Schedule E/F with respect to certain trade creditors do not convey the Debtors' stipulations set forth in each such creditor's ongoing trade agreement, as applicable.[4] The Debtors have made reasonable efforts to include certain balances on Schedule E/F, including deferred liabilities, accruals, or general reserves, but may not have included all balances where impracticable. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated and disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule E/F also contains information regarding pending litigation involving the Debtors. Each of the litigations are listed in the Schedules for Briggs & Stratton Corporation. In certain instances, the relevant Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such information is included on that Debtor's Schedule E/F. The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated, and disputed in the Schedules.

The aggregate net intercompany payable amounts listed in Schedule E/F may or may not result in allowed or enforceable claims by or against a given Debtor, and listing these payables is not an admission on the part of the

---

[4]  Further information and a form of the Debtors' ongoing trade agreements is set forth in the *Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Obligations in the Ordinary Course of Business to (A) Critical Vendors, (B) Foreign Creditors, and (C) 503(b)(9) Claimants; and (II) Granting Related Relief* [Docket No. 30] and *Motion of Debtors for Order (I) Authorizing Payment of Prepetition Claims of Shippers, Warehouseman, Import/Export Providers, and Other Lien Claimants, (II) Confirming Administrative Expense Priority of Undisputed Prepetition Orders, (III) Authorizing Payment of Such Obligation in the Ordinary Course of Business, and (IV) Granting Related Relief* [Docket No. 150].

Debtors that the intercompany claims are enforceable or collectable.  The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to intercompany policies and arrangements not reflected in the Schedules.

Additionally, the Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain unsecured claims, pursuant to the First Day Orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, however, some amounts may reflect postpetition payments of some or all of the Bankruptcy Court approved payments.  Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim.  Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been, or may be, rejected.

Schedule E/F, Part 2 includes estimates for potential claims related to the Debtors' retirement plans, including, but not limited to, the Briggs & Stratton Key Employee Savings and Investment Plan and the Briggs & Stratton Supplemental Employee Retirement Plan.

The Debtors' accounting system tracks vendors using a number and unique name assigned to each vendor.  Because many vendors service multiple business areas for the Debtors, there are many instances in which the same vendor has been assigned multiple vendor numbers and variations of the vendor's name.  For purposes of Part 2, the Debtors have, to the best of their knowledge, aggregated claims for the same vendor under the same vendor number.  However, instances may exist where not all claims for a single vendor have been aggregated, and, conversely, some claims may have been unknowingly aggregated into a single vendor number whereas they should be separate vendors.  Instances may exist where not all such claims have been identified and the Debtors may have separately listed potentially duplicative claims of such vendors under multiple vendor numbers. The Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

The Debtors have listed only the indenture trustee for their funded unsecured indebtedness, but these unsecured claims are owned or beneficially controlled by a number of parties that may not be identified in the Schedules and Statements.

18

5. **Schedule G.** Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), the Debtors' review process of the Agreements is ongoing and inadvertent errors, omissions, or over-inclusion may have occurred. All information provided is based on the Debtors' contract repository software and is subject to material change. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as dealer agreements, confidentiality agreements, service agreements, sales agreements, equipment leases, tooling products agreements, and other agreements that may be included in Schedule G. In addition, as described herein, certain non-disclosure agreements have been omitted. The Debtors reserve all of their rights with respect to such agreements.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G. Executory agreements that are oral in nature have not been included in Schedule G. Any and all of the Debtors' rights, claims and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve all of their rights to (a) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (b) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G and (c) to amend or supplement such Schedule as necessary. Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors. Additionally, the specific Debtor obligors to certain of the Agreements may not have been specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the Agreement and, where a contract party remained uncertain, such Agreement may have been listed on a different Debtor's Schedule G.

Certain of the Agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, statements of work, change orders, letters and other documents that may not be listed separately on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts. Additionally, relationships between the Debtors and their customers are often governed by a

master services agreement, under which customers also place work and purchase orders, which may be considered executory contracts. Disclosure of these purchase and work orders, however, is impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose master services agreements in Schedule G, purchase and work orders placed thereunder have been omitted.

In addition, certain of the Agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claims. Finally, certain of the executory agreements may not have been memorialized and could be subject to dispute.

Any and all of the Debtors' rights, claims, and causes of action with respect to the Agreements listed on this schedule are hereby reserved and preserved. Similarly, the listing of an Agreement on this schedule does not constitute admission that such document is not a secured financing.

6.   **Schedule H.**  The Debtors are party to various debt agreements which were executed by multiple Debtors and certain of their non-Debtor affiliates. The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor. In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H. Furthermore, the Debtors may not have identified on Schedule H certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. Due to their voluminous nature, and to avoid unnecessary duplication, the Debtors have not included on Schedule H debts for which more than one Debtor may be liable if such debts were already reflected on Schedule E/F or Schedule G for the respective Debtors subject to such debt. To the extent these Notes include notes specific to Schedules D-G, such Notes also apply to the co-Debtors listed in Schedule H. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

## Specific Notes With Respect to the Debtors' Statements of Financial Affairs

1. **SOFA Part 1.**  The income stated in the Debtors' response to SOFA 1 is consistent with the consolidated sales disclosed in compliance with GAAP and, for purposes of the Schedules and Statements, does not include revenue derived from Intercompany transactions.  The Debtors' fiscal year ends on or near June 30 each year:

   - **FY 2018**:  Comprised of 52 weeks ending July 1, 2018.

   - **FY 2019**:  Comprised of 52 weeks ending June 30, 2019.

   - **FY 2020**:  Comprised of 52 weeks ending June 28, 2020.

2. **SOFA 3**.  Attachment 3 includes any disbursement or other transfer made by the Debtors except for those made to bankruptcy professionals, employees in the ordinary course, and insiders. Transfers to bankruptcy professionals are included on Attachment 11. Transfers to insiders are included in Attachment 4. Additionally, intercompany transfers are excluded from Attachment 3. The payments contained in Attachment 3 reflect activity from April 20, 2020 through July 20, 2020 collected from various sources, including, the accounts payable system, payments initiated directly by Treasury, as well as direct debits.[5]  All direct debits are made out of Briggs & Stratton Corporation and are reflected on Attachment 3 for that legal entity.  Payments identified and reflected on Attachment 3 are on a cash basis and were made through the Debtors' cash management system.  The Debtors have, to the best of their knowledge aggregated claims for the same vendor under the same vendor number. However, instances may exist where not all claims for a single vendor have been aggregated, and, conversely, some claims may have been unknowingly aggregated into a single vendor number whereas they should be separate vendors. The Debtors reserve all rights to amend and supplement the Schedules and Statements and take any other action necessary.

   Additionally, certain creditors received payments in their capacity as a third-party intermediary for the Debtors; these payments are included as payments to the creditor.  Ceridian HCM, Inc. ("**Ceridian**") is the Debtors' payroll administrator and Attachment 3 reflects disbursements made to Ceridian on account of the Debtors' payroll obligations, including current and former officers, which Ceridian ultimately disburses to the Debtors' employees or to other employment-related parties with respect to deductions made against the employees' gross wages.  As well, the Debtors use an expense management system, Concur Technologies, Inc. ("**Concur**") to help track and process claims by Employees for Reimbursable Expenses.  Attachment 3 reflects disbursements made to Concur on account of individual employee reimbursements that are charged on corporate credit cards.  Other reimbursable expenses incurred by employees using their own

---

[5]   Activity may reflect credits as well as debits, showing net activity paid out.

funds that are reimbursed directly to employees are reflected on SOFA 3.

3. **SOFA 4.**  Solely for the purposes of the Schedules and Statements, the Debtors define "insiders" as (a) officers, directors, and anyone in control of a corporate debtor and their relatives; and (b) controlled affiliates of the Debtor and insiders of such affiliates.  Individuals listed in the Statements as insiders have been included for informational purposes only.  The Debtors do not take any position with respect to (i) such individual's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an insider under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.  As such, the Debtors reserve all rights to dispute whether someone identified is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.  For more information regarding each Debtor's officers and directors, please see SOFA 28.

Home addresses for directors, former directors, employees, and former employees identified as insiders have not been included in the Statements for privacy reasons.[6]  Amounts still owed to creditors will appear on the Schedules for each of the Debtors, as applicable.  Transfers listed on SOFA 4 are excluded from SOFA 3.  Intercompany receivables have been listed as "Other Property" under Schedule A/B, Question 77.

4. **SOFA 6.**  The Debtors incur certain offsets and other similar rights in the ordinary course of business.  Offsets in the ordinary course can arise from various items including, but not limited to, billing discrepancies, customer programs, returns, promotional funding, warranties, refunds, certain intercompany transactions and other disputes between the Debtors and their customers and/or suppliers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules.

5. **SOFA 7.**  Information provided on SOFA 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum.  While the Debtors believe they were diligent in their efforts, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to SOFA 7.  The Debtors reserve all of their rights to amend or supplement their response to SOFA 7.

The listing of any such proceeding shall not be a binding representation of the Debtors' liabilities with respect to any of the legal disputes and/or administrative proceedings identified therein or an admission that the proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors

---

[6]    The Court has allowed similar relief in the Creditor Matrix Order.

also reserve their rights to assert that neither any Debtor nor any non-Debtor affiliate is an appropriate party to such proceedings.

The actual amount of any recovery related to the proceedings listed in Question 7 is contingent on the outcome of the cases. The Debtors routinely participate in administrative actions and appeals in the ordinary course of their businesses.

The information provided in Attachment 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. Since the Debtors do not track corporate entity information at a case level, all litigation matters listed in SOFA 7 are reflected under Briggs & Stratton Corporation. In the Debtors' attempt to provide full disclosure, to the extent a legal dispute or administrative proceedings is not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy, the Debtors have identified such matters on Schedule F.

6. **SOFA 9.** The donations and/or charitable contributions listed in response to SOFA 9 represent payments made by Briggs & Stratton Corporation to third parties during the applicable timeframe that were recorded as such within the Debtors' books and records. All charitable contributions are classified as "donations" as it would be unduly burdensome to provide specific details given the way these transactions are recorded in the Debtors books and records. In addition to the charitable contributions listed in Attachment 9, the Debtors may make *de minimis* gifts or gifts in kind from time to time.

7. **SOFA 10.** The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.

8. **SOFA 11.** All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to SOFA 11. Some of the professionals listed on Attachment 11 were providing professional services to the Debtors on a consolidated basis beyond debt counseling or restructuring services, As such, certain of the fees listed may include amounts not associated with the bankruptcy process. Transactions represent payment on outstanding bills as well as retainers. Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders. The Debtors have listed payments made to professionals retained by the Debtors, but not payments made to advisors of their pre- or postpetition lenders or other parties.

9. **SOFA 13.** Transfers identified in the response to Question 13 reflect transactions made outside of the ordinary course of business and are arms-length transactions.

10. **SOFA 16.** Subject to the Debtors' privacy policy, in the ordinary course of business, the Debtors collect certain customer information from various sources. Examples of the types of information collected by the Debtors include, among other things, name, mailing address, telephone number, fax number, email address, insurance claim information and credit card information. The Debtors retain such information as long as is necessary for the Debtors to comply with business, tax, and legal requirements.

11. **SOFA 17.** Prior to acquisition by Briggs & Stratton Corporation, Allmand Bros., Inc. and Billy Goat Industries, Inc. had separate 401(k) plans for employees administered through third-party providers. These 401(k) plans were merged into the Briggs & Stratton Consolidated Retirement & Savings Plan in 2016.

12. **SOFA 21.** In the ordinary course of business, the Debtors utilize leased property in the conduct of their business. Such leases are listed on Schedule G.

Consignment inventory listed on SOFA 21 reflects property held as of the Petition Date and is part of ordinary course operations. Due to the nature of the Debtors' business, the amount of consignment inventory held at their various plant locations is often voluminous. As it would be unduly burdensome to provide line item detail with respect to consignment inventory, this information has been reflected on an aggregate basis by location.

13. **SOFA 22–24.** The Debtors have provided information related to environmental proceedings based on their books and records over the last 10 years. The Debtors presently have no outstanding environmental proceedings and have worked diligently to resolve and settle all environmental proceedings in a timely manner. All environmental information related to Attachments 22, 23, and 24 are recorded on the respective attachment for Briggs & Stratton Corporation.

14. **SOFA 25.** The Debtors report investments in subsidiaries on an aggregate basis, which incorporates all international subsidiaries. The Company is comprised of approximately fifty (50) separate legal entities. Due to the volume of legal entities enterprise-wide, the Debtors believe it would be prohibitively difficult to track every change in the capital structure over the six (6) years prior to the Petition Date. Thus, Attachment 25 includes exhibits reflecting the capital structure of the Company as it existed at the end of each of fiscal year 2014, 2015, 2016, 2017, 2018, 2019, and 2020.

15. **SOFA 26d.** The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients include, among others, regulatory agencies, financial institutions, investment banks, equityholders, debtholders and their legal and financial advisors. Financial statements have also been provided to other parties

as requested, subject to customary non-disclosure requirements where applicable.

Briggs & Stratton Corporation has provided financial statements in the ordinary course of business to numerous financial institutions, creditors, and other parties within two (2) years immediately before the Petition Date. Additionally, Briggs & Stratton Corporation has provided financial statements to numerous parties conducting due diligence during the last twelve (12) months in connection with the Debtors' prepetition capital raise, sale process, restructuring, and other processes requiring due diligence. Considering the number of such recipients and the possibility that in some cases such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of SOFA 26d.

Briggs & Stratton Corporation is a registrant with the Securities and Exchange Commission ("**SEC**") and as such files periodic reports on Form 8-K, Form 10-Q, and Form 10-K. Additionally, financial information for Briggs can be found on its website at http://www.basco.com. Due to the fact the SEC filings and Briggs & Stratton Corporation's website are of public record, Briggs & Stratton Corporation does not maintain records of those parties that have requested or obtained copies of any of the reports from the SEC or Briggs & Stratton Corporation.

16. **SOFA 27.** The count dates and amounts are reflective of physical inventory counts only and exclude cycle counting throughout the year. The results may not correspond to financial accounting for reporting purposes. The Debtors have provided information and estimates related to the value of such inventory where possible.

17. **SOFA 28.** The percent of interest listed for each of the directors and officers in SOFA 28 is as of the Petition Date and represents interests held individually, rather than beneficial ownership. Where "nm" ("not meaningful") appears on Attachment 28 a director or officer holds a percent of interest less than 0.1%.

18. **SOFA 30.** Any and all known disbursements to insiders have been listed in response to SOFA 4.

**Fill in this information to identify the case:**

Debtor Name: In re : Billy Goat Industries, Inc.

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (if known): 20-10575 (BSS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

## Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

    Copy line 88 from *Schedule A/B* ..................................................................................... | $ 0.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B* ................................................................................... | $ 43,838,335.87

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B* ..................................................................................... | $ 43,838,335.87

## Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..................... | $ 325,897,815.58

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................ | $ 128,262.34

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................... | + $ 214,120,005.30

4. **Total liabilities**

    Lines 2 + 3a + 3b ...................................................................................................... | $ 540,146,083.22

**Fill in this information to identify the case:**

Debtor Name: In re : Billy Goat Industries, Inc.

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (if known): 20-10575 (BSS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   2.1  None                                                                    $

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  U.S. Bank - 777 E. Wisconsin Avenue, Milwaukee, WI 53202 | Checking Account | 3304 | $                    39,876.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1  None                                                                    $

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $                    39,876.00

---

Debtor: Billy Goat Industries, Inc.

Name

Case number *(if known):* 20-10575

---

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 None | $ |
|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 Prepaid Expenses - General (Trade Show Deposits) | $ | 89,219.37 |
|---|---|---|
| 8.2 Prepaid Expenses - Insurance Premiums | $ | 22,877.86 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $ | 112,097.23 |
|---|---|

Debtor: Billy Goat Industries, Inc.

Name

Case number *(if known)*: 20-10575

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | | $ 4,861,349.92 | - $ | 0.00 | =..... ➔ | $ | 4,861,349.92 |
| 11b. | Over 90 days old: | | $ 131,112.09 | - $ | 70,784.15 | =..... ➔ | $ | 60,327.94 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 4,921,677.86

Official Form 206 A/B    **Schedule A/B: Assets - Real and Personal Property**    Page 3 of 12

Debtor:  Billy Goat Industries, Inc.                                          Case number *(if known)*:  20-10575
_____
Name

---

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____    _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                               % of ownership:

_____  _____  _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____    _____   $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

---

Debtor: Billy Goat Industries, Inc.
Name

Case number *(if known)*: 20-10575

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - ☐ No. Go to Part 6.
   - ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Raw Material | 5/15/2020 | $ 5,851,768.02 | Book | $ 5,851,768.02 |
| **20. Work in progress** | | | | |
| 20.1 Work In Process | 5/15/2020 | $ 121,296.46 | Book | $ 121,296.46 |
| 20.2 Semi-Finished Goods | 5/15/2020 | $ 36,140.00 | Book | $ 36,140.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Finished Goods | 5/15/2020 | $ 6,520,024.60 | Book | $ 6,520,024.60 |
| **22. Other inventory or supplies** | | | | |
| 22.1 None | | $ | | $ |

23. **Total of Part 5.**
   Add lines 19 through 22. Copy the total to line 84.

   $ 12,529,229.08

24. **Is any of the property listed in Part 5 perishable?**
   - ☒ No
   - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ☐ No
   - ☒ Yes. Description _____ Book value $ __Undetermined__ Valuation method __Market__ Current value $ __1,638,857.36__

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ☐ No
   - ☒ Yes

Debtor: Billy Goat Industries, Inc.
Name

Case number *(if known)*: 20-10575

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor:  Billy Goat Industries, Inc. _____    Case number *(if known):*  20-10575
              Name

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture & Office Equipment | $ 24,247.00 | Book | $ 24,247.00 |
| **40. Office fixtures** | | | |
| 40.1 None | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computer Hardware and Equipment | $ 19,570.00 | Book | $ 19,570.00 |
| 41.2 Computer Software | $ 2,984.00 | Book | $ 2,984.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 46,801.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor: Billy Goat Industries, Inc.

Name

Case number *(if known):* 20-10575

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Owned Motor Vehicles | $ 10,273.00 | Book | $ 10,273.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Machinery & Equipment | $ 955,248.00 | Book | $ 955,248.00 |
| 50.2 Tooling and Fixtures | $ 26,505.00 | Book | $ 26,505.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 992,026.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor: Billy Goat Industries, Inc.

Name

Case number *(if known)*: 20-10575

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1　Leased Property, Manufacturing plant<br>1803 SW Jefferson Street<br>Lee's Summit, MO 64082 | Leased manufacturing plant with lease agreement through May 2025 | $　　Undetermined | | $　　Undetermined |
| 55.2　Leased Property, Warehouse<br>1325 SW Market St.<br>Lee's Summit, MO 64082 | Leased warehouse with lease agreement through May 2025 | $　　Undetermined | | $　　Undetermined |
| 55.3　Leased Property, Warehouse<br>6817 Stadium Drive<br>Kansas City, MO 64129 | Leased warehouse with lease agreement through January 2023 | $　　Undetermined | | $　　Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$　　　　　0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?˙**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Billy Goat Industries, Inc.
Name

Case number (if known): 20-10575

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Patents Attachment | $ Undetermined | | $ Undetermined |
| 60.2 See Schedule A/B 60 Trademarks Attachment | $ Undetermined | | $ Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1 None | $ | | $ |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 Schiller Grounds Care, Inc., Settlement, Release and License Agreement, 1/26/2015 | $ Undetermined | | $ Undetermined |
| 62.2 ProManPTO, LLC and Kirk Jones, Assignment Agreement, 8/17/2016 | $ Undetermined | | $ Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer Relationship: Customer Lists, Mailing Lists, etc. | $ Undetermined | | $ Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 Goodwill | $ 9,206,352.70 | | $ 9,206,352.70 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| $ | 9,206,352.70 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor: Billy Goat Industries, Inc.
   Name

Case number *(if known):* 20-10575

---

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

    Description (include name of obligor)   Total face amount   doubtful or uncollectible accounts

    71.1 None   $ _____ - $ _____ =..... ➔ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    72.1 None   Tax year   $ _____

73. **Interests in insurance policies or annuities**

    73.1 None   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    74.1 None   $ _____

    **Nature of claim** _____

    **Amount requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    75.1 None   $ _____

    **Nature of claim** _____

    **Amount requested** $ _____

76. **Trusts, equitable or future interests in property**

    76.1 None   $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

    77.1 Intercompany Receivable from Briggs & Stratton Corporation   $ 15,990,276.00

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.   $ 15,990,276.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor:    Billy Goat Industries, Inc.                                                    Case number *(if known)*:    20-10575
           Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 39,876.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 112,097.23 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 4,921,677.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 12,529,229.08 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 46,801.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 992,026.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 9,206,352.70 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 15,990,276.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.............91a. | $ 43,838,335.87 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................... | | $ 43,838,335.87 |

**Fill in this information to identify the case:**

Debtor Name: In re : Billy Goat Industries, Inc.

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (if known): 20-10575 (BSS)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

JPMorgan Chase Bank, N.A.,
ABL Administrative and Collateral Agent
*Creditor's Name*

**Describe debtor's property that is subject to a lien**

Substantially All Assets

| | Column A | Column B |
|---|---|---|
| | $       325,897,815.58 | $       Undetermined |

**Creditor's mailing address**

JPMorgan Chase Bank, N.A.
*Notice Name*

10 South Dearborn Street
*Street*

Floor L2

Attention: John Morrone

| Chicago | IL | 60603 |
|---|---|---|
| *City* | *State* | *ZIP Code* |

*Country*

**Creditor's email address, if known**

**Date debt was incurred**    9/27/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe the lien**

Asset-Based Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$       325,897,815.58

**Part 2:**     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Latham & Watkins LLP | | | Line  2.1 | |
| Name | | | | |
| Peter P Knight, Jonathon Gordon | | | | |
| Notice Name | | | | |
| 330 North Wabash Avenue | | | | |
| Street | | | | |
| Ste 2800 | | | | |
| | | | | |
| Chicago | IL | 60611-3586 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Billy Goat Industries, Inc.

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (if known): 20-10575 (BSS)

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 128,262.34 $ | 128,262.34 |
| See Schedule E/F Part 1 Attachment | *Check all that apply.* | | |

Creditor Name

☑ Contingent

Creditor's Notice name

☑ Unliquidated

☑ Disputed

Address

**Basis for the claim:**

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

See Schedule E/F Part 2 Attachment

Creditor Name

_____

Creditor's Notice name

_____

Address

_____

_____

_____ _____ _____

City          State        ZIP Code

_____

Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                214,120,005.30

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**Part 3:**　　**List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 See Schedule E/F Part 3 Attachment | Line _____ | _____ |
| Name | ☐ Not Listed.Explain | |
| _____ | _____ | |
| Notice Name | | |
| _____ | | |
| Street | | |
| _____ | | |
| _____ | | |
| City　　　　　State　　　　ZIP Code | | |
| _____ | | |
| Country | | |

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 128,262.34 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 214,120,005.30 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 214,248,267.64 |

**Fill in this information to identify the case:**

Debtor Name: In re : Billy Goat Industries, Inc.

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (if known): 20-10575 (BSS)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | See Schedule G Attachment |
| | Name |
| | Notice Name |
| **State the term remaining** | Address |
| **List the contract number of any government contract** | |
| | City          State          ZIP Code |
| | Country |

**Fill in this information to identify the case:**

Debtor Name: In re : Billy Goat Industries, Inc.

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (if known): 20-10575 (BSS)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  See Schedule H Attachment | | | ☐ D |
| | Street | | |
| | | | ☐ E/F |
| | | | |
| | | | ☐ G |
| | City           State          ZIP Code | | |
| | Country | | |

Fill in this information to identify the case:

Debtor Name: In re : Billy Goat Industries, Inc.

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (if known): 20-10575 (BSS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          ✖ _____
                MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                                  Mark Schwertfeger
                                                  Printed name

                                                  Chief Financial Officer
                                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name: In re : Billy Goat Industries, Inc.

United States Bankruptcy Court for the: Eastern District of Missouri

Case number (if known): 20-10575 (BSS)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/23/2020
_____
MM / DD / YYYY

✖ _____
Signature of individual signing on behalf of debtor

Mark Schwertfeger
_____
Printed name

Chief Financial Officer
_____
Position or relationship to debtor

Schedule A/B 60-Patents

| TITLE | FILING DATE | APPLICATION NUMBER | GRANT DATE {PUBLICATION DATE} | NUMBER {PUBLICATION NO.} | COUNTRY | CASE STATUS | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|---|---|---|---|
| AERATOR | 3/15/2013 | 13/841,173 | 6/24/2014 | 8757283 | UNITED STATES | IN FORCE | UNDETERMINED |
| AIRFLOW PORTION OF DEBRIS-COLLECTING APPARATUS | 6/6/2012 | 29/423,961 | 4/15/2014 | D702902 | UNITED STATES | IN FORCE | UNDETERMINED |
| DEBRIS-COLLECTING APPARATUS | 1/11/2013 | 13/739,716 | 11/1/2016 | 9480376 | UNITED STATES | IN FORCE | UNDETERMINED |
| DEBRIS-COLLECTING SYSTEMS AND BAGGING APPARATUS FOR DEBRIS-COLLECTING SYSTEMS | 12/12/2016 | 15/376,067 | 6/2/2020 | 10667465 | UNITED STATES | IN FORCE | UNDETERMINED |
| DEBRIS-COLLECTING SYSTEMS AND BAGGING APPARATUS FOR DEBRIS-COLLECTING SYSTEMS | 5/19/2020 | 16/878,319 | | | UNITED STATES | PENDING / UNPUBLISHED | UNDETERMINED |
| DEBRIS-COLLECTING SYSTEMS AND BAGGING APPARATUS FOR DEBRIS-COLLECTING SYSTEMS | 3/5/2013 | 13/786,107 | 5/9/2017 | 9642508 | UNITED STATES | IN FORCE | UNDETERMINED |
| HOOD HAVING EXTERNAL HELICAL CONFIGURATION, FOR USE AS PART OF DEBRIS-COLLECTING APPARATUS | 6/6/2012 | 29/423,955 | 5/27/2014 | D706005 | UNITED STATES | IN FORCE | UNDETERMINED |
| SOD CUTTER BLADE | 4/10/2019 | 16/379,857 | {10/24/2019} | {2019-0320597} | UNITED STATES | PUBLISHED | UNDETERMINED |
| TURF AERATOR WITH UNIBODY CONSTRUCTION AND RECIPROCATING TINES | 6/25/2003 | 10/604,088 | 5/17/2005 | 6892821 | UNITED STATES | IN FORCE | UNDETERMINED |
| TURF AERATORS AND TINE ASSEMBLIES FOR SAME | 3/15/2013 | 13/836,793 | 2/17/2015 | 8955610 | UNITED STATES | IN FORCE | UNDETERMINED |
| VEHICULAR AUGER IMPLEMENT | 6/21/2018 | 16014700.0 | {12/20/2018} | {2018-0363376} | UNITED STATES | ALLOWED | UNDETERMINED |
| VEHICULAR AUGER IMPLEMENT | 1/2/2018 | 15/860,467 | {5/24/2018} | {2018-0142519} | UNITED STATES | ALLOWED | UNDETERMINED |
| VEHICULAR AUGER IMPLEMENT | 1/14/2014 | 14/155,287 | 8/7/2018 | 10041301 | UNITED STATES | IN FORCE | UNDETERMINED |
| | | | | | | TOTAL: | UNDETERMINED |

| TITLE | FILING DATE | APPLICATION NUMBER | REGISTRATION DATE | REGISTRATION NUMBER | COUNTRY | STATUS | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|---|---|---|---|
| BILLY GOAT | 6/4/2010 | 1041469 (IR) | 9/20/2010 | 1041469 (IR) | AUSTRALIA | IN FORCE | UNDETERMINED |
| BILLY GOAT | 9/22/1988 | 7/19/3585 | 2/9/1990 | TMA365261 | CANADA | IN FORCE | UNDETERMINED |
| BILLY GOAT | 12/3/1970 | 12/31/2596 | 12/3/1970 | 12/31/2596 | AUSTRALIA | IN FORCE | UNDETERMINED |
| BILLY GOAT | 12/3/1970 | 244585 | 12/3/1970 | 8/24/2569 | AUSTRALIA | IN FORCE | UNDETERMINED |
| BILLY GOAT | 7/8/2010 | 201007079 | 9/23/2010 | 1041469 (IR) | NORWAY | IN FORCE | UNDETERMINED |
| BILLY GOAT | 10/21/1970 | 1974-057087 | 1/30/1979 | 4/7/5649 | JAPAN | IN FORCE | UNDETERMINED |
| BILLY GOAT | 6/4/2010 | 1041469 (IR) | 6/4/2010 | 1041469 (IR) | JAPAN | IN FORCE | UNDETERMINED |
| BILLY GOAT | 12/6/1999 | 75/864,652 | 1/23/2001 | 2423201 | UNITED STATES | IN FORCE | UNDETERMINED |
| BILLY GOAT | 9/12/1988 | 6/16/2412 | 3/26/1991 | 6/16/2412 | NEW ZEALAND | IN FORCE | UNDETERMINED |
| BILLY GOAT | 12/1/1970 | 5/14/4551 | 12/1/1970 | 5/14/4551 | UNITED KINGDOM | IN FORCE | UNDETERMINED |
| BILLY GOAT | 4/20/1971 | 5/9/4566 | 4/20/1971 | 5/9/4566 | UNITED KINGDOM | IN FORCE | UNDETERMINED |
| BILLY GOAT | 1/27/2009 | 77/657,411 | 8/18/2009 | 3668991 | UNITED STATES | IN FORCE | UNDETERMINED |
| BILLY GOAT | 6/6/2017 | 87/477,411 | 1/16/2018 | 5378579 | UNITED STATES | IN FORCE | UNDETERMINED |
| BILLY GOAT | 6/4/2010 | 1041469 (IR) | 6/4/2010 | 1041469 (IR) | SWITZERLAND | IN FORCE | UNDETERMINED |
| BILLY GOAT | 6/4/2010 | 1041469 (IR) | 6/4/2010 | 1041469 (IR) | RUSSIAN FEDERATION | IN FORCE | UNDETERMINED |
| BILLY GOAT | 6/4/2010 | 1041469 (IR) | 6/4/2010 | 1041469 (IR) | EUTM | IN FORCE | UNDETERMINED |
| BILLY GOAT HEAD DESIGN | 6/4/2010 | 1041956 (IR) | 9/20/2010 | 1041956 (IR) | AUSTRALIA | IN FORCE | UNDETERMINED |
| BILLY GOAT HEAD DESIGN | 7/8/2010 | 201007172 | 9/29/2010 | 1041956 (IR) | NORWAY | IN FORCE | UNDETERMINED |
| BILLY GOAT HEAD DESIGN | 6/4/2010 | 1041956 (IR) | 6/4/2010 | 1041956  (IR) | JAPAN | IN FORCE | UNDETERMINED |
| BILLY GOAT HEAD DESIGN | 1/27/2009 | 77/657,410 | 8/18/2009 | 3668990 | UNITED STATES | IN FORCE | UNDETERMINED |
| BILLY GOAT HEAD DESIGN | 6/4/2010 | 1041956 (IR) | 6/4/2010 | 1041956 (IR) | RUSSIAN FEDERATION | IN FORCE | UNDETERMINED |
| BILLY GOAT HEAD DESIGN | 6/4/2010 | 1041956 (IR) | 6/4/2010 | 1041956 (IR) | SWITZERLAND | IN FORCE | UNDETERMINED |
| BILLY GOAT HEAD DESIGN | 6/4/2010 | 1041956 (IR) | 6/4/2010 | 1041956 (IR) | EUTM | IN FORCE | UNDETERMINED |
| DESIGN ONLY | 3/29/1999 | 75669864 | 3/21/2000 | 8/6/8285 | USA | IN FORCE | UNDETERMINED |
| GRAZOR | 12/7/1992 | 74/337,230 | 5/3/1994 | 5/20/6920 | UNITED STATES | IN FORCE | UNDETERMINED |
| OUTBACK | 3/29/1999 | 75/669,863 | 1/9/2001 | 2419984 | UNITED STATES | IN FORCE | UNDETERMINED |
| PLUGR | 8/9/2004 | 78/464,293 | 9/20/2005 | 2998211 | UNITED STATES | IN FORCE | UNDETERMINED |
| PLUGR AND DESIGN | 4/4/2003 | 78/234,018 | 7/27/2004 | 9/27/9748 | UNITED STATES | IN FORCE | UNDETERMINED |
| QUIET VAC | 7/29/1991 | 74/189,792 | 12/1/1992 | 7/25/6653 | UNITED STATES | IN FORCE | UNDETERMINED |
| | | | | | | TOTAL: | UNDETERMINED |

In re: Bily Goat Industries, Inc.
Case No. 20-10575
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| LINE | PRIORITY CREDITOR'S NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | SPECIFY CODE SUBSECTION: 11 § U.S.C. 507(A)(__) | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL CLAIM | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | ADAM HARDMAN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $2,380.06 | $2,380.06 |
| 2.2 | ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT-ANNUAL NOTIFICATION OF REGULATED WASTE | 110 VULCAN ROAD | | | BIRMINGHAM | AL | 35209 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.3 | ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT-BIANNUAL SPECIAL WASTE | 110 VULCAN ROAD | | | BIRMINGHAM | AL | 35209 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.4 | ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT-STORM WATER PERMITS | 110 VULCAN ROAD | | | BIRMINGHAM | AL | 35209 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.5 | ALLAN GRABLE | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $366.30 | $366.30 |
| 2.6 | ANDREW SPELLMAN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $642.38 | $642.38 |
| 2.7 | ANNIE UNTRAUER | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,006.50 | $1,006.50 |
| 2.8 | ANTON MCCROSKIE | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $881.45 | $881.45 |
| 2.9 | AUSTIN WHITMER | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,178.60 | $1,178.60 |
| 2.10 | BARRY MOSS | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $120.32 | $120.32 |
| 2.11 | BENNEY EALEY | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,111.86 | $1,111.86 |
| 2.12 | BILLY BREEDEN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,256.00 | $1,256.00 |
| 2.13 | BILLY POWERS | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $363.00 | $363.00 |
| 2.14 | BRAD BARNES | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,803.60 | $1,803.60 |
| 2.15 | BRADLEY SNURR | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $3,113.72 | $3,113.72 |
| 2.16 | BRANDON KING | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $2,471.00 | $2,471.00 |
| 2.17 | CARMELO GRENIER | ADDRESS REDACTED | | | | | | | 4 | PTO, INCENTIVE COMP. | N | X | X | | $3,277.41 | $3,277.41 |
| 2.18 | CHARLES KLEINHAGEN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,365.17 | $1,365.17 |
| 2.19 | CHRISTOPHER CAMPBELL | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $210.00 | $210.00 |
| 2.20 | CHRISTY HOLBROOK | ADDRESS REDACTED | | | | | | | 4 | INCENTIVE COMP. | N | X | X | | $5,544.38 | $5,544.38 |
| 2.21 | CITY OF POPLAR BLUFF - MUNICIPAL UTILITIES | PO BOX 1268 | 112 JOHNSON DR. | | POPLAR BLUFF | MO | 63901 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.22 | CLINT TURNER | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $2,873.53 | $2,873.53 |
| 2.23 | COLLEEN LAND | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $665.91 | $665.91 |
| 2.24 | D.J. DAMMANN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,066.26 | $1,066.26 |
| 2.25 | DANNY SPIWAK | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,674.51 | $1,674.51 |
| 2.26 | DAVID BROWN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,599.25 | $1,599.25 |
| 2.27 | DAVID DETERS | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,804.46 | $1,804.46 |
| 2.28 | DAVID HAYES | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $871.68 | $871.68 |
| 2.29 | DAVID THOMPSON | ADDRESS REDACTED | | | | | | | 4 | PTO, INCENTIVE COMP. | N | X | X | | $4,203.53 | $4,203.53 |
| 2.30 | DEREK HALE | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $472.08 | $472.08 |
| 2.31 | EDGAR QUEZADA | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $594.96 | $594.96 |

In re: Bluy Goat Industries, Inc.
Case No. 20-10575
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| LINE | PRIORITY CREDITOR'S NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | SPECIFY CODE SUBSECTION: 11 § U.S.C. 507(A)(__) | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL CLAIM | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.32 | EDWARD MAHNKE | ADDRESS REDACTED | | | | | | | 4 | PTO | | X | X | | $960.00 | $960.00 |
| 2.33 | ELESIO AMADO | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,492.60 | $1,492.60 |
| 2.34 | ELIZABETH SCOTT | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,762.20 | $1,762.20 |
| 2.35 | ERIC SOMMER | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $34.66 | $34.66 |
| 2.36 | GEORGIA DEPARTMENT OF NATURAL RESOURCES - HAZARDOUS SUBSTANCES FEES | PO BOX 101231 | | | ATLANTA | GA | 30392 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.37 | HANNAH SMITH | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,091.77 | $1,091.77 |
| 2.38 | IRMAL RUTLEDGE | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $906.00 | $906.00 |
| 2.39 | JACKSON COUNTY COLLECTOR | 415 E 12TH STREET | | | KANSAS CITY | MO | 64106-8401 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.40 | JACOB KENTNER | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,595.70 | $1,595.70 |
| 2.41 | JAMES QUINN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $29.90 | $29.90 |
| 2.42 | JARED BALDWIN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $2,299.12 | $2,299.12 |
| 2.43 | JED TOLIVER | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $349.79 | $349.79 |
| 2.44 | JEFFREY HILL | ADDRESS REDACTED | | | | | | | 4 | PTO, INCENTIVE COMP. | N | X | X | | $5,834.07 | $5,834.07 |
| 2.45 | JOE TIMMONS | ADDRESS REDACTED | | | | | | | 4 | PTO, INCENTIVE COMP. | N | X | X | | $5,198.99 | $5,198.99 |
| 2.46 | JOHN COGAN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $3,587.80 | $3,587.80 |
| 2.47 | JONATHAN OLSON | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $502.95 | $502.95 |
| 2.48 | JOSEPH BUCKLEY | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,185.79 | $1,185.79 |
| 2.49 | JOSEPH HARNESS | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $473.42 | $473.42 |
| 2.50 | JUDITH JORGENSEN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $2,570.10 | $2,570.10 |
| 2.51 | KAIL BLAISE | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $751.85 | $751.85 |
| 2.52 | KELLIE SWARTZ | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $885.15 | $885.15 |
| 2.53 | KENNETH HUDSON | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $135.00 | $135.00 |
| 2.54 | KEVIN HARRILL | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $760.00 | $760.00 |
| 2.55 | KYLE SMALL | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $305.97 | $305.97 |
| 2.56 | LINDA WHITESIDE | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,033.72 | $1,033.72 |
| 2.57 | LORETTA COGAN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $772.65 | $772.65 |
| 2.58 | LOYDE AMADO | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $2,534.98 | $2,534.98 |
| 2.59 | MARGARET MOSS | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $510.45 | $510.45 |
| 2.60 | MARILYN HALE | ADDRESS REDACTED | | | | | | | 4 | PTO, INCENTIVE COMP. | N | X | X | | $5,685.04 | $5,685.04 |
| 2.61 | MARK BRYANT | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $2,122.64 | $2,122.64 |
| 2.62 | MATTHEW WILD | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,422.00 | $1,422.00 |
| 2.63 | MELINA SHEPHERD | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $2,363.56 | $2,363.56 |

In re: Bluy Goal Industries, Inc.
Case No. 20-10575
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| LINE | PRIORITY CREDITOR'S NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | SPECIFY CODE SUBSECTION: 11 § U.S.C. 507(A)(__) | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL CLAIM | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.64 | MICHAEL LONG | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,337.18 | $1,337.18 |
| 2.65 | MIKE HEFT | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $687.36 | $687.36 |
| 2.66 | MILWAUKEE METROPOLITAN SEWER DISTRICT | MR. SONG TRAN - INDUSTRIAL WASTE ENGINEER | 260 SEEBOTH ST. | | MILWAUKEE | WI | 53204-1446 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.67 | MISSOURI DEPARTMENT OF NATURAL RESOURCES-AIR POLLUTION CONTROL PROGRAM | PO BOX 176 | | | JEFFERSON CITY | MO | 65102 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.68 | MISSOURI DEPARTMENT OF NATURAL RESOURCES-ENVIRONMENTAL REMEDIATION FEES AND TAXES UNIT | PO BOX 2530 | | | JEFFERSON CITY | MO | 65102 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.69 | MISSOURI DEPARTMENT OF NATURAL RESOURCES-WATER PROTECTION PROGRAM | 205 JEFFERSON ST | | | JEFFERSON CITY | MO | 65101-2901 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.70 | MISSOURI DEPARTMENT OF REVENUE DIVISION OF TAXATION AND COLLECTION | PO BOX 840 | | | JEFFERSON CITY | MO | 65105-0840 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.71 | MISSOURI SECRETARY OF STATE, BUSINESS SERVICES DEPARTMENT | 600 W. MAIN ST. | | | JEFFERSON CITY | MO | 65101 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.72 | NOAH FRIEND | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,137.50 | $1,137.50 |
| 2.73 | NORMAN WHYDE | ADDRESS REDACTED | | | | | | | 6 | PTO | N | X | X | | $3,070.34 | $3,070.34 |
| 2.74 | OHIO DEPARTMENT OF TAXATION | PO BOX 16560 | | | COLUMBUS | OH | 43216-6560 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.75 | OHIO SECRETARY OF STATE | 180 E. BROAD STREET | 16TH FLOOR | | COLUMBUS | OH | 43215 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.76 | PAMELA REICHERT | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $3,120.94 | $3,120.94 |
| 2.77 | PENNSYLVANIA BUREAU OF CORPORATION TAXES | PO BOX 280422 | | | HARRISBURG | PA | 17128-0422 | | 8 | TAXING AUTHORITY | N | X | X | | UNDETERMINED | UNDETERMINED |
| 2.78 | PENNSYLVANIA DEPARTMENT OF REVENUE | DEPARTMENT 280946 ATTN: BANKRUPTCY DIVISION | | | HARRISBURG | PA | 17128-0406 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.79 | PENNSYLVANIA DEPARTMENT OF REVENUE | DEPARTMENT 280946 ATTN: BANKRUPTCY DIVISION | | | HARRISBURG | PA | 17128-0946 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.80 | RANDY HELLER | ADDRESS REDACTED | | | | | | | 4 | PTO, INCENTIVE COMP. | N | X | X | | $2,643.75 | $2,643.75 |
| 2.81 | RAYMOND GAINES | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $131.25 | $131.25 |
| 2.82 | RICHARD CLARK | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,565.59 | $1,565.59 |
| 2.83 | RICHARD DILLS | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $2,290.68 | $2,290.68 |
| 2.84 | RICHARD REID | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,968.64 | $1,968.64 |
| 2.85 | RICK VIGNERY | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $825.00 | $825.00 |
| 2.86 | ROBERT BROWN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $746.88 | $746.88 |
| 2.87 | ROBERT EVANS | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,898.26 | $1,898.26 |
| 2.88 | ROBERT VANHORN | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $355.74 | $355.74 |
| 2.89 | RUTH PRATT | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,032.15 | $1,032.15 |
| 2.90 | RYAN SANDERS | ADDRESS REDACTED | | | | | | | 4 | PTO | N | X | X | | $1,151.50 | $1,151.50 |
| 2.91 | STATE OF ALABAMA-DEPARTMENT OF REVENUE, LEGAL DIVISION/COMMISSIONER | PO BOX 320001 | | | MONTGOMERY | AL | 36130-0001 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.92 | STATE OF ARIZONA-ATTORNEY GENERAL'S OFFICE | PO BOX 6123 | | | PHOENIX | AZ | 85005-6123 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.93 | STATE OF CALIFORNIA-FRANCHISE TAX BOARD | PO BOX 2952 | | | SACRAMENTO | CA | 95812-2952 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |

In re: Bay Boat Industries, Inc.
Case No. 20-10575
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| LINE | PRIORITY CREDITOR'S NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | SPECIFY CODE SUBSECTION: 11 § U.S.C. 507(A)(_) | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATE | DISPUTED | TOTAL CLAIM | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.94 | STATE OF CONNECTICUT-ATTORNEY GENERAL OFFICE/BANKRUPTCY DIVISION | 55 ELM STREET | | | HARTFORD | CT | 06106 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.95 | STATE OF FLORIDA-DEPARTMENT OF REVENUE/BANKRUPTCY UNIT | PO BOX 6668 | | | TALLAHASSEE | FL | 32314-6668 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.96 | STATE OF GEORGIA-ARCS/BANKRUPTCY | 1800 CENTURY BLVD N.E. | SUITE 9100 | | ATLANTA | GA | 30345 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.97 | STATE OF HAWAII-BANKRUPTCY UNIT | PO BOX 259 | | | HONOLULU | HI | 96809-0259 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.98 | STATE OF ILLINOIS-BANKRUPTCY UNIT | PO BOX 19035 | | | SPRINGFIELD | IL | 62794-9045 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.99 | STATE OF ILLINOIS-DEPARTMENT OF REVENUE/BANKRUPTCY SECTION | PO BOX 64338 | | | CHICAGO | IL | 60664-0338 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.100 | STATE OF ILLINOIS-OFFICE OF STATE TREASURER/LEGAL DEPARTMENT | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST. | SUITE 15-600 | CHICAGO | IL | 60601 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.101 | STATE OF INDIANA-DEPARTMENT OF REVENUE | BANKRUPTCY SECTION-MS 108 | 100 NORTH SENATE AVE., N240 | | INDIANAPOLIS | IN | 46204 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.102 | STATE OF IOWA DOR - OFFICE OF THE ATTORNEY GENERAL | 1305 E. WALNUT ST. ATTN: BANKRUPTCY UNIT | | | DES MOINES | IA | 50319 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.103 | STATE OF KENTUCKY-LEGAL BRANCH/BANKRUPTCY SECTION | PO BOX 5222 | | | FRANKFORT | KY | 40602 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.104 | STATE OF LOUISIANA-DEPARTMENT OF REVENUE | PO BOX 66658 | | | BATON ROUGE | LA | 70896 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.105 | STATE OF MASSACHUSETTS-BANKRUPTCY UNIT | PO BOX 9564 | 100 CAMBRIDGE ST., 7TH FLOOR | | BOSTON | MA | 02114-9564 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.106 | STATE OF MICHIGAN-DEPARTMENT OF TREASURY/TAX POLICY DIVISION/ | 2ND FLOOR, AUSTIN BUILDING ATTN: LITIGATION LIAISON | 430 WEST ALLEGAN ST. | | LANSING | MI | 48922 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.107 | STATE OF MINNESOTA-DEPARTMENT OF REVENUE | MAIL SECTION 5130 | | | ST. PAUL | MN | 55146-5130 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.108 | STATE OF MISSISSIPPI-BANKRUPTCY SECTION | PO BOX 22808 | | | JACKSON | MS | 39225-2808 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.109 | STATE OF MISSOURI-DEPARTMENT OF REVENUE | PO BOX 475 | | | JEFFERSON CITY | MO | 65105 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.110 | STATE OF NEW HAMPSHIRE-DEPARTMENT OF REVENUE ADMINISTRATION | PIERRO O. BOISVERT, COLLECTION DIVISION DIRETOR | PO BOX 454 | | CONCORD | NH | 03301 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.111 | STATE OF NEW JERSEY-DIVISION OF TAXATION/COMPLIANCE AND ENFORCEMENT/BANKRUPTCY UNIT | 50 BARRACK STREET, 9TH FLOOR | PO BOX 245 | | TRENTON | NJ | 08695-0267 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.112 | STATE OF NEW YORK-BANKRUPTCY UNIT | PO BOX 5300 | | | ALBANY | NY | 12205-0300 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.113 | STATE OF NEW YORK-DEPARTMENT OF TAXATION & FINANCE/BANKRUPTCY UNIT-TCD | BUILDING 8, ROOM 455 | W.A. HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.114 | STATE OF NORTH CAROLINA-DEPARTMENT OF REVENUE/OFFICE SERVICES DIVISION/BANKRUPTCY UNIT | PO BOX 1168 | | | RALEIGH | NC | 27602-1168 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.115 | STATE OF OKLAHOMA-GENERAL COUNSEL'S OFFICE | 100 N. BROADWAY AVE. | STE. 1500 | | OKLAHOMA CITY | OK | 73102 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.116 | STATE OF OKLAHOMA-OFFICE OF THE ATTORNEY GENERAL/BANKRUPTCY SECTION | 120 N. ROBINSON | STE. 2000W | | OKLAHOMA CITY | OK | 73102 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.117 | STATE OF OREGON-OREGON DEPARTMENT OF REVNUE/BANKRUPTCY DIVISION | 955 CENTER NE, #353 | | | SALEM | OR | 97301-2555 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.118 | STATE OF RHODE ISLAND-BANKRUPTCY UNIT | ONE CAPITOL HILL | | | PROVIDENCE | RI | 02908 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.119 | STATE OF SOUTH CAROLINA-DEPARTMENT OF REVENUE & TAXATION | PO BOX 12265 | | | COLUMBIA | SC | 29211-9979 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.120 | STATE OF TENNESSEE-ATTORNEY GENERAL'S OFFICE/BANKRUPTCY DIVISION | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | | 8 | TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |

In re: Billy Goat Industries, Inc.
Case No. 20-10575
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| LINE | PRIORITY CREDITOR'S NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATE | DISPUTED | TOTAL CLAIM | PRIORITY AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.121 | STATE OF TEXAS-COMPTROLLER OF PUBLIC ACCOUNTS/REVENUE ACCOUNTING DIVISION/BANKRUPTCY SECTION | PO BOX 13528 | CAPITOL STATION | | AUSTIN | TX | 78711 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.122 | STATE OF UTAH-STATE TAX COMMISSION/TAXPAYER SERVICES DIVISION | ATTN: MICHELLE RIGGS | 210 NORTH 1950 WEST | | SALT LAKE CITY | UT | 84134 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.123 | STATE OF WASHINGTON DEPARTMENT OF REVENUE | PO BOX 47464 | | | OLYMPIA | WA | 98504-7464 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.124 | STATE OF WASHINGTON DEPARTMENT OF REVENUE/BANKRUPTCY CLAIMS UNIT | 2101 FOURTH AVENUE #1400 | | | SEATTLE | WA | 98121-2300 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.125 | STATE OF WISCONSIN-DEPARTMENT OF REVENUE/SPECIAL PROCEDURES | UNIT PO BOX 8901 | | | MADISON | WI | 53708-8901 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.126 | STEPHEN LONGMEYER | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $769.55 | $769.55 |
| 2.127 | STEVE LANDSBERG | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $294.56 | $294.56 |
| 2.128 | SUSAN BENEFIEL | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $2,057.46 | $2,057.46 |
| 2.129 | TAB EMERSON | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $2,632.00 | $2,632.00 |
| 2.130 | TENNESSEE DEPARTMENT OF REVENUE, BUSINESS TAX DIVISION | 312 ROSA L. PARKS AVE. | SNODGRASS TOWER, 6TH FLOOR | | NASHVILLE | TN | 37243-1102 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.131 | TEXAS COMPTROLLER PUBLIC ACCOUNTS | PO BOX 149354 | | | AUSTIN | TX | 78714-9354 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.132 | TEXAS SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS SECTION | 1019 BRAZOS ST. | | | AUSTIN | TX | 78701 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.133 | TIMOTHY HARSHNER | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $2,311.54 | $2,311.54 |
| 2.134 | TRAVIS ELLIOTT | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $261.44 | $261.44 |
| 2.135 | UNITED STATES DEPARTMENT OF TRANSPORTATION-HAZARDOUS MATERIALS REGISTRATION | PO BOX 530275 | | | ATLANTA | GA | 30353-0273 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.136 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | OTAQ COMPLIANCE AND INNOVATIVE STARTEGIES DIVISION, ATTN: MS. JULIA GIULIANO-MECHANICAL ENGINEER | 2000 TRAVERWOOD DRIVE | | ANN ARBOR | MI | 48105 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.137 | VICKI CANTERBURY | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $742.50 | $742.50 |
| 2.138 | VICKIE SPENCER | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $1,222.50 | $1,222.50 |
| 2.139 | WARREN BRIXEY | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $878.75 | $878.75 |
| 2.140 | WASHINGTON STATE OFFICE OF THE SECRETARY OF STATE, CORPORATIONS DIVISION | PO BOX 40234 | | | OLYMPIA | WA | 98504-0234 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| 2.141 | WILLIAM SALISBURY | ADDRESS REDACTED | | | | | | | 4 PTO | N | X | X | | $1,053.50 | $1,053.50 |
| 2.142 | WISCONSIN DEPARTMENT OF NATURAL RESOURCES - ENVIRONMENTAL FEES | PO BOX 93192 | | | MILWAUKEE | WI | 53293-0192 | | 8 TAXING AUTHORITY | N | X | X | X | UNDETERMINED | UNDETERMINED |
| | | | | | | | | | | | | | TOTAL: | $128,262.34 | $128,262.34 |

In re: Briggs & Stratton Industries, Inc.
Case No. 20-10575
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| LINE | NONPRIORITY CREDITOR'S NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | DATE INCURRED | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATE | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | 4TRANSLATION INC | | 8310 SOUTH VALLEY HIGHWAY, SUITE 300 | | | ENGLEWOOD | CO | 80124 | | | UNSECURED TRADE CLAIM | | | | | $6,586.11 |
| 3.2 | ACBM HOLDINGS INC | | 201 N MAIN ST STE 5 | | | FORT ATKINSON | WI | 53538-1807 | | | UNSECURED TRADE CLAIM | | | | | $1,750.00 |
| 3.3 | ACCORD MANUFACTURING INC | | N172W20950 EMERY WAY CT | | | JACKSON | WI | 53037-9358 | | | UNSECURED TRADE CLAIM | | | | | $53,717.89 |
| 3.4 | ADVANCED COATINGS | | 2300 NE INDEPENDENCE AVENUE | | | LEES SUMMIT | MO | 64064-2320 | | | UNSECURED TRADE CLAIM | | | | | $1,344.00 |
| 3.5 | ADVANCED DESIGN SOLUTIONS LLC | | 1931 SW US HIGHWAY 40 H | | | BLUE SPRINGS | MO | 64015-4635 | | | UNSECURED TRADE CLAIM | | | | | $48.65 |
| 3.6 | AIR COMPRESSOR ENGINEERING LLC | | 5348 WINNER RD | | | KANSAS CITY | MO | 64127 | | | UNSECURED TRADE CLAIM | | | | | $1,896.46 |
| 3.7 | ALLEGIANT TECHNOLOGY | | 10983 GRANADA LN | | | LEAWOOD | KS | 66211-1401 | | | UNSECURED TRADE CLAIM | | | | | $3,224.44 |
| 3.8 | ALLIED TRAILER RENTAL LLC | | 1701 N 1ST ST | | | KANSAS CITY | KS | 66101-1902 | | | UNSECURED TRADE CLAIM | | | | | $173.84 |
| 3.9 | ALLIED-LOCKE INDUSTRIES INC | | 1088 CORREGIDOR / GREEN RIVER INDUSTRIAL PARK | | | DIXON | IL | 61021-0509 | | | UNSECURED TRADE CLAIM | | | | | $4,355.00 |
| 3.10 | AMERICAN HONDA MOTOR COMPANY INC | | 1919 TORRANCE BLVD | | | TORRANCE | CA | 90501-2746 | | | UNSECURED TRADE CLAIM | | | | | $269,120.00 |
| 3.11 | AMERICAN RENTAL ASSOCIATION | | 1900 19TH ST | | | MOLINE | IL | 61265-4179 | | | UNSECURED TRADE CLAIM | | | | | $4,683.00 |
| 3.12 | ANDERSON INDUSTRIAL ENGINES | | 13423 LYNAM DR | | | OMAHA | NE | 68138-4446 | | | UNSECURED TRADE CLAIM | | | | | $905.01 |
| 3.13 | ANTEGO TIRE AND WHEEL INC | | 8 STREET | | | NEWNAN | GA | 30265 | | | UNSECURED TRADE CLAIM | | | | | $61,689.60 |
| 3.14 | ARAMARK UNIFORM SERVICES | | 22512 NETWORK PL | | | CHICAGO | IL | 60673-1225 | | | UNSECURED TRADE CLAIM | | | | | $860.90 |
| 3.15 | BAILEY INTERNATIONAL LLC | | 2527 WESTCOTT BLVD | | | | TN | 37931-3112 | | | UNSECURED TRADE CLAIM | | | | | $1.62 |
| 3.16 | BDC INC | | 436 ANGLUM RD | | | HAZELWOOD | MO | 63042-2449 | | | UNSECURED TRADE CLAIM | | | | | $735.00 |
| 3.17 | BENNETT PACKAGING | | 4800 NOLAND ROAD | | | KANSAS CITY | MO | 64133 | | | UNSECURED TRADE CLAIM | | | | | $89,450.01 |
| 3.18 | BEST BREW COFFEE CO | | 3707 E 14TH ST | | | KANSAS CITY | MO | 64127-2201 | | | UNSECURED TRADE CLAIM | | | | | $479.44 |
| 3.19 | BOB MCCLELLAND SALES LLC | | 120 VICTORY RD | | | BUFFALO | MO | 65622-6247 | | | UNSECURED TRADE CLAIM | | | | | $2,586.39 |
| 3.20 | BOKER'S, INC. | | 3104 SNELLING AVE | | | MINNEAPOLIS | MN | 55406-1937 | | | UNSECURED TRADE CLAIM | | | | | $770.00 |
| 3.21 | BRIGGS & STRATTON CORPORATION | | 12301 W. WIRTH STREET | | | WAUWATOSA | WI | 53222 | | | INTERCOMPANY PAYABLES | Y | | | | $15,990,276.00 |
| 3.22 | BRINLY-HARDY CO | | 3230 INDUSTRIAL PKWY | | | JEFFERSONVILLE | IN | 47130-9632 | | | UNSECURED TRADE CLAIM | | | | | $2,478.30 |
| 3.23 | C&R MANUFACTURING INC. | | 6790 MARTINDALE RD | | | SHAWNEE | KS | 66218-9640 | | | UNSECURED TRADE CLAIM | | | | | $2,996.40 |
| 3.24 | C.H. ROBINSON INTERNATIONAL, INC. | | 14701 CHARLSON ROAD | | | EDEN PRAIRIE | MN | 55480-9121 | | | UNSECURED TRADE CLAIM | | | | | $1,297.60 |
| 3.25 | CANON FINANCIAL SERVICES INC | | 14904 COLLECTION CENTER DR | | | CHICAGO | IL | 60693-0149 | | | UNSECURED TRADE CLAIM | | | | | $1,200.57 |
| 3.26 | CAPITOL STAMPINGS CORP | | 105 STEELCRAFT DR | | | HARTFORD | WI | 53027-1631 | | | UNSECURED TRADE CLAIM | | | | | $6,949.95 |
| 3.27 | CARLTON-BATES COMPANY | | 3600 W. 69TH ST | | | LITTLE ROCK | AR | 72209-3110 | | | UNSECURED TRADE CLAIM | | | | | $49.18 |
| 3.28 | CASCADED PURCHASE HOLDINGS | | 35 CONNECTICUT RIVERBEND | | | PLACE CLAREMONT | NH | 03743 | | | UNSECURED TRADE CLAIM | | | | | $1,313.28 |
| 3.29 | CATALYTIC COMBUSTION CORPORATION | | 311 RIGGS ST | | | BLOOMER | WI | 54724-1376 | | | UNSECURED TRADE CLAIM | | | | | $11,485.50 |
| 3.30 | CAVALIER INDUSTRIES MONTREAL | | #8 26004 TWP 544 | | | STURGEON COUNTY | AB | T8T 0B6 | CA | | UNSECURED TRADE CLAIM | | | | | $2,554.48 |
| 3.31 | CDW LLC | | 200 N MILWAUKEE AVE | | | VERNON HILLS | IL | 60061-1577 | | | UNSECURED TRADE CLAIM | | | | | $483.92 |
| 3.32 | CENTERPOINT ENERGY SERVICES INC | | 1425 GREENWAY DR #165 | | | IRVING | TX | 75038 | | | UNSECURED TRADE CLAIM | | | | | $10,547.46 |
| 3.33 | CENTURY SPRING CORP | | 231274 MOMENTUM PL | | | CHICAGO | IL | 60689-0001 | | | UNSECURED TRADE CLAIM | | | | | $1,022.85 |
| 3.34 | CHAMPION BRANDS, LLC | | 1001 GOLDEN DR. | | | CLINTON | MO | 64735 | | | UNSECURED TRADE CLAIM | | | | | $149.62 |
| 3.35 | CHEMETALL AMERICAS | | 22040 NETWORK PL | | | CHICAGO | IL | 60673-1220 | | | UNSECURED TRADE CLAIM | | | | | $7,914.10 |
| 3.36 | CHONGQING WEIJING HOTEL CO. | | SOUTH GATE OF TSINGHUA UNIVERSITY / CHENGFU ROAD / HAIDIAN DISTRICT | | | BEIJING | | | CN | | UNSECURED TRADE CLAIM | | | | | $365.22 |
| 3.37 | CINTAS CORPORATION | | PO BOX 630910 | | | CINCINNATI | OH | 45263-0910 | | | UNSECURED TRADE CLAIM | | | | | $1,162.82 |

In re: Billy-Bob Industries, Inc.
Case No. 20-10575
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| LINE | NONPRIORITY CREDITOR'S NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | DATE INCURRED | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATE | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.38 | CITY WIDE MAINTENANCE CO, INC | | 15447 W 100TH TER | | | LENEXA | KS | 66219-1289 | | | UNSECURED TRADE CLAIM | | | | | $2,890.00 |
| 3.39 | C-K PLASTICS, LLC | | 4530 FYLER AVE | | | SAINT LOUIS | MO | 63116-2004 | | | UNSECURED TRADE CLAIM | | | | | $1,888.03 |
| 3.40 | CLARK PULLEY INDUSTRIES INC | | 7043 EAGLE WAY | | | CHICAGO | IL | 60678-0070 | | | UNSECURED TRADE CLAIM | | | | | $16,676.13 |
| 3.41 | CMC INTERNATIONAL | | 427 WEST VIRGINIA STREET | | | CRYSTAL LAKE | IL | 60014 | | | UNSECURED TRADE CLAIM | | | | | $11,606.00 |
| 3.42 | COASTWIDE TAG & LABEL CO. | | 7647 INDUSTRY AVE | | | PICO RIVERA | CA | 90660-4301 | | | UNSECURED TRADE CLAIM | | | | | $138.00 |
| 3.43 | COMMENCO, INC. | | 4901 BRISTOL AVE | | | KANSAS CITY | MO | 64129-1997 | | | UNSECURED TRADE CLAIM | | | | | $662.46 |
| 3.44 | COMMERCE TECHNOLOGIES, INC | | 25736 NETWORK PL | | | CHICAGO | IL | 60673-1257 | | | UNSECURED TRADE CLAIM | | | | | $364.00 |
| 3.45 | CONSOLIDATED TRUCK & CASTER | | 2254 S VANDEVENTER AVE | | | SAINT LOUIS | MO | 63110-3363 | | | UNSECURED TRADE CLAIM | | | | | $35,462.87 |
| 3.46 | CONTINENTAL DIVIDE MARKETING | | 420 CORPORATE CIR STE D | | | GOLDEN | CO | 80401-5628 | | | UNSECURED TRADE CLAIM | | | | | $284.70 |
| 3.47 | COPE PLASTICS INC | | N30 W22377 GREEN RD., SUITE D | | | WAUKESHA | WI | 53186-8869 | | | UNSECURED TRADE CLAIM | | | | | $10,927.88 |
| 3.48 | CRA | | 980 9TH STREET SUITE 210 | | | SACRAMENTO | CA | 95814 | | | UNSECURED TRADE CLAIM | | | | | $400.00 |
| 3.49 | CROFT TRAILER SUPPLY | | 4320 CLARY BLVD. | | | KANSAS CITY | MO | 64130-0320 | | | UNSECURED TRADE CLAIM | | | | | $14,162.58 |
| 3.50 | CURTIS MACHINE COMPANY INC | | 4209 JAYHAWK DR | | | DODGE CITY | KS | 67801-7008 | | | UNSECURED TRADE CLAIM | | | | | $9,406.51 |
| 3.51 | CUSTOM ENGINEERED WHEELS (CEW) | | 1851 FOX FARM RD | | | WARSAW | IN | 46580-2142 | | | UNSECURED TRADE CLAIM | | | | | $31,455.27 |
| 3.52 | D&D GLOBAL INC | | 2672 ROCK RIDGE DR | | | ROCK VALLEY | IA | 51247-1634 | | | UNSECURED TRADE CLAIM | | | | | $764.86 |
| 3.53 | DAN DEPREY | | 807 PROMONTORY PL | | | SAINT PAUL | MN | 55123-2297 | | | UNSECURED TRADE CLAIM | | | | | $1,294.79 |
| 3.54 | DAVINCI SOLUTIONS | | 2534 CAMPBELL ST | | | KANSAS CITY | MO | 64108-2730 | | | UNSECURED TRADE CLAIM | | | | | $390.25 |
| 3.55 | DIAMOND VOGEL PAINTS | | 1020 ALBANY PL SE | | | ORANGE CITY | IA | 51041-1977 | | | UNSECURED TRADE CLAIM | | | | | $10,221.00 |
| 3.56 | DIAMONDBACK DELIVERY, INC. | | 9100 N WALROND AVE | | | KANSAS CITY | MO | 64156-1058 | | | UNSECURED TRADE CLAIM | | | | | $1,584.50 |
| 3.57 | DISTEFANO SALES CO. INC | | 9001 EXCHANGE AVE | | | FRANKLIN-PARK | IL | 60131-2815 | | | UNSECURED TRADE CLAIM | | | | | $2,607.54 |
| 3.58 | DSV AIR & SEA INC | | NO.1 38F.CENTER TOWER 1,GRAND GATEW | | | SHANGHAI | | 200030 | CN | | UNSECURED TRADE CLAIM | | | | | $1,308.12 |
| 3.59 | DULTMIER SALES LLC | | 13808 INDUSTRIAL RD | | | OMAHA | NE | 68137-1104 | | | UNSECURED TRADE CLAIM | | | | | $1,625.50 |
| 3.60 | DUN-LAP MANUFACTURING CO. | | 2921 GREEN ST | | | UNIONVILLE | MO | 63565-1487 | | | UNSECURED TRADE CLAIM | | | | | $20,993.97 |
| 3.61 | DURAMATIC PRODUCTS | | 799 WEST BARNARD STREET | | | GLENNVILLE | GA | 30427 | | | UNSECURED TRADE CLAIM | | | | | $10,535.66 |
| 3.62 | EAST PENN MANUFACTURING CO INC | | 50 W JEFFERSON ST | | | TOPTON | PA | 19562-1432 | | | UNSECURED TRADE CLAIM | | | | | $826.60 |
| 3.63 | EEZER PRODUCTS INC | | 4734 E HOME AVE | | | FRESNO | CA | 93703-4509 | | | UNSECURED TRADE CLAIM | | | | | $6,711.90 |
| 3.64 | EFC INTERNATIONAL | | 1940 CRAIGSHIRE | | | SAINT LOUIS | MO | 63146-4008 | | | UNSECURED TRADE CLAIM | | | | | $560.00 |
| 3.65 | ELEXTREX INC | | 6 N WALNUT ST | | | HUTCHINSON | KS | 67501-7105 | | | UNSECURED TRADE CLAIM | | | | | $2,550.00 |
| 3.66 | ELWOOD STAFFING SERVICES INC | | 2506 25TH STREET | | | COLUMBUS | IN | 47201 | | | UNSECURED TRADE CLAIM | | | | | $1,989.33 |
| 3.67 | ENGINEERED SALES INC | | 18 PROGRESS PKWY | | | MARYLAND HEIGHTS | MO | 63043-3706 | | | UNSECURED TRADE CLAIM | | | | | $720.00 |
| 3.68 | EPG MEDIA LLC | | 10406 6TH AVE N #210 | | | MINNEAPOLIS | MN | 55441 | | | UNSECURED TRADE CLAIM | | | | | $1,445.00 |
| 3.69 | ESKEW'S FINE JEWELERS INC. | | 446 SE STATE ROUTE 291 | | | LEES SUMMIT | MO | 64063-2914 | | | UNSECURED TRADE CLAIM | | | | | $1,941.30 |
| 3.70 | EVCO PLASTICS | | 100 EVCO DRIVE | | | CALHOUN | GA | 30701-3603 | | | UNSECURED TRADE CLAIM | | | | | $22,687.20 |
| 3.71 | EVERGY | | 1200 MAIN ST | | | KANSAS CITY | MO | 64105 | | | UNSECURED TRADE CLAIM | | | | | $211.53 |
| 3.72 | EXHIBIT ASSOCIATES, INC. | | 1925 BEDFORD RD | | | KANSAS CITY | MO | 64116-4438 | | | UNSECURED TRADE CLAIM | | | | | $567.18 |
| 3.73 | EXT, INC. | | 1324 KEARNEY RD | | | EXCELSIOR SPRINGS | MO | 64024-1759 | | | UNSECURED TRADE CLAIM | | | | | $18,182.00 |
| 3.74 | FASTENAL COMPANY | | 2001 THEUER BLVD | | | WINONA | MN | 55987-1500 | | | UNSECURED TRADE CLAIM | | | | | $7,971.41 |
| 3.75 | FASTENERS FOR RETAIL, INC | | PO BOX 74049 | | | CLEVELAND | OH | 44191-4049 | | | UNSECURED TRADE CLAIM | | | | | $427.50 |

Into: Billy Goat Industries, Inc.
**Case No. 20-10575**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| LINE | NONPRIORITY CREDITOR'S NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | DATE INCURRED | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATE | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.76 | FEDERAL EXPRESS CORP | | RUE DES ATELIERS 9 | | | MEYRIN | GE | 1217 | CH | | UNSECURED TRADE CLAIM | | | | | $28.62 |
| 3.77 | FEDERAL HOSE MFG | | 25 FLORENCE AVE | | | PAINESVILLE | OH | 44077-1103 | | | UNSECURED TRADE CLAIM | | | | | $2,316.00 |
| 3.78 | FLAMBEAU CORPORATION | | NW 5581 | | | MINNEAPOLIS | MN | 55485-5581 | | | UNSECURED TRADE CLAIM | | | | | $4,235.05 |
| 3.79 | FOX VALLEY SPRING COMPANY | | N915 CRAFTSMEN DR | | | GREENVILLE | WI | 54942-8682 | | | UNSECURED TRADE CLAIM | | | | | $4,394.50 |
| 3.80 | FP MAILING SOLUTIONS | | 140 N MITCHELL CT | | | ADDISON | IL | 60101-7200 | | | UNSECURED TRADE CLAIM | | | | | $145.60 |
| 3.81 | FRONTIER BAG, INC | | 5720 MO-150 HWY | | | KANSAS CITY | MO | 64147 | | | UNSECURED TRADE CLAIM | | | | | $1,945.00 |
| 3.82 | GATES CORPORATION | | 609 E LAURA ST | | | TONTITOWN | AR | 72762-4180 | | | UNSECURED TRADE CLAIM | | | | | $12,598.23 |
| 3.83 | GENERAL TRANSMISSIONS | | ZI DU BOIS JOLY NO4-BP317 | | | LES HABIAS CEDEX | YT | 85503 | FR | | UNSECURED TRADE CLAIM | | | | | $10,638.00 |
| 3.84 | GIE/OPEI LLC | | DEPARTMENT 8272 | | | CAROL STREAM | IL | 60122-8272 | | | UNSECURED TRADE CLAIM | | | | | $12,262.50 |
| 3.85 | GLOBAL CONTACT INT'L. PUB. CORP | | 16 W MAIN ST STE C | | | MARLTON | NJ | 08053-2092 | | | UNSECURED TRADE CLAIM | | | | | $145.00 |
| 3.86 | GLOBAL DIGITAL INSTRUMENTS LLC | | 151 PERINTON PKWY | | | FAIRPORT | NY | 14450-9104 | | | UNSECURED TRADE CLAIM | | | | | $1,974.00 |
| 3.87 | GOLF COURSE SUPERINTENDENTS | | 1421 RESEARCH PARK DR | | | LAWRENCE | KS | 66049-3858 | | | UNSECURED TRADE CLAIM | | | | | $455.00 |
| 3.88 | GREEN LEAF, INC | | 9490 N BALDWIN STREET | | | FONTANET | IN | 47851 | | | UNSECURED TRADE CLAIM | | | | | $321.92 |
| 3.89 | GROUP C MEDIA INC. | | 44 APPLE ST STE 3 | | | TINTON FALLS | NJ | 07724-2672 | | | UNSECURED TRADE CLAIM | | | | | $2,500.00 |
| 3.90 | GT MIDWEST | | 2202 S WEST ST | | | WICHITA | KS | 67213 | | | UNSECURED TRADE CLAIM | | | | | $3,808.50 |
| 3.91 | GUARDIAN COUPLINGS, LLC | | 24989 NETWORK PL | | | CHICAGO | IL | 60673-1249 | | | UNSECURED TRADE CLAIM | | | | | $1,498.88 |
| 3.92 | GUFFEY, DAVID & DAWN SHEETZ-GUFFEY | ROBERT O. LAMP JAMES R. COONEY DAVID L. FUCHES RYAN J. COONEY | 960 PENN AVENUE | SUITE 120 | | PITTSBURGH | PA | 15222 | | | LITIGATION / CAUSES OF ACTION | | X | X | X | UNDETERMINED |
| 3.93 | GUNTER PEST MANAGEMENT | | 220 W 72ND ST | | | KANSAS CITY | MO | 64114-5742 | | | UNSECURED TRADE CLAIM | | | | | $320.00 |
| 3.94 | GUTHRIE MACHINE WORKS INC | | 3101 VERONA AVE | | | BUFORD | GA | 30518-3574 | | | UNSECURED TRADE CLAIM | | | | | $24,061.14 |
| 3.95 | HAMPEL OIL INC | | 2920 FAIRFAX TRFY | | | KANSAS CITY | KS | 66115 | | | UNSECURED TRADE CLAIM | | | | | $1,416.27 |
| 3.96 | HANNA ACQUISITION CORP | | 908 W 25TH ST | | | KANSAS CITY | MO | 64108-2326 | | | UNSECURED TRADE CLAIM | | | | | $6,999.85 |
| 3.97 | HENNING. LLC | | 10101 EL MONTE ST | | | OVERLAND PARK | KS | 66207-3633 | | | UNSECURED TRADE CLAIM | | | | | $1,900.00 |
| 3.98 | HOLLY A CHURCH | | 1065 S LIBERTY AVENUE | | | ALLIANCE | OH | 44601-4061 | | | UNSECURED TRADE CLAIM | | | | | $12,000.00 |
| 3.99 | HOOSIER STAMPING & MFG CO | | 399 INDUSTRIAL PARK DR | | | GRAYVILLE | IL | 62844-3242 | | | UNSECURED TRADE CLAIM | | | | | $187,992.00 |
| 3.100 | HYDRO-GEAR LP | | 120 SOUTH LASALLE ST | | | CHICAGO | IL | 60603-3403 | | | UNSECURED TRADE CLAIM | | | | | $72,165.56 |
| 3.101 | ICF INDUSTRIES, INC. | | 617 S. MAIN ST / PO BOX 210 | | | PLEASANT HILL | MO | 64080 | | | UNSECURED TRADE CLAIM | | | | | $143,668.20 |
| 3.102 | IGUS INC | | 257 FERRIS AVE | | | RUMFORD | RI | 02916-1033 | | | UNSECURED TRADE CLAIM | | | | | $5,530.93 |
| 3.103 | INDAK MANUFACTURING CORP | | 1915 TECHNY RD | | | NORTHBROOK | IL | 60062-5307 | | | UNSECURED TRADE CLAIM | | | | | $1,434.00 |
| 3.104 | INNOVATIVE COMPONENTS,INC | | 1050 NATIONAL PKWY | | | SCHAUMBURG | IL | 60173-4519 | | | UNSECURED TRADE CLAIM | | | | | $5,767.00 |
| 3.105 | INSIGHT MECHANICAL CONTRACTORS, LLC | | 9204 E STATE ROUTE 350 | | | RAYTOWN | MO | 64133-6753 | | | UNSECURED TRADE CLAIM | | | | | $275.00 |
| 3.106 | INTERNATIONAL EQUIPMENT COMPONENTS, | | 2201 E WILLOW ST UNIT D-104 | | | SIGNAL HILL | CA | 90755-2148 | | | UNSECURED TRADE CLAIM | | | | | $1,150.00 |
| 3.107 | IPTS INC. | | 7221 HAVERHILL BUSINESS PKWY # 1 | | | RIVIERA BEACH | FL | 33407-1007 | | | UNSECURED TRADE CLAIM | | | | | $6,548.00 |
| 3.108 | IRRIGATION & GREEN INDUSTRY | | 8280 WILLOW OAKS CORP. DR. SUITE 40 | | | FAIRFAX | VA | 22031-4518 | | | UNSECURED TRADE CLAIM | | | | | $375.00 |
| 3.109 | ISSCO INC | | 1310 SE HAMBLEN RD | | | LEES SUMMIT | MO | 64081-2942 | | | UNSECURED TRADE CLAIM | | | | | $648.00 |
| 3.110 | J&D TUBE BENDERS, INC. | | 8951 ENTERPRISE WAY | | | SCHOFIELD | WI | 54476-4537 | | | UNSECURED TRADE CLAIM | | | | | $489.00 |
| 3.111 | JERRY MCCLEES | | 3873 TARTAN TRL | | | WHITESTOWN | IN | 46075-7401 | | | UNSECURED TRADE CLAIM | | | | | $3,152.20 |
| 3.112 | J-MAC INTERNATIONAL, LLC | | 1303 SOUTH LOCKNOUR LANE | | | HENRYVILLE | IN | 47126 | | | UNSECURED TRADE CLAIM | | | | | $15,610.80 |

In re: Billy-Bowl Industries, Inc.
Case No. 20-10575
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| LINE | NONPRIORITY CREDITOR'S NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | DATE INCURRED | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATE | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.113 | JOHNSON CO. | | 15401 BOTHELL WAY NE | | | SEATTLE | WA | 98165 | | | UNSECURED TRADE CLAIM | | | | | $2,441.71 |
| 3.114 | KASTLE GRINDING LLC | | 1110 SE BROADWAY DR | | | LEES SUMMIT | MO | 64081-4603 | | | UNSECURED TRADE CLAIM | | | | | $662.90 |
| 3.115 | KC MOWING & MORE | | 9615 HOWARD RD | | | LEES SUMMIT | MO | 64086-9558 | | | UNSECURED TRADE CLAIM | | | | | $797.00 |
| 3.116 | KEITEL, INC. | | 626 NW VALLEY RIDGE CIR | | | GRAIN VALLEY | MO | 64029-8342 | | | UNSECURED TRADE CLAIM | | | | | $2,128.00 |
| 3.117 | KELCH - A BEMIS MFG COMPANY | | W2940 OLD COUNTY ROAD PP | | | SHEBOYGAN FALLS | WI | 53085-2528 | | | UNSECURED TRADE CLAIM | | | | | $1,139.20 |
| 3.118 | KNOTT BRAKE COMPANY | | 144 WEST DR | | | LODI | OH | 44254-1062 | | | UNSECURED TRADE CLAIM | | | | | $657.00 |
| 3.119 | KONDEX CORPORATION | | 1500 TECHNOLOGY DRIVE | | | LOMIRA | WI | 53048 | | | UNSECURED TRADE CLAIM | | | | | $28,148.32 |
| 3.120 | KOOIMA COMPANY | | 2638 310TH ST | | | ROCK VALLEY | IA | 51247 | | | UNSECURED TRADE CLAIM | | | | | $18,366.50 |
| 3.121 | L & B MARKETING SERVICES LLC | | 537 E 10TH AVE | | | BOWLING GREEN | KY | 42101-2214 | | | UNSECURED TRADE CLAIM | | | | | $14,333.00 |
| 3.122 | LAIRD CONNECTIVITY | | 50 SOUTH MAIN STREET SUITE 1100 | | | AKRON | OH | 44308-1831 | | | UNSECURED TRADE CLAIM | | | | | $5,100.00 |
| 3.123 | LAKEVIEW INDUSTRIES INC | | 1225 LAKEVIEW DR | | | CHASKA | MN | 55318-9506 | | | UNSECURED TRADE CLAIM | | | | | $23,031.32 |
| 3.124 | LEE'S SUMMIT WATER UTILITY | | 1200 SE HAMBLEN ROAD | | | LEE'S SUMMIT | MO | 64081 | | | UNSECURED TRADE CLAIM | | | | | $3,238.94 |
| 3.125 | LOMONT MOLDING, LLC | | 1516 E MAPLELEAF DR | | | MOUNT PLEASANT | IA | 52641-3117 | | | UNSECURED TRADE CLAIM | | | | | $139,023.77 |
| 3.126 | LOWEN COLOR GRAPHICS | | PO BOX 1528 | | | HUTCHINSON | KS | 67504 | | | UNSECURED TRADE CLAIM | | | | | $1,552.00 |
| 3.127 | MAGURA USA CORP | | 724 W CLEM ST | | | OLNEY | IL | 62450-4737 | | | UNSECURED TRADE CLAIM | | | | | $14,817.30 |
| 3.128 | MAIN, PATRICIA | DARRON E. BERQUIST, ESQ. | C/O THE LANIER LAW FIRM PLLC | 126 E. 56TH STREET | TOWER 56 | NEW YORK | NY | 10022 | | | LITIGATION / CAUSES OF ACTION | | X | X | X | UNDETERMINED |
| 3.129 | MAINLINE PRINTING | | 3500 SW TOPEKA BLVD | | | TOPEKA | KS | 66611-2374 | | | UNSECURED TRADE CLAIM | | | | | $2,236.00 |
| 3.130 | MARASTAR LLC | | PO BOX 732997 | | | DALLAS | TX | 75373-2997 | | | UNSECURED TRADE CLAIM | | | | | $518.59 |
| 3.131 | MCMASTER-CARR SUPPLY CO | | 600 NORTH COUNTY ROAD | | | ELMHURST | IL | 60126 | | | UNSECURED TRADE CLAIM | | | | | $654.14 |
| 3.132 | MID AMERICA PERIPHERAL SUPPORT INC. | | 11630 W 85TH ST | | | OVERLAND PARK | KS | 66214-1541 | | | UNSECURED TRADE CLAIM | | | | | $1,039.02 |
| 3.133 | MID AMERICA SALES | | 1128 S PAYNE STREET | | | OLATHE | KS | 66051 | | | UNSECURED TRADE CLAIM | | | | | $997.90 |
| 3.134 | MIDWEST CONTROL PRODUCTS CORP | | 206 INDUSTRIAL PARK | | | BUSHNELL | IL | 61422-1250 | | | UNSECURED TRADE CLAIM | | | | | $4,203.85 |
| 3.135 | MIDWEST OFFICE TECHNOLOGY, INC. | | DEPT. 91 | | | TULSA | OK | 74121-1228 | | | UNSECURED TRADE CLAIM | | | | | $1,005.61 |
| 3.136 | MIDWEST PRO MANUFACTURING INC | | 188 WESTVIEW DR | | | ROCK VALLEY | IA | 51247 | | | UNSECURED TRADE CLAIM | | | | | $4,169.35 |
| 3.137 | MILES DATA TECHNOLOGIES LLC | | N7W22081 JOHNSON DR | | | WAUKESHA | WI | 53186-1856 | | | UNSECURED TRADE CLAIM | | | | | $1,209.91 |
| 3.138 | MILLER PRODUCTS CO. | | 1015 N MAIN ST | | | OSCEOLA | IA | 50213-1075 | | | UNSECURED TRADE CLAIM | | | | | $53,615.98 |
| 3.139 | MINER ELASTOMER PRODUCTS CORPRATION | | 1200 E STATE STREET | | | GENEVA | IL | 60134-2440 | | | UNSECURED TRADE CLAIM | | | | | $169.68 |
| 3.140 | MISSOURI PLATING COMPANY | | 7001 E 13TH ST | | | KANSAS CITY | MO | 64126-2336 | | | UNSECURED TRADE CLAIM | | | | | $2,813.06 |
| 3.141 | MISSOURI PRESSED METALS INC | | 1200 E BOONVILLE ST | | | SEDALIA | MO | 65301-3322 | | | UNSECURED TRADE CLAIM | | | | | $1,000.00 |
| 3.142 | MIZE & COMPANY INC. | | 2020 N KOCH INDUSTRIAL ST | | | KINGMAN | KS | 67068-8088 | | | UNSECURED TRADE CLAIM | | | | | $9,718.65 |
| 3.143 | MODERN LITHO-KANSAS CITY, LLC | | 1340 TANEY ST | | | | MO | 64116-4415 | | | UNSECURED TRADE CLAIM | | | | | $3,840.00 |
| 3.144 | MOUSER ELECTRONICS INC | | 1000 NORTH MAIN STREET | | | MANSFIELD | TX | 76063 | | | UNSECURED TRADE CLAIM | | | | | $2,289.00 |
| 3.145 | MSC INDUSTRIAL SUPPLY | | 2595 SKYMARK AVE SUITE 202 | | | MISSISSAUGA | ON | L4W 4L5 | CA | | UNSECURED TRADE CLAIM | | | | | $2,228.82 |
| 3.146 | NELSON STUD WELDING, INC. | | 7900 WEST RIDGE ROAD | | | ELRIA | OH | 44035 | | | UNSECURED TRADE CLAIM | | | | | $1,520.00 |
| 3.147 | NEUINTEL LLC | | 300 SPECTRUM CENTER DR STE 1020 | | | IRVINE | CA | 92618-4999 | | | UNSECURED TRADE CLAIM | | | | | $2,106.00 |
| 3.148 | NEXTPAGE, INC | | 8300 NE UNDERGROUND DR. / PILLAR 122 | | | KANSAS CITY | MO | 64141 | | | UNSECURED TRADE CLAIM | | | | | $1,326.53 |
| 3.149 | NORAM | | 4360 N GREEN BAY AVE | | | MILWAUKEE | WI | 53209-7032 | | | UNSECURED TRADE CLAIM | | | | | $12,253.71 |
| 3.150 | NOTT COMPANY | | 3100 E FRONTAGE RD | | | KAUKAUNA | WI | 54130-9615 | | | UNSECURED TRADE CLAIM | | | | | $305.52 |

Info: Bally Gem Industries Inc.
Case No. 20-10575
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| LINE | NONPRIORITY CREDITOR'S NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | DATE INCURRED | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATE | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.151 | NUVIDIA | | 10575 WIDMER ROAD | | | LENEXA | KS | 66215-2096 | | | UNSECURED TRADE CLAIM | | | | | $233.35 |
| 3.152 | ORSCHELN PRODUCTS LLC | | 7071 SOLUTIONS CTR | | | CHICAGO | IL | 60677-7000 | | | UNSECURED TRADE CLAIM | | | | | $1,915.00 |
| 3.153 | OWEN LUMBER CO. | | 312 SE MAIN ST | | | LEES SUMMIT | MO | 64063-2334 | | | UNSECURED TRADE CLAIM | | | | | $4,771.35 |
| 3.154 | PACE ANALYTICAL SERVICES, INC. | | 1800 ELM STREET SE | | | MINNEAPOLIS | MN | 55414 | | | UNSECURED TRADE CLAIM | | | | | $525.00 |
| 3.155 | PACIFIC ENGINEERING COMMERCIAL DIV. | | 624 W JOEL ST | | | LINCOLN | NE | 68521-3700 | | | UNSECURED TRADE CLAIM | | | | | $22,090.00 |
| 3.156 | PARKER HANNIFIN CORPORATION | | 7975 COLLECTION CENTER DR | | | CHICAGO | IL | 60693-0079 | | | UNSECURED TRADE CLAIM | | | | | $62,919.00 |
| 3.157 | PENGO CORPORATION | | 7194 SOLUTIONS CTR | | | CHICAGO | IL | 60677-7001 | | | UNSECURED TRADE CLAIM | | | | | $1,825.85 |
| 3.158 | PENSION BENEFIT GUARANTY BOARD (PBGC) | | 1200 K STREET, N.W. | | | WASHINGTON | DC | 20005 | | | UNFUNDED PENSION AND RETIREMENT PLANS | | X | X | | UNDETERMINED |
| 3.159 | PENTAIR WATER GROUP INC | | 13771 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693-0001 | | | UNSECURED TRADE CLAIM | | | | | $29,465.40 |
| 3.160 | PIONEER PALLET BROKERAGE COMPANY IN | | PO BOX 34577 | | | EAST KANSAS CITY | MO | 64116 | | | UNSECURED TRADE CLAIM | | | | | $17,502.50 |
| 3.161 | PIVOT POINT INC | | 761 INDUSTRIAL LN | | | HUSTISFORD | WI | 53034 | | | UNSECURED TRADE CLAIM | | | | | $632.20 |
| 3.162 | PIX NORTH AMERICA, INC. | | 1222 E VOORHEES ST | | | DANVILLE | IL | 61834-6249 | | | UNSECURED TRADE CLAIM | | | | | $3,663.56 |
| 3.163 | PRAXAIR DISTRIBUTION INC | | 7000 HIGH GROVE BLVD | | | BURR RIDGE | IL | 60527 | | | UNSECURED TRADE CLAIM | | | | | $5,382.07 |
| 3.164 | PREMIER LUBRICANTS LLC | | 2503 SW LOCUST ST | | | OAK GROVE | MO | 64075-9037 | | | UNSECURED TRADE CLAIM | | | | | $140.00 |
| 3.165 | PRO METAL WORKS | | 804 BURTON BLVD | | | DEFOREST | WI | 53532-1286 | | | UNSECURED TRADE CLAIM | | | | | $32,634.72 |
| 3.166 | PROFORM POWDERED METALS | | 700 MARTHA ST | | | PUNXSUTAWNEY | PA | 15767-1838 | | | UNSECURED TRADE CLAIM | | | | | $1,309.03 |
| 3.167 | PROMANPTO LLC | | 1553 VIA MONSERATE | | | FALLBROOK | CA | 92028-8726 | | | UNSECURED TRADE CLAIM | | | | | $4,106.57 |
| 3.168 | QA1 PRECISION PRODUCTS | | 9574 WEST 217TH STREET | | | LAKEVILLE | MN | 55044-6720 | | | UNSECURED TRADE CLAIM | | | | | $1,386.00 |
| 3.169 | R R DONNELLEY & SONS COMPANY | | 7810 SOLUTION CTR | | | CHICAGO | IL | 60677-0001 | | | UNSECURED TRADE CLAIM | | | | | $129.00 |
| 3.170 | R&R TECHNOLOGIES L.L.C. | | 7560 E COUNTY LINE RD | | | EDINBURGH | IN | 46124-1100 | | | UNSECURED TRADE CLAIM | | | | | $30,594.54 |
| 3.171 | REAL GREEN SYSTEMS INC | | 4375 PINEVIEW DR | | | COMMERCE TOWNSHIP | MI | 48390-4129 | | | UNSECURED TRADE CLAIM | | | | | $212.25 |
| 3.172 | RETLAW INDUSTRIES INC | | 520 S INDUSTRIAL DR | | | HARTLAND | WI | 53029-2324 | | | UNSECURED TRADE CLAIM | | | | | $770.00 |
| 3.173 | RJR INCORPORATED | | 8081 FLINT ST | | | LENEXA | KS | 66214-3335 | | | UNSECURED TRADE CLAIM | | | | | $1,422.83 |
| 3.174 | RONSON MANUFACTURING CORPORATION | | 3000 S JACKSON DR | | | INDEPENDENCE | MO | 64057-1570 | | | UNSECURED TRADE CLAIM | | | | | $173,025.24 |
| 3.175 | RUBBER & PLASTICS CO. | | 3650 LAPEER RD | | | AUBURN HILLS | MI | 48326-1730 | | | UNSECURED TRADE CLAIM | | | | | $900.38 |
| 3.176 | S & S MARKETING AND SALES | | 125 HUNTER GREEN LANE | | | MOORESVILLE | NC | 28115-8296 | | | UNSECURED TRADE CLAIM | | | | | $118.32 |
| 3.177 | S&D PRODUCTS, INC. | | 1390 SCHIFERL RD | | | BARTLETT | IL | 60103-1701 | | | UNSECURED TRADE CLAIM | | | | | $11,415.32 |
| 3.178 | SEALED AIR CORPORATION | | 26077 NETWORK PL | | | CHICAGO | IL | 60673-1260 | | | UNSECURED TRADE CLAIM | | | | | $646.34 |
| 3.179 | SHOPPAS MID AMERICA LLC | | 1301 N CORRINGTON AVE | | | KANSAS CITY | MO | 64120-1940 | | | UNSECURED TRADE CLAIM | | | | | $11,578.63 |
| 3.180 | SHUR-CO LLC | | 2309 SHUR LOK STREET | | | YANKTON | SD | 57078-1210 | | | UNSECURED TRADE CLAIM | | | | | $4,462.50 |
| 3.181 | SILVERSTONE, INC | | 4350 MCKINLEY ST | | | OMAHA | NE | 68112-1643 | | | UNSECURED TRADE CLAIM | | | | | $7,127.80 |
| 3.182 | SMARTEQUIP | | 20 GLOVER AVE, 5TH FLOOR NORTH | | | NORWALK | CT | 06850-1219 | | | UNSECURED TRADE CLAIM | | | | | $2,003.50 |
| 3.183 | SMITTY'S LAWN & GARDEN | | 2300 N ROGERS RD | | | OLATHE | KS | 66062-4993 | | | UNSECURED TRADE CLAIM | | | | | $111.30 |
| 3.184 | SPIRE | | DRAWER 2 | | | SAINT LOUIS | MO | 63171-0002 | | | UNSECURED TRADE CLAIM | | | | | $1,642.47 |
| 3.185 | SPRAYER SPECIALTIES INC | | 4151 SE CAPITOL CIRCLE | | | GRIMES | IA | 50111-4854 | | | UNSECURED TRADE CLAIM | | | | | $8,467.35 |
| 3.186 | SPRAYING SYSTEMS CO. | | NORTH AVE. AND SCHMALE ROAD / PO BOX 7900 | | | CHICAGO | IL | 60187-7901 | | | UNSECURED TRADE CLAIM | | | | | $1,903.20 |
| 3.187 | STENS SPECIALITY BRANDS LLC | | 1919 HOSPITALITY DRIVE | | | JASPER | IN | 47546 | | | UNSECURED TRADE CLAIM | | | | | $670.00 |

Info: Stitly Book Industries, Inc.
**Case No. 20-10575**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| LINE | NONPRIORITY CREDITOR'S NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | DATE INCURRED | BASIS FOR CLAIM | SUBJECT TO OFFSET (Y/N) | CONTINGENT | UNLIQUIDATE | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.188 | STERLING SPRING, LLC | | 5432 W 54TH ST | | | CHICAGO | IL | 60638-2905 | | | UNSECURED TRADE CLAIM | | | | | $3,092.00 |
| 3.189 | SUN MARKETING GROUP OF | | 8297 CHAMPIONS GATE BLVD # 172 | | | CHAMPIONS GATE | FL | 33896-8387 | | | UNSECURED TRADE CLAIM | | | | | $3,725.71 |
| 3.190 | SUNBELT RENTALS INC | | 1450 HOWELL MILL RD NW | | | ATLANTA | GA | 30318-4224 | | | UNSECURED TRADE CLAIM | | | | | $891.16 |
| 3.191 | SUPERIOR GEARBOX COMPANY | | 201 INDUSTRIAL DRIVE | | | BUFFALO | MO | 65622 | | | UNSECURED TRADE CLAIM | | | | | $8,789.43 |
| 3.192 | T&W STEEL CO. | | 1612 SW JEFFERSON ST | | | LEES SUMMIT | MO | 64081-3106 | | | UNSECURED TRADE CLAIM | | | | | $63,070.61 |
| 3.193 | TMCO INC | | 701 S 6TH ST | | | LINCOLN | NE | 68508-3037 | | | UNSECURED TRADE CLAIM | | | | | $23,707.18 |
| 3.194 | TOMPKINS INDUSTRIES, INC | | 75 REMITTANCE DR, SUITE 6210 | | | CHICAGO | IL | 60675-6210 | | | UNSECURED TRADE CLAIM | | | | | $3,781.18 |
| 3.195 | TRANSPORTATION LOGISTICS SYSTEMS, I | | 2510 E 85TH ST | | | KANSAS CITY | MO | 64132-2616 | | | UNSECURED TRADE CLAIM | | | | | $6,590.44 |
| 3.196 | TRITZ PALLET INC | | 1811 INDUSTRIAL ROAD SOUTHWEST / PO BOX 6 | | | LEMARS | IA | 51031 | | | UNSECURED TRADE CLAIM | | | | | $800.00 |
| 3.197 | TUFF TORQ CORPORATION | | 5943 COMMERCE BLVD | | | MORRISTOWN | TN | 37814-1051 | | | UNSECURED TRADE CLAIM | | | | | $66,450.24 |
| 3.198 | ULINE INC | | 12575 ULINE DRIVE | | | PLEASANT PRAIRIE | WI | 53158-3686 | | | UNSECURED TRADE CLAIM | | | | | $793.89 |
| 3.199 | UNIQUE LABEL, INC. | | 127 W MARKEY RD | | | BELTON | MO | 64012-1721 | | | UNSECURED TRADE CLAIM | | | | | $1,216.72 |
| 3.200 | UNITECH INC | | 2300 NE INDEPENDENCE AVE | | | LEES SUMMIT | MO | 64064-2320 | | | UNSECURED TRADE CLAIM | | | | | $2,325.60 |
| 3.201 | UNIVERSAL FOREST PRODUCTS, INC | | 2801 E BELTLINE AVE NE | | | GRAND RAPIDS | MI | 49525 | | | UNSECURED TRADE CLAIM | | | | | $6,379.22 |
| 3.202 | VANGUARD LABEL, INC. | | 8800 NE UNDERGROUND DR | | | KANSAS CITY | MO | 64161-9776 | | | UNSECURED TRADE CLAIM | | | | | $648.00 |
| 3.203 | VIKING REPS. INC | | 192 CLIFFORD ST | | | NEWARK | NJ | 07105-1903 | | | UNSECURED TRADE CLAIM | | | | | $5,004.48 |
| 3.204 | W W GRAINGER INC | | 6050 SOUTHWEST FREEWAY, 2255 | | | HOUSTON | TX | 77057-7514 | | | UNSECURED TRADE CLAIM | | | | | $177.39 |
| 3.205 | WALSH-JETER & ASSOCIATES | | PMB 171 8765 SPRING CYPRESS RD. STE | | | SPRING | TX | 77379-3195 | | | UNSECURED TRADE CLAIM | | | | | $4,897.07 |
| 3.206 | WATKINS LITHOGRAPHIC, INC. | | 133 W 10TH AVE | | | KANSAS CITY | MO | 64116-4206 | | | UNSECURED TRADE CLAIM | | | | | $1,844.44 |
| 3.207 | WAYTEK INC | | 2440 GALPIN CT | | | CHANHASSEN | MN | 55317-4621 | | | UNSECURED TRADE CLAIM | | | | | $151.20 |
| 3.208 | WCA WASTE CORPORATION | | 1330 POST OAK BLVD, 7TH FLOOR | | | HOUSTON | TX | 77056 | | | UNSECURED TRADE CLAIM | | | | | $7,861.24 |
| 3.209 | WEBOLUTIONS.INC | | 6300 S SYRACUSE WAY STE 100 | | | CENTENNIAL | CO | 80111-6721 | | | UNSECURED TRADE CLAIM | | | | | $50.00 |
| 3.210 | WEILER CORPORATION | | 1 WEILER DRIVE | | | CRESCO | PA | 18326 | | | UNSECURED TRADE CLAIM | | | | | $21,015.00 |
| 3.211 | WEIMER BEARING & TRANSMISSION INC | | N112W13131 MEQUON RD | | | GERMANTOWN | WI | 53022-3612 | | | UNSECURED TRADE CLAIM | | | | | $32,796.14 |
| 3.212 | WELLS FARGO COMMERCIAL | | 601 CALIFORNIA ST, 7TH FLOOR | | | SAN FRANCISCO | CA | 94108 | | | UNSECURED TRADE CLAIM | | | | | $373.22 |
| 3.213 | WESCON CONTROLS LLC | | 2533 S WEST ST | | | WICHITA | KS | 67217-1025 | | | UNSECURED TRADE CLAIM | | | | | $67,702.65 |
| 3.214 | WESTROCK RKT COMPANY | | 1211 HARTSVILLE PIKE | | | GALLATIN | TN | 37066-4608 | | | UNSECURED TRADE CLAIM | | | | | $4,592.18 |
| 3.215 | WHOLESALE BATTERIES INC | | 605 KANSAS AVE. | | | KANSAS CITY | KS | 66105 | | | UNSECURED TRADE CLAIM | | | | | $6,005.65 |
| 3.216 | WILMINGTON TRUST N.A. | | 50 SOUTH SIXTH STREET | SUITE 1290 | | MINNEAPOLIS | MN | 55402 | | 12/20/2010 | INDENTURE TRUSTEE FOR 6.875% UNSECURED NOTES | | | X | | $195,462,000.00 |
| 3.217 | WINDSTREAM | | PO BOX 9001908 | | | LOUISVILLE | KY | 40290-1908 | | | UNSECURED TRADE CLAIM | | | | | $19,770.23 |
| 3.218 | WIRANT SALES INC | | 4551 MAUREEN CIR | | | LIVERMORE | CA | 94550-8002 | | | UNSECURED TRADE CLAIM | | | | | $2,260.12 |
| 3.219 | WISCONSIN STAMPING & MANUFACTURING | | N110W13455 PATTON CT N | | | GERMANTOWN | WI | 53022-4470 | | | UNSECURED TRADE CLAIM | | | | | $561.00 |
| 3.220 | WURTH REVCAR FASTENERS INC | | 3845 THIRLAND RD | | | ROANOKE | VA | 24003 | | | UNSECURED TRADE CLAIM | | | | | $92,272.15 |
| 3.221 | XPO LOGISTICS INC | | 27724 NETWORK PL | | | CHICAGO | IL | 60673-1277 | | | UNSECURED TRADE CLAIM | | | | | $25,915.00 |
| 3.222 | XYLEM INC | | 1 INTERNATIONAL DR | | | RYE BROOK | NY | 10573-1058 | | | UNSECURED TRADE CLAIM | | | | | $6,716.74 |
| 3.223 | ZARCO, INC. | | 14611 EBY ST | | | OVERLAND PARK | KS | 66221-2214 | | | UNSECURED TRADE CLAIM | | | | | $1,581.24 |
| | | | | | | | | | | | | | | | TOTAL: | $214,120,005.30 |

In re: Billy Goat Industries, Inc.

**Case No. 20-10575**

Schedule E/F, Part 3

Notice Parties to Creditors Who Have Unsecured Claims

| LINE | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | ON WHICH LINE IN PART 1 OR PART 2 IS THE RELATED CREDITOR (IF ANY) LISTED?  IF NOT LISTED, EXPLAIN |
|---|---|---|---|---|---|---|---|---|---|
| 4.1 | AMERICAN HONDA MOTOR COMPANY INC | DAN WAHN | 1919 TORRANCE BLVD | | TORRANCE | CA | 90501-2746 | | 3.10 |
| 4.2 | CDW LIMITED | BRUCE KURKIEWICZ | 200 N MILWAUKEE AVE | | VERNON HILLS | IL | 43785 | | 3.31 |
| 4.3 | CURTIS, HEINZ, GARRETT & O'KEEFE, P.C. | ROBERT E. JONES | 130 S. BEMISTON, SUITE 200 | | CLAYTON | MO | 63105 | | 2.21 |
| 4.4 | HYDRO-GEAR LP | MIKE MCCOY | 120 SOUTH LASALLE ST | | CHICAGO | IL | 60603-3403 | | 3.100 |
| 4.5 | LYNCH, SHARP & ASSOCIATES, LLC. | ELIZABETH S. LYNCH | 9229 WARD PARKWAY, SUITE 370 | | KANSAS CITY | MO | 64114 | | 3.101 |
| 4.6 | MISSOURI DEPARTMENT OF REVENUE | ATTN BANKRUPTCY UNIT | 301 W HIGH ST | HARRY S TRUMAN STATE OFFICE BUILDING | JEFFERSON CITY | MO | 65101 | | 2.109 |
| 4.7 | MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT, JOHN WHITEMAN | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | | 2.109 |
| 4.8 | PRYOR CASHMAN LLP | SETH H LIEBERMAN DAVID W SMITH | 7 TIMES SQUARE | | NEW YORK | NY | 10036 | | 3.216 |
| 4.9 | R R DONNELLEY & SONS COMPANY | WILLIAM GUST | 7810 SOLUTION CTR | | CHICAGO | IL | 60677-0001 | | 3.169 |
| 4.10 | SIMPSON, LOGBACK, LYNCH, NORRIS, P.A. | JEFFREY A. BULLINS | 7400 W 100TH ST., SUITE 600 | | OVERLAND PARK | KS | 66210 | | 3.120 |
| 4.11 | WILMINGTON TRUST NA | PETER FINKEL | 50 SOUTH SIXTH ST STE 1290 | | MINNEAPOLIS | MN | 55402 | | 3.216 |

In re: Billy Goat Industries, Inc.
Case No. 20-10575
Schedule G
Executory Contracts and Unexpired Leases

| LINE | NAME OF OTHER PARTIES WITH WHOM THE DEBTOR HAS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | STATE WHAT THE CONTRACT OR LEASE IS FOR AND THE NATURE OF THE DEBTOR'S INTEREST | STATE THE TERM REMAINING |
|---|---|---|---|---|---|---|---|---|---|
| 2.1 | A TO Z EQUIPMENT RENTALS | 1313 E BASELINE RD | | GILBERT | AZ | 85233-1216 | | TERMS AND CONDITIONS | |
| 2.2 | A TO Z RENTALL, INC. | 9067 FM 78 | | CONVERSE | TX | 78109-1220 | | TERMS AND CONDITIONS | |
| 2.3 | A.E. SALES INC. | #23B 7471 EDGAR INDUSTRIAL BEND | | RED DEER | AB | | T4P 3Z5 CA | SALES REPRESENTATIVE AGREEMENT | 12/31/2008 |
| 2.4 | ABLE TOOL & RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.5 | ABLE TOOL RENTAL & EQUIPMENT SALES, INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.6 | ACCORD MANUFACTURING | N172W20950 EMERY WAY CT | | JACKSON | WI | 53037-9358 | | BAILMENT AGREEMENT | |
| 2.7 | ACCORD MANUFACTURING | N172W20950 EMERY WAY CT | | JACKSON | WI | 53037-9358 | | BAILMENT AGREEMENT | |
| 2.8 | ACCORD MANUFACTURING | N172W20950 EMERY WAY CT | | JACKSON | WI | 53037-9358 | | BAILMENT AGREEMENT | |
| 2.9 | ACCORD MANUFACTURING | N172W20950 EMERY WAY CT | | JACKSON | WI | 53037-9358 | | BAILMENT AGREEMENT | |
| 2.10 | ACKLANDS-GRAINGER INC. | 90 WEST BEAVER CREEK ROAD | | RICHMOND HILL | ON | | L4B 1E7 CA | SUPPLY CONTRACT | |
| 2.11 | ACME DOCK SPECIALISTS, INC. | 3030 GILLHAM RD | | KANSAS CITY | MO | 64108-3119 | | SERVICE AGREEMENT | 12/5/2016 |
| 2.12 | ACTION RENTAL | 11716 ALGONQUIN RD | | HUNTLEY | IL | 60142 | | TERMS AND CONDITIONS | |
| 2.13 | ADVANCED INDUSTRIAL PRODUCTS, INC. | 2125 WHITNEY AVE. | | GRETNA | LA | 70053 | | TERMS AND CONDITIONS | |
| 2.14 | ALDRICH TOOL RENTAL | 19828 US HIGHWAY 10 | | VERNDALE | MN | 56481-4163 | | TERMS AND CONDITIONS | |
| 2.15 | ALL PURPOSE RENTALS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.16 | ALLEGIANT TECHNOLOGY | 10983 GRANADA LN | | LEAWOOD | KS | 66211-1401 | | MAINTENANCE AGREEMENT | |
| 2.17 | ALLEGIANT TECHNOLOGY | 10983 GRANADA LN | | LEAWOOD | KS | 66211-1401 | | SERVICE AGREEMENT | 8/29/2018 |
| 2.18 | ALMIGHTY RENTALS | 3231 SHELL RD | | GEORGETOWN | TX | 78628-2122 | | TERMS AND CONDITIONS | |
| 2.19 | ALTAQUIP, LLC | PO BOX 712116 | | CINCINNATI | OH | 45271 | | DEALER AGREEMENT | |
| 2.20 | ALTAQUIP, LLC | PO BOX 712116 | | CINCINNATI | OH | 45271 | | TERMS AND CONDITIONS | |
| 2.21 | AMERICAN ROAD MACHINERY | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.22 | ARBOR TECH SUPPLY | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.23 | ART'S RENTAL EQUIPMENT, INC. | 215 EAST SIXTH STREET | | WILDER | KY | 41071 | | TERMS AND CONDITIONS | |
| 2.24 | ATLANTIC ASPHALT & EQ CO OF FLORIDA, INC | 500 NE 1ST AVENUE | | HALLANDALE | FL | 33009 | | DEALER AGREEMENT | |
| 2.25 | ATLANTIC ASPHALT & EQUIPMENT CO | 500 NE 1ST AVENUE | | HALLANDALE | FL | 33009 | | TERMS AND CONDITIONS | |
| 2.26 | ATLANTIC ASPHALT & EQUIPMENT CO INC | 500 NE 1ST AVENUE | | HALLANDALE | FL | 33009 | | TERMS AND CONDITIONS | |
| 2.27 | AURORA RENTS INC. | 17460 AURORA AVE N | | SHORELINE | WA | 98133-6300 | | TERMS AND CONDITIONS | |
| 2.28 | AUSTIN POWER EQUIPMENT | 5202 US HIGHWAY 250 N | | NORWALK | OH | 44857-9364 | | TERMS AND CONDITIONS | |
| 2.29 | AUTRAN MAB | Z.A. DE LA HORSIERE | | ROGNONAS | 13 | 13870 FR | | TERMS AND CONDITIONS | |
| 2.30 | AVID TRAFFIC SUPPLY | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.31 | B & C LEASING, INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.32 | B.E.T. LTD | 121 37TH STREET | | MOLINE | IL | 61265 | | TERMS AND CONDITIONS | |
| 2.33 | BADGER CONTRACTORS RENTAL & SUPPLY | 3315 INTERTECH DR | | BROOKFIELD | WI | 53045-5114 | | TERMS AND CONDITIONS | |
| 2.34 | BANDON SUPPLY INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.35 | BB MACHINE TOOL, LLC | 1701 SW TIMBERLINE RD | | OAK GROVE | MO | 64075-5204 | | SERVICE AGREEMENT | 5/26/2017 |
| 2.36 | BENCHMARK TOOL SUPPLY LTD | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.37 | BENNYS SPRAY CENTER | 6095 JACKSON RD | | ANN ARBOR | MI | 48103 | | TERMS AND CONDITIONS | |
| 2.38 | BERMO, INC. | 1310 E HIGHWAY 96 | | WHITE BEAR | MN | 55110 | | BAILMENT AGREEMENT | |
| 2.39 | BERMO, INC. | 1310 E HIGHWAY 96 | | WHITE BEAR | MN | 55110 | | HOLD HARMLESS AGREEMENT | |
| 2.40 | BERMO, INC. | 1310 E HIGHWAY 96 | | WHITE BEAR | MN | 55110 | | HOLD HARMLESS AGREEMENT | |
| 2.41 | BIG MOOSE RENTAL CENTER | 1333 E. DOMINICK ST. | | ROME | NY | 13440 | | TERMS AND CONDITIONS | |
| 2.42 | BIG RED RENTALS INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.43 | BIG ROCK SUPPLY | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.44 | BILLY GOAT FAMILY LIMITED PARTNERSHIP | PO BOX 308 | | LEE'S SUMMIT | MO | 64063 | | SHAREHOLDERS AND CORPORATION AGREEMENT | 12/28/2009 |
| 2.45 | BILLY GOAT FAMILY LIMITED PARTNERSHIP | PO BOX 308 | | LEE'S SUMMIT | MO | 64063 | | NOTE | 1/30/2015 |
| 2.46 | BKD CORPORATE FINANCE, LLC | 910 E SAINT LOUIS ST STE 200 | | SPRINGFIELD | MO | 65806-2568 | | LETTER OF UNDERSTANDING | |
| 2.47 | BLACK CAT INC. | 301-305 NORTHFIELD ROAD HARBORNE | | BIRMINGHAM | WM | 817 OTG GB | | TERMS AND CONDITIONS | |
| 2.48 | BLUE CROSS BLUE SHIELD OF KANSAS CITY GOOD HEALTH HMO, INC. D/B/A BLUE-CARE | 1133 SW TOPEKA BLVD. | | TOPEKA | KS | 66629-0001 | | SERVICE AGREEMENT | 6/30/2012 |
| 2.49 | BOB MCCLELLAND SALES CO. | 120 VICTORY RD | | BUFFALO | MO | 65622-6247 | | SALES REPRESENTATIVE AGREEMENT | 12/31/2008 |
| 2.50 | BOELS VERHUUR B.V. | DR. NOLENSLAAN 116 | | SITTARD | 12 | 6136 GV NL | | SALES AGREEMENT | |
| 2.51 | BOTTENS EQUIPMENT RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.52 | BOZZELLI ENTERPRISE INC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.53 | BRADFORD RENTAL SALES & SERVICE LTD. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.54 | BREAUX BRIDGE SALES & RENTALS | 522 EAST BRIDGE STREET | | BREAUX BRIDGE | LA | 70517 | | TERMS AND CONDITIONS | |
| 2.55 | BROADLINE EQUIPMENT RENTALS LTD | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.56 | BROADWAY RENTAL EQUIPMENT CO. | 118 ROCK QUARRY RD., SUITE B | | STOCKBRIDGE | GA | 30281 | | TERMS AND CONDITIONS | |
| 2.57 | BRONCO POWER EQUIPMENT | 5010 N ROCKWELL AVE | | BETHANY | OK | 73008-2432 | | TERMS AND CONDITIONS | |
| 2.58 | BRUGGINKS INC | PO BOX 908 | | SANDIA PARK | NM | 87047-0908 | | TERMS AND CONDITIONS | |
| 2.59 | BUILDERS RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |

In re: Bmy Good Industries, Inc.
Case No. 20-10575
Schedule G
Executory Contracts and Unexpired Leases

| LINE | NAME OF OTHER PARTIES WITH WHOM THE DEBTOR HAS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | STATE WHAT THE CONTRACT OR LEASE IS FOR AND THE NATURE OF THE DEBTOR'S INTEREST | STATE THE TERM REMAINING |
|---|---|---|---|---|---|---|---|---|---|
| 2.60 | BULLDOG EQUIPMENT SALES | 125 HUNTER GREEN LANE | | MOORESVILLE | NC | 28115 | | SALES REPRESENTATIVE AGREEMENT | 12/31/2020 |
| 2.61 | BUTTS RENTAL INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.62 | C & C EQUIPMENT RENTAL, INC. | PO BOX 1022 | | MCALESTER | OK | 74502-1022 | | TERMS AND CONDITIONS | |
| 2.63 | CAL GROVE RENTALS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.64 | CAL WEST RENTALS INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.65 | CANON FINANCIAL SERVICES INC | 14904 COLLECTION CENTER DR | | CHICAGO | IL | 60693-0149 | | EQUIPMENT LEASE | 8/28/2015 |
| 2.66 | CANON FINANCIAL SERVICES INC | 14904 COLLECTION CENTER DR | | CHICAGO | IL | 60693-0149 | | EQUIPMENT LEASE | 8/18/2018 |
| 2.67 | CANON FINANCIAL SERVICES INC | 14904 COLLECTION CENTER DR | | CHICAGO | IL | 60693-0149 | | EQUIPMENT LEASE | 8/3/2019 |
| 2.68 | CARMECO, INC. | 301 CARMECO ROAD | PO BOX 871 | LEBANON | MO | 65536-0871 | | BAILMENT AGREEMENT | |
| 2.69 | CAROLINA CONSTRUCTION EQUIPMENT, LLC | 224 FREMONT DR | | SIMPSONVILLE | SC | 29680 | | TERMS AND CONDITIONS | |
| 2.70 | CAROLINA CUSTOMS AND RENTALS | AVDA. NAVARRO REVERTER 12 | | VALENCIA | ES | 46004 | ES | TERMS AND CONDITIONS | |
| 2.71 | CASALE RENT-ALL | 1641 ROUTE 9 | | CLIFTON PARK | NY | 12065 | | TERMS AND CONDITIONS | |
| 2.72 | CAVALIER INDUSTRIES LTD | #8 26004 TWP 544 | | STURGEON COUNTY | AB | T8T 0B6 | CA | TERMS AND CONDITIONS | |
| 2.73 | CAVALIER INDUSTRIES LTD | #8 26004 TWP 544 | | STURGEON COUNTY | AB | T8T 0B6 | CA | DEALER AGREEMENT | |
| 2.74 | CENTER POINT RENTALS | 4204 LEWIS ACCESS RD | | CENTER POINT | IA | 52213 | | TERMS AND CONDITIONS | |
| 2.75 | CENTERPOINT ENERGY | 1425 GREENWAY DR #165 | | IRVING | TX | 75038 | | CONFIRMATION | 12/31/2020 |
| 2.76 | CENTERPOINT ENERGY SERVICES INC | 1425 GREENWAY DR #165 | | IRVING | TX | 75038 | | NOTICE | |
| 2.77 | CENTERPOINT ENERGY SERVICES INC | 1425 GREENWAY DR #165 | | IRVING | TX | 75038 | | CONFIRMATION | 12/31/2019 |
| 2.78 | CENTRAL EQUIPMENT RENTAL LLC | 791 RED MILE RD | | LEXINGTON | KY | 40504 | | TERMS AND CONDITIONS | |
| 2.79 | CHAMPION RENTALS INC | CALLE ANGELS, S / N - NAU 3 C | | CERVELLO BARCELONA | | 8758 | SPAIN | TERMS AND CONDITIONS | |
| 2.80 | CHELMSFORD RENTALS, INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.81 | CHESTER LEASING INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.82 | CHRISTENSEN RENTALS LLC | AV. DE LAS AMERICAS NO. 4001 | | PUEBLA, PUE. | PU | 72340 | MX | DEALER AGREEMENT | |
| 2.83 | CHRISTENSON RENTALS LLC | AV. DE LAS AMERICAS NO. 4001 | | PUEBLA, PUE. | PU | 72340 | MX | TERMS AND CONDITIONS | |
| 2.84 | CHRISTOPHER EQUIPMENT INC. | CORSO ASTI 10 | | ALBA CUNEO | IT | 12051 | IT | TERMS AND CONDITIONS | |
| 2.85 | CIMARRON LUMBER & SUPPLY CO | 4000 MAIN ST | | KANSAS CITY | MO | 64111-2313 | | VENDOR COMPLIANCE AGREEMENT | |
| 2.86 | CIMARRON LUMBER AND SUPPLY COMPANY | 4000 MAIN ST | | KANSAS CITY | MO | 64111-2313 | | TERMS AND CONDITIONS | |
| 2.87 | CIME SRO | MAR CANTABRICO 20 | | DF | MX | 11400 | MX | INTERNATIONAL DISTRIBUTOR AGREEMENT | 12/1/2016 |
| 2.88 | CIME SRO | MAR CANTABRICO 20 | | DF | | 11400 | MX | JOINDER | |
| 2.89 | CIMMARON ELECTRIC INC. | 1831 SW MARKET ST | | LEES SUMMIT | MO | 64082-2319 | | SERVICE AGREEMENT | 11/23/2016 |
| 2.90 | CITY OF LONE JACK, MISSOURI | NO ADDRESS AVAILABLE | | | | | | MEMORANDUM OF UNDERSTANDING | |
| 2.91 | CITY WIDE MAINTENANCE CO., INC. | 15447 W 100TH TER | | LENEXA | KS | 66219-1289 | | SERVICE AGREEMENT | 7/15/2019 |
| 2.92 | CITY WIDE MAINTENANCE CO., INC. | 15447 W 100TH TER | | LENEXA | KS | 66219-1289 | | SERVICE AGREEMENT | 7/13/2018 |
| 2.93 | CNY POWER SPORTS LLC | 3865 US ROUTE 11 | | CORTLAND | NY | 13045-9717 | | TERMS AND CONDITIONS | |
| 2.94 | COLONIAL WILLIAMSBURG | PO BOX 1776 | | WILLIAMSBURG | VA | 23187 | | EXHIBIT SPACE CONTRACT | 7/28/2017 |
| 2.95 | COLSON GROUP HOLDINGS, LLC | 1815 MEYER ROAD SUITE 750 | | TERRACE | IL | 60181 | | BAILMENT AGREEMENT | |
| 2.96 | COMMERCE BANK, N.A. | 8000 FORSYTH BLVD | | SAINT LOUIS | MO | 63105 | | SECURITY AGREEMENT | |
| 2.97 | COMPLETE RENTAL | CALZADA ERMITA IZTAPALAPA NO. 1478 | | MEXICO, D.F. | DF | 09360 | MX | TERMS AND CONDITIONS | |
| 2.98 | CONTINENTAL DIVIDE MARKETING | 420 CORPORATE CIR STE D | | GOLDEN | CO | 80401-5628 | | SALES REPRESENTATIVE AGREEMENT | 8/31/2017 |
| 2.99 | CONTINUUM RETAIL ENERGY SERVICES | 1425 GREENWAY DR #165 | | IRVING | TX | 75038 | | NOTICE | |
| 2.100 | CONTINUUM RETAIL ENERGY SERVICES | PO BOX 873112 | | KANSAS CITY | MO | 64187-3112 | | NOTICE | |
| 2.101 | CONTINUUM RETAIL ENERGY SERVICES | PO BOX 873112 | | KANSAS CITY | MO | 64187-3112 | | SALES AGREEMENT | 12/31/2016 |
| 2.102 | CON-WAY FREIGHT INC. | 2211 OLD EARHART ROAD SUITE 100 | | ANN ARBOR | MI | 48105-2751 | | PRICING AGREEMENT | 9/22/2016 |
| 2.103 | CONWAY RENTAL CENTER | 20 ERLANG RD., SHIQIAOPU | | SHAPINGBA, CHONGQING | CN | 000000 | CN | TERMS AND CONDITIONS | |
| 2.104 | COWETA EQUIPMENT RENTAL | 2831 EAST HIGHWAY 34 | | NEWNAN | GA | 30265 | | TERMS AND CONDITIONS | |
| 2.105 | CREATIVE PLANNING TPA SERVICES, LLC | 3400 COLLEGE BLVD | | LEAWOOD | KS | 66211 | | SERVICE AGREEMENT | 6/3/2015 |
| 2.106 | CREATIVE PLANNING, INC. | 3400 COLLEGE BLVD | | LEAWOOD | KS | 66211 | | SERVICE AGREEMENT | |
| 2.107 | CROWN EQUIPMENT RENTAL CO INC. | 4125 HUNT RD. | | FARMINGTON | MO | 63640 | | TERMS AND CONDITIONS | |
| 2.108 | CRS RENTALS | DENINGTON ESTATE | | WELLINGBOROUGH, NORTHAMPTONSHI | GB | NN8 2QL | GB | TERMS AND CONDITIONS | |
| 2.109 | D.I.Y. EQUIPMENT RENTAL & STORAGE LLC | PO BOX 26655 | | CHARLOTTE | NC | 28221 | | TERMS AND CONDITIONS | |
| 2.110 | DADE PAPER & BAG LLC | 3505 N 124TH ST | | BROOKFIELD | WI | 53005 | | TERMS AND CONDITIONS | |
| 2.111 | DANOR RON | 9 HAZAIT ST | | GAN-HAIM | | 4491000 | ISRAEL | INTERNATIONAL DISTRIBUTOR AGREEMENT | 10/20/2019 |
| 2.112 | DAVINCI REPROGRAPHICS INC. | 2534 CAMPBELL STREET | | KC | MO | 64108 | | MAINTENANCE AGREEMENT | 4/12/2013 |
| 2.113 | DECKER FAMILY EQUIPMENT CORP | 219 N MILWAUKEE STREET | | MILWAUKEE | WI | 53202 | | DEALER AGREEMENT | |
| 2.114 | DECKER FAMILY EQUIPMENT CORP | 219 N MILWAUKEE STREET | | MILWAUKEE | WI | 53202 | | TERMS AND CONDITIONS | |
| 2.115 | DELAWARE EQUIPMENT RENTAL | NO ADDRESS AVAILABLE | | | | | | DEALER AGREEMENT | |
| 2.116 | DELAWARE RENTAL GROUP INC | 300 TRAVIS LANE #17 | | WAUKESHA | WI | 53189 | | DEALER AGREEMENT | |
| 2.117 | DEPREY CO. | 807 PROMONTORY PL | | SAINT PAUL | MN | 55123-2297 | | SALES REPRESENTATIVE AGREEMENT | 12/31/2012 |
| 2.118 | DIAMOND E RENTAL | W229 N1680 WESTWOOD DR | | WAUKESHA | WI | 53186-1152 | | TERMS AND CONDITIONS | |

Info: Billy Goat Industries, Inc.
Case No. 20-10575
Schedule G
Executory Contracts and Unexpired Leases

| LINE | NAME OF OTHER PARTIES WITH WHOM THE DEBTOR HAS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | STATE WHAT THE CONTRACT OR LEASE IS FOR AND THE NATURE OF THE DEBTOR'S INTEREST | STATE THE TERM REMAINING |
|---|---|---|---|---|---|---|---|---|---|
| 2.119 | DIGITAL EVOLUTION GROUP, LLC | 6601 COLLEGE BLVD 6TH FL | | LEAWOOD | KS | 66211-1504 | | MASTER AGREEMENT | 12/31/2013 |
| 2.120 | DIGITAL EVOLUTION GROUP, LLC | 6601 COLLEGE BLVD 6TH FL | | LEAWOOD | KS | 66211-1504 | | MASTER AGREEMENT | 8/18/2012 |
| 2.121 | DISTEFANO SALES CO | 9001 EXCHANGE AVE | | FRANKLIN PARK | IL | 60131-2815 | | SALES REPRESENTATIVE AGREEMENT | 8/31/2014 |
| 2.122 | DOUBLE D RENTALS, INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.123 | DT RENTAL CENTER LLC | 219 N MILWAUKEE STREET | | MILWAUKEE | WI | 53202 | | TERMS AND CONDITIONS | |
| 2.124 | DUNN & ABEE, INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.125 | DURANTS LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.126 | EAGLE SUPPLY & RENTAL, INC. | EAGLE%CSAV%CSX-BEDFORD | | | | | | TERMS AND CONDITIONS | |
| 2.127 | EAST COUNTY RENTALS INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.128 | EAST TENNESSEE RENT-ALLS , INC. | 201 SPRINGS FIREPLACE RD | | EAST HAMPTON | NY | 11937-4823 | | TERMS AND CONDITIONS | |
| 2.129 | EMERALD EXPOSITIONS | 32753 COLLECTION CENTER DR | | CHICAGO | IL | 60693-0327 | | EXHIBIT SPACE CONTRACT | |
| 2.130 | EMERALD EXPOSITIONS | 32753 COLLECTION CENTER DR | | CHICAGO | IL | 60693-0327 | | EXHIBIT SPACE CONTRACT | 3/2/2019 |
| 2.131 | ER EQUIPMENT REPAIR INC | 275 OLD JACKSON RD | | CENTREVILLE | AL | 35042-5802 | | DEALER AGREEMENT | |
| 2.132 | ER EQUIPMENT REPAIR INC | 275 OLD JACKSON RD | | CENTREVILLE | AL | 35042-5802 | | TERMS AND CONDITIONS | |
| 2.133 | ESLAVONES CORP | 2220 OLD HORDIN RD | | BILLINGS | MT | 59101 | | TERMS AND CONDITIONS | |
| 2.134 | EXT, INC. | 1324 KEARNEY RD | | EXCELSIOR SPRINGS | MO | 64024-1759 | | BAILMENT AGREEMENT | |
| 2.135 | EXT, INC. | 1324 KEARNEY RD | | EXCELSIOR SPRINGS | MO | 64024-1759 | | BAILMENT AGREEMENT | |
| 2.136 | EZ EQUIPMENT RENTAL LLC | 3601 YORKSHIRE DRIVE | | JOHNSBURG | IL | 60051 | | TERMS AND CONDITIONS | |
| 2.137 | F&B RENTALS INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.138 | FABCO | 11200 W SILVER SPRING ROAD | | MILWAUKEE | WI | 53225 | | TERMS AND CONDITIONS | |
| 2.139 | FAR WEST RENTS & READY MIX | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.140 | FARGO RENTALL INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.141 | FARRER RENTALS LTD | NO ADDRESS AVAILABLE | | | | | | DEALER AGREEMENT | |
| 2.142 | FARRIER RENTALS LTD | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.143 | FIELD SUPPLY | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.144 | FLOYD'S EQUIPMENT | 5701 SEVIERVILLE RD | | SEYMOUR | TN | 37865-3609 | | TERMS AND CONDITIONS | |
| 2.145 | FONTY'S RENTAL CENTER | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.146 | FORT STORAGE TOOLS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.147 | FREEDOM RENTALS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.148 | FROMME CONSTRUCTION LTD ARNOLDS RENTALS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.149 | G & T | NO ADDRESS AVAILABLE | | | | | | DEALER AGREEMENT | |
| 2.150 | G&A RENTALS LTD | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.151 | G&T | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.152 | G3 INDUSTRIES, INC. | 111 WEST MONROE ST | | CHICAGO | IL | 60603-4096 | | BAILMENT AGREEMENT | |
| 2.153 | GEKO ENGINEERING LTD, INC. | PREMIER PLACE | | ESSEX | GB | CM8 3GQ | GB | SALES REPRESENTATIVE AGREEMENT | |
| 2.154 | GEM ASSET ACQUISITION LLC | LITTLE PAXTON | | ST. NEOTS | CA | PE19 6EH | GB | TERMS AND CONDITIONS | |
| 2.155 | GEMPRO PAVEMENT PRODUCTS INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.156 | GIE+EXPO | DEPARTMENT 8272 | | CAROL STREAM | IL | 60122-8272 | | EVENT CONTRACT | 10/23/2020 |
| 2.157 | GODLAN INC | 15399 CANAL RD | | CLINTON TOWNSHIP | MI | 48038-1602 | | LICENSE AGREEMENT | |
| 2.158 | GODLAN INC | 15399 CANAL RD | | CLINTON TOWNSHIP | MI | 48038-1602 | | LICENSE AGREEMENT | |
| 2.159 | GODLAN INC | 15399 CANAL RD | | CLINTON TOWNSHIP | MI | 48038-1602 | | MAINTENCANCE AGREEMENT | 11/30/2015 |
| 2.160 | GODSHALL EQUIPMENT, INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.161 | GOPHER STATE SEALCOAT INC | 803 PARKWAY DRIVE | | LEEDS | AL | 35094 | | DEALER AGREEMENT | |
| 2.162 | GREAT PLAINS, LLC | PO BOX 1587 | | BURNSVILLE | MN | 55337 | | DEALER AGREEMENT | |
| 2.163 | GREAT PLAINS, LLC | PO BOX 1587 | | BURNSVILLE | MN | 55337 | | TERMS AND CONDITIONS | |
| 2.164 | H&E EQUIPMENT SERVICES, INC. | 1507 BATTLEFIELD BLVD S | | CHESAPEAKE | VA | 23322-2103 | | TERMS AND CONDITIONS | |
| 2.165 | HANDYMAN RENTALS | 1001 N KENNETH ST | | NIXA | MO | 65714-8401 | | TERMS AND CONDITIONS | |
| 2.166 | HARBOR RENTAL & SAW SHOP | 890 GUARD STREET | | FRIDAY HARBOR | WA | 98250 | | TERMS AND CONDITIONS | |
| 2.167 | HARRIGAN RENTALS & EQUIPMENT LTD. | 7006 E SENECA TPKE | | JAMESVILLE | NY | 13078-9426 | | TERMS AND CONDITIONS | |
| 2.168 | HARTMANN BUILDING SPECIALTIES LTD | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.169 | HAUTALA SERVICE OY | YRITTAJANTIE 1 | | ILMAJOKI | 006 | 60800 | FI | INTERNATIONAL DISTRIBUTOR AGREEMENT | 11/30/2016 |
| 2.170 | HAUTALA SERVICE OY | YRITTAJANTIE 1 | | ILMAJOKI | 006 | 60800 | FI | TERMS AND CONDITIONS | |
| 2.171 | HD SUPPLY FACILITIES MAINTENANCE | PO BOX 846 | | MAPLE | ON | L6A 1S8 | CA | TRADING AGREEMENT | |
| 2.172 | HD SUPPLY SUPPORT SERVICES, INC. | T | | ORLANDO | FL | 32802 | | ETHICS GUIDE FOR SUPPLIERS, CONTRACTORS AND CONSULTANTS | |
| 2.173 | HD SUPPLY SUPPORT SERVICES, INC. | T | | ORLANDO | FL | 32802 | | SALES AGREEMENT | |
| 2.174 | HERC RENTALS INC. | 27500 RIVERVIEW CENTER BLVD | | BONITA SPRINGS | FL | 34134-4325 | | SUPPLY AGREEMENT | 12/31/2019 |
| 2.175 | HERTZ | PO BOX 121056 | | DALLAS | TX | 75312-1056 | | SUPPLY AGREEMENT | 12/31/2016 |
| 2.176 | HEWLETT PACKARD | PO BOX 502089 | | SAINT LOUIS | MO | 63150 | | SOFTWARE SUPPORT AGREEMENT | |
| 2.177 | HEWLETT PACKARD | PO BOX 502089 | | SAINT LOUIS | MO | 63150 | | SOFTWARE SUPPORT AGREEMENT | |

In re: RTW Retailwinds, Inc.
Case No. 20-10575
Schedule G
Executory Contracts and Unexpired Leases

| LINE | NAME OF OTHER PARTIES WITH WHOM THE DEBTOR HAS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | STATE WHAT THE CONTRACT OR LEASE IS FOR AND THE NATURE OF THE DEBTOR'S INTEREST | STATE THE TERM REMAINING |
|---|---|---|---|---|---|---|---|---|---|
| 2.178 | HEWLETT PACKARD | PO BOX 502089 | | SAINT LOUIS | MO | 63150 | | SOFTWARE SUPPORT AGREEMENT | |
| 2.179 | HEWLETT PACKARD | PO BOX 502089 | | SAINT LOUIS | MO | 63150 | | SOFTWARE SUPPORT AGREEMENT | |
| 2.180 | HIGHLIFT EQUIPMENT LTD | PO BOX 9 | | HOLLAND | IN | 63853 | | DEALER AGREEMENT | |
| 2.181 | HIGHLIFT EQUIPMENT LTD | PO BOX 9 | | HOLLAND | IN | 63853 | | TERMS AND CONDITIONS | |
| 2.182 | HIGHWAY SERVICE SALES & RENTALS LTD | 100 2935 SPROTT RD | | DUNCAN | BC | V9L 6B5 | CA | TERMS AND CONDITIONS | |
| 2.183 | HILLTOP TOOL RENTAL LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.184 | HM SALES & RENTAL, LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.185 | HOME DEPOT | 2455 PACES FERRY RD SE | | ATLANTA | GA | 30339-6444 | | MARKETING AGREEMENT | |
| 2.186 | HOME DEPOT | 2455 PACES FERRY RD SE | | ATLANTA | GA | 30339-6444 | | MARKETING AGREEMENT | |
| 2.187 | HONDA | 1919 TORRANCE BLVD | | TORRANCE | CA | 90501-2746 | | CHANGE OF CONTRACT PARTY | |
| 2.188 | HUM'S HARDWARE & RENTAL | 3901 E BROADWAY ST | | NORTH LITTLE ROCK | AR | 72114-6454 | | TERMS AND CONDITIONS | |
| 2.189 | HUNCH FAMILY LIMITED PARTNERSHIP | 2223 SW LONGVIEW RD | | LEES SUMMIT | MO | 64081-2216 | | REAL PROPERTY LEASE | 5/20/2025 |
| 2.190 | HUNCH FAMILY LIMITED PARTNERSHIP | 2223 SW LONGVIEW RD | | LEES SUMMIT | MO | 64081-2216 | | REAL PROPERTY LEASE | 5/20/2025 |
| 2.191 | IATEC LLC | KOSHTOYANCZA ST. 20 BLDG 2 | | MOSCOW | | 117574 | RUSSIA | SALES REPRESENTATIVE AGREEMENT | 5/16/2011 |
| 2.192 | ICF INDUSTRIES INC. | 617 S. MAIN ST / PO BOX 210 | | PLEASANT HILL | MO | 64080 | | BAILMENT AGREEMENT | |
| 2.193 | IMPERIAL BAG & PAPER CO, LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.194 | INDEPENDENT RENTAL | 504 SANDHILL RD | | GREENFIELD CENTER | NY | 12833 | | TERMS AND CONDITIONS | |
| 2.195 | INFINITE EVENT SERVICES | 260 WARD STREET | | HIGHTSTOWN | NJ | 08520 | | TERMS AND CONDITIONS | |
| 2.196 | INFOR GLOBAL SOLUTIONS (MICHIGAN), INC. | 40 GENERAL WARREN BLVD, SUITE # 110 | | MALVERN | PA | 19355 | | LICENSE AGREEMENT | 10/10/2012 |
| 2.197 | INGERSOLL RENT-ALL, INC. | PO BOX 951394 | | DALLAS | TX | 75395 | | TERMS AND CONDITIONS | |
| 2.198 | J.J.B. SERVICES D/B/A RENTAL DEPOT | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.199 | JOHNSON CO | 15401 BOTHELL WAY NE | | SEATTLE | WA | 98165 | | SALES REPRESENTATIVE AGREEMENT | 12/14/2012 |
| 2.200 | JP MORGAN CHASE BANK NA | 383 MADISON AVE 10TH FL | | NEW YORK | NY | 10017-3217 | | GRANT OF SECURITY INTEREST IN PATENTS | |
| 2.201 | JUSTIN RENTALS LLC | 2950 N USA STE B | | VERO BEACH | FL | 32960 | | TERMS AND CONDITIONS | |
| 2.202 | K & K SUPPLY INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.203 | K-C WELDING & RENTALS, INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.204 | KILBURNS EQUIPMENT RENTAL INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.205 | KIRKPATRICK TOOL & EQUIPMENT RENTAL INC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.206 | KLINGBEIL LUMBER CO INC | 1175 W BROADWAY | | MEDFORD | WI | 54451 | | TERMS AND CONDITIONS | |
| 2.207 | KOWALSKI ENTERPRISES | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.208 | L. T. RICH PRODUCTS, INC. | 920 HENDRICKS DRIVE | | LEBANON | IN | 46052 | | LETTER OF INTENT | |
| 2.209 | LAKE CITY RENTAL | PO BOX 91788 | | CHICAGO | IL | 60693 | | TERMS AND CONDITIONS | |
| 2.210 | LAKE OCONEE RENTAL INC. | 2550 UNION POINT HWY | | GREENSBORO | GA | 30642 | | TERMS AND CONDITIONS | |
| 2.211 | LAKESHORE TOOL & EQUIPMENT | 118 WEST 18TH ST | PO BOX 702 | CARROLL | IA | 51401 | | TERMS AND CONDITIONS | |
| 2.212 | LAKEVIEW INDUSTRIES INC | 1225 LAKEVIEW DR | | CHASKA | MN | 55318-9506 | | BAILMENT AGREEMENT | |
| 2.213 | LANDMARK SALES, INC. | 6904 LAURDANE RD | | RALEIGH | NC | 27613-8124 | | SALES REPRESENTATIVE AGREEMENT | 12/31/2008 |
| 2.214 | LANKHAAR TECHNIEK | DE KORTEN BRUGGERT 5 | | EETHEN | 01 | 4266 ER | NL | TERMS AND CONDITIONS | |
| 2.215 | LAUREL HIGHLANDS CONSTRUCTION SUPPLIES | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.216 | LAWN EQUIPMENT PARTS CO. | 1475 RIVER RD / PO BOX 466 | | MARIETTA | PA | 17547 | | DISTRIBUTION AGREEMENT | 4/16/2012 |
| 2.217 | LAWN EQUIPMENT PARTS CO. | 1475 RIVER RD | | MARIETTA | PA | 17547 | | DISTRIBUTION AGREEMENT | 4/16/2012 |
| 2.218 | LEEDS INDUSTRIAL PARK, INC. | 6817 STADIUM DRIVE | | KANSAS CITY | MO | 64129-1860 | | REAL PROPERTY LEASE | 1/31/2023 |
| 2.219 | LEMUR LICENSING INC | 790 PARKSIDE TRL NW | | MARIETTA | GA | 30064-4713 | | LICENSE AGREEMENT | 6/30/2021 |
| 2.220 | LEWIS BROS RENTAL CO. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.221 | LIMITLESS ENERGY SERVICES LTD | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.222 | LOCATION D'OUTILS GPS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.223 | LOMONT MOLDING LLC | 1516 E MAPLELEAF DR | | MOUNT PLEASANT | IA | 52641-3117 | | BAILMENT AGREEMENT | |
| 2.224 | LOMONT MOLDING LLC | 1516 E MAPLELEAF DR | | MOUNT PLEASANT | IA | 52641-3117 | | BAILMENT AGREEMENT | |
| 2.225 | MACALLISTER RENTALS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.226 | MACHINERY RENTAL ALTERNATIVE CO LTD | PO BOX 8928 | | | | 21492 | KINGDOM OF SAUDI ARABIA | DEALER AGREEMENT | |
| 2.227 | MARKETING SERVICES GROUP, INC. | 5959 COLLECTION CENTER DR | | CHICAGO | IL | 60693-0059 | | SALES REPRESENTATIVE AGREEMENT | |
| 2.228 | MCCLEES EQUIPMENT SALES | 3873 TARTAN TRL | | WHITESTOWN | IN | 46075-7401 | | SALES REPRESENTATIVE AGREEMENT | 12/31/2010 |
| 2.229 | MCCLELLAND SALES GROUP | 120 VICTORY RD | | BUFFALO | MO | 65622-6247 | | VENDOR COMPLIANCE AGREEMENT | |
| 2.230 | MCCONNELL & ASSOCIATES CORP. | 1225 IRON ST | | KANSAS CITY | MO | 64116-4008 | | TERMS AND CONDITIONS | |
| 2.231 | MHC COMPANIES | PO BOX 1749 | | BURNSVILLE | MN | 55337 | | TRAILER LEASE | 2/29/2016 |
| 2.232 | MICHIANA TOOL RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.233 | MID-STATES RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.234 | MIDWEST EQUIPMENT & SUPPLY CO., INC. | PO BOX 4627 | | EVANSVILLE | IN | 47724 | | TERMS AND CONDITIONS | |
| 2.235 | MIDWEST OFFICE TECHNOLOGY | DEPT. 91 | | TULSA | OK | 74121-1228 | | MAINTENANCE AGREEMENT | 7/30/2017 |
| 2.236 | MIDWEST OFFICE TECHNOLOGY | DEPT. 91 | | TULSA | OK | 74121-1228 | | MAINTENANCE AGREEMENT | 7/30/2017 |

In re: Briy Dust Industries, Inc.
Case No. 20-10575
Schedule G
Executory Contracts and Unexpired Leases

| LINE | NAME OF OTHER PARTIES WITH WHOM THE DEBTOR HAS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | STATE WHAT THE CONTRACT OR LEASE IS FOR AND THE NATURE OF THE DEBTOR'S INTEREST | STATE THE TERM REMAINING |
|---|---|---|---|---|---|---|---|---|---|
| 2.237 | MILTON RENTAL & SALES | PO BOX 28 | | MILTON | VT | 05468-0028 | | TERMS AND CONDITIONS | |
| 2.238 | MOOSE LAKE RENTAL CENTER | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.239 | N & S RENTALS INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.240 | NATIONAL PAVEMENT EXPO 2020 | 201 N MAIN ST | | FORT ATKINSON | WI | 53538-1805 | | EXHIBIT SPACE CONTRACT | |
| 2.241 | NED R WERBE INC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.242 | NEW DIRECTIONS BEHAVIORAL HEALTH L.L.C. | 6100 SPRINT PARKWAY # 200 | | OVERLAND PARK | KS | 66211 | | SERVICE AGREEMENT | 8/31/2005 |
| 2.243 | NOR-CAL EQUIPMENT RENTAL | 9400 JACKSON RD | | SACRAMENTO | CA | 95826 | | DEALER AGREEMENT | |
| 2.244 | NORRIS SALES | 1010 CONSHOHOCKEN RD | | CONSHOHOCKEN | PA | 19428-1002 | | TERMS AND CONDITIONS | |
| 2.245 | NORTH RIM SEALCOAT MFG, LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.246 | NWA SUPPLY & RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.247 | OLSHEFSKY INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.248 | OLYMPIC EQUIPMENT RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.249 | ONTARIO RENTAL AND SUPPLY | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.250 | OSC ENERGY, LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.251 | OSCAR WILSON ENGINES & PARTS INC | 826 LONE STAR DR | | O FALLON | MO | 63366-1950 | | TERMS AND CONDITIONS | |
| 2.252 | PACER PUMPS | 41 INDUSTRIAL CIR | | LANCASTER | PA | 17601-5927 | | TERMS AND CONDITIONS | |
| 2.253 | PANTHER EAST | 301-305 NORTHFIELD ROAD HARBORNE | | BIRMINGHAM | WM | B17 OTG | GB | TERMS AND CONDITIONS | |
| 2.254 | PARISH RENTS | 36 LIPHOOK ROAD LINDFORD | | BORDON | HA | GU35 OPP | GB | TERMS AND CONDITIONS | |
| 2.255 | PAT PIERRON EQUIPMENT RENTALS, LLC | COTTAGE LEAP | | RUGBY | WA | CV21 3XP | GB | TERMS AND CONDITIONS | |
| 2.256 | PENTAIR FLOW TECHNOLOGIES LLC | 13771 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693-0001 | | PURCHASE AGREEMENT | |
| 2.257 | PENTAIR FLOW TECHNOLOGIES LLC | 375 5TH AVE NW | | NEW BRIGHTON | MN | 55112 | | TERMS AND CONDITIONS | |
| 2.258 | PERFETTO SP J | GLGOWSKA 346 | | POZNAN | | 60-266 | POLAND | INTERNATIONAL DISTRIBUTOR AGREEMENT | 11/30/2016 |
| 2.259 | PERFETTO SP J | GLGOWSKA 346 | | POZNAN | | 60-266 | POLAND | TERMS AND CONDITIONS | |
| 2.260 | PIERRE-SHAWN TURCOTTE | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.261 | PILON TOOL RENTALS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.262 | PINE STREET RENTALS INC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.263 | PIONEER RENTAL INC. | PO BOX 45547 | | ATLANTA | GA | 30320-0547 | | TERMS AND CONDITIONS | |
| 2.264 | PIVA EQUIPMENT SERVICES INC. | BROOMIESBURN ROAD | | ELLON | SCO | AB41 9RD | GB | TERMS AND CONDITIONS | |
| 2.265 | PLAINFIELD GENERAL RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.266 | POWER EQUIPMENT DISTRIBUTORS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.267 | POWER RENTS, LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.268 | POWER TOOL & SUPPLY CO., INC. | 201 SUN VALLEY CIRCLE | | FENTON | MO | 63026 | | TERMS AND CONDITIONS | |
| 2.269 | PRAXAIR DISTRIBUTION INC | DEPT CH10660 | | PALATINE | IL | 60055-0660 | | RIDER | 4/5/2018 |
| 2.270 | PRAXAIR DISTRIBUTION INC | DEPT CH10660 | | PALATINE | IL | 60055-0660 | | SUPPLY AGREEMENT | |
| 2.271 | PRO FAST INC | 4225 PRO STREET | | SHREVEPORT | LA | 71109 | | TERMS AND CONDITIONS | |
| 2.272 | PROMANPTO, LLC | 1553 VIA MONSERATE | | FALLBROOK | CA | 92028 | | ASSIGNMENT | 12/31/2036 |
| 2.273 | PROMOTIONAL PRODUCTS FULFILLMENT & DISTR | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.274 | PRO-TECT ASPHALT LTD | HAFNERBERG 12 | | HAFNERBERG | AT | 2571 | AT | TERMS AND CONDITIONS | |
| 2.275 | PROTRADENET, LLC | 1010 N UNIVERSITY PARKS DR | | WACO | TX | 76707-3854 | | DISTRIBUTION AGREEMENT | 12/31/2014 |
| 2.276 | PT FAJAR MAS MURNI | JI. RAYA NAROGONG NO. 214 | | BEKASI | | | INDONESIA | CANCELLATION LETTER | 7/8/2015 |
| 2.277 | PUCKETT MACHINERY COMPANY | DUKE STREET | | MICHELDEVER | HA | SO21 3DN | GB | TERMS AND CONDITIONS | |
| 2.278 | PUGET SOUND EQUIPMENT | LUENEBURGER STRASSE 38A | | CELLE | DE | 29223 | DE | TERMS AND CONDITIONS | |
| 2.279 | QUINTE HOME IMPROVEMENT CENTRE | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.280 | R & R TECHNOLOGIES, L.L.C. | 7560 E COUNTY LINE RD | | EDINBURGH | IN | 46124-1100 | | BAILMENT AGREEMENT | |
| 2.281 | R&D MOLDERS, INC. | 107 PARK CENTRAL BLVD | | GEORGETOWN | TX | 78626-7548 | | BAILMENT AGREEMENT | |
| 2.282 | RAPID EQUIPMENT RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.283 | REGIONAL CARE, INC. | 905 W 27TH ST | | SCOTTSBLUFF | NE | 69361-1545 | | SERVICE AGREEMENT | 6/30/2012 |
| 2.284 | REGIONAL CARE, INC. | 905 W 27TH ST | | SCOTTSBLUFF | NE | 69361-1545 | | SERVICE AGREEMENT | 6/30/2012 |
| 2.285 | REID RENTAL | 1250 GETTY STREET | | MUSKEGON | MI | 49442 | | TERMS AND CONDITIONS | |
| 2.286 | RENT ALL MART INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.287 | RENT ALL OF BOSTON INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.288 | RENTAL CENTER USA OF HUNTERDON LLC | 52 STATE ROUTE 173 | | HAMPTON | NJ | 08827-4003 | | TERMS AND CONDITIONS | |
| 2.289 | RENTAL DEPOT OF FLORIDA LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.290 | RENTAL MEN, LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.291 | RENTAL PRO | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.292 | RENTAL PRO CORP | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.293 | RENTAL STOP OHIO LTD. | PO BOX 9 | | HOLLAND | IN | 63853 | | TERMS AND CONDITIONS | |
| 2.294 | RIBCO SUPPLY | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.295 | RONSON MACHINE AND MANUFACTURING, INCORPORATED | 3000 SOUTH JACKSON DRIVE | | INDEPENDENCE | MO | 64057 | | BAILMENT AGREEMENT | |
| 2.296 | RONSON MACHINE AND MANUFACTURING, INCORPORATED | 3000 SOUTH JACKSON DRIVE | | INDEPENDENCE | MO | 64057 | | BAILMENT AGREEMENT | |

In re: Bliy Goose Industries, Inc.
Case No. 20-10575
Schedule G
Executory Contracts and Unexpired Leases

| LINE | NAME OF OTHER PARTIES WITH WHOM THE DEBTOR HAS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | STATE WHAT THE CONTRACT OR LEASE IS FOR AND THE NATURE OF THE DEBTOR'S INTEREST | STATE THE TERM REMAINING |
|------|---------|-----------|-----------|------|-------|-----|---------|------|------|
| 2.297 | ROTARY CORPORATION | HIGHWAY 23 NORTH | | GLENNVILLE | GA | 30427 | | BAILMENT AGREEMENT | |
| 2.298 | ROY GRIPSKE & SONS PTY LTD | 11 SODIUM STREET | | NARANGBA | QLD | 4504 | AU | INTERNATIONAL DISTRIBUTOR AGREEMENT | 12/31/2016 |
| 2.299 | RS MACHINERIES SDN BHD | NO. 17 JALAN 8K 1/13, KINRARA INDUSTRIAL PARK / BANDAR KINRARA, PUNCHON | | KUALA LUMPUR | | 58200 | MALAYSIA | INTERNATIONAL DISTRIBUTOR AGREEMENT | 4/30/2017 |
| 2.300 | RTM SUPPLY INC. | 600 RUE DE LA PENICHE | | LE PONTET | FR | 84130 | FR | TERMS AND CONDITIONS | |
| 2.301 | SAFETY HEAT LLC | 10773 COUNTY RD 1 | | PINE RIVER | MN | 56474 | | CLOSING BINDER | |
| 2.302 | SAFETY HEAT LLC | 10773 COUNTY RD 1 | | PINE RIVER | MN | 56474 | | CLOSING STATEMENT AMENDMENT | |
| 2.303 | SAFETY HEAT LLC | 10773 COUNTY RD 1 | | PINE RIVER | MN | 56474 | | LETTER OF INTENT | 5/8/2015 |
| 2.304 | SCHILLER GROUNDS CARE INC | PO BOX 469 | | JOHNSON CREEK | WI | 53038 | | SETTLEMENT AGREEMENT | 1/26/2015 |
| 2.305 | SEALCOAT USA LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.306 | SEALED AIR CORPORATION | 26077 NETWORK PL | | CHICAGO | IL | 60673-1260 | | EQUIPMENT LEASE | 2/28/2021 |
| 2.307 | SEALED AIR CORPORATION | 26077 NETWORK PL | | CHICAGO | IL | 60673-1260 | | EQUIPMENT LEASE | 2/28/2021 |
| 2.308 | SEALED AIR CORPORATION | 26077 NETWORK PL | | CHICAGO | IL | 60673-1260 | | WARRANTY AGREEMENT | 9/30/2020 |
| 2.309 | SEALED AIR CORPORATION | 26077 NETWORK PL | | CHICAGO | IL | 60673-1260 | | WARRANTY AGREEMENT | 9/30/2020 |
| 2.310 | SEALMASTER MFG OF PENNA | 723 S ALLEN ST | | SAN BERNARDINO | CA | 92408-2282 | | TERMS AND CONDITIONS | |
| 2.311 | SEALMASTER UTAH | 8951 SCHAEFER HWY #1 | | DETROIT | MI | 48228 | | TERMS AND CONDITIONS | |
| 2.312 | SEMCO PLASTICS COMPANY INC | 1025 POLE LANE RD | | MARION | OH | 43302-8524 | | BAILMENT AGREEMENT | |
| 2.313 | SEMCORE II RENTAL CENTER | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.314 | SEMINOLE ENERGY | 1425 GREENWAY DR #165 | | IRVING | TX | 75038 | | NOTICE | |
| 2.315 | SEMINOLE ENERGY | PO BOX 873112 | | KANSAS CITY | MO | 64187-3112 | | NOTICE | |
| 2.316 | SEMINOLE ENERGY SERVICES, L.L.C. | 1323 E 71ST STREET, SUITE 300 | | TULSA | OK | 74136 | | SALES AGREEMENT | 3/31/2013 |
| 2.317 | SERVICE RENTAL, INC. | 2375 EAST WOOD ST | | PARIS | TN | 38242 | | TERMS AND CONDITIONS | |
| 2.318 | SHANK'S LAWN EQUIPMENT LLC | NO ADDRESS AVAILABLE | | | | | | LICENSE AGREEMENT | |
| 2.319 | SHORELINE RENTALS INC. | 17460 AURORA AVE N | | SHORELINE | WA | 98133-6300 | | TERMS AND CONDITIONS | |
| 2.320 | SHULTIS SALES AGENCY INC. | SPRUCE MOUNTAIN DR | | DRAKE | CO | 80515 | | SALES REPRESENTATIVE AGREEMENT | 2/5/2014 |
| 2.321 | SIGGINS COMPANY, INC. | 512 E. 12TH. AVENUE | | EAST KANSAS CITY | MO | 64116 | | SERVICE AGREEMENT | 11/23/2016 |
| 2.322 | SILENT AG | MATTENSTRASSE 2 | | OTELFINGEN | ZH | 8112 | CH | INTERNATIONAL DISTRIBUTOR AGREEMENT | 5/15/2020 |
| 2.323 | SIME SRO | K SILU 1426 | | PELHRIMOV | | 393 01 | CZECHIA | TERMS AND CONDITIONS | |
| 2.324 | SMALL ENGINE WAREHOUSE INC | 501 W RIGGIN RD | | MUNCIE | IN | 47303-6414 | | TERMS AND CONDITIONS | |
| 2.325 | SMARTEQUIP, INC. | 20 GLOVER AVE, 5TH FLOOR NORTH | | NORWALK | CT | 06850-1219 | | MASTER AGREEMENT | 6/22/2014 |
| 2.326 | SORENSEN'S SALES & RENTALS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.327 | SOURCEONE | 603 "L" STREET | | LINCOLN | NE | 68508 | | SUPPLY AGREEMENT | 12/22/2012 |
| 2.328 | SOURCEONE | 603 "L" STREET | | LINCOLN | NE | 68508 | | SUPPLY AGREEMENT | 12/22/2012 |
| 2.329 | SOURCEONE INC | 1030 SW 6TH ST | | LINCOLN | NE | 68522-1327 | | ASSET PURCHASE AGREEMENT | 7/15/2014 |
| 2.330 | SOURCEONE INC | 1030 SW 6TH ST | | LINCOLN | NE | 68522-1327 | | ASSET PURCHASE AGREEMENT | 9/26/2014 |
| 2.331 | STAR RENTALS LTD | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.332 | STEPH RENTS, LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.333 | SUMINISTROS ILAGA | C/ ALI BEI, 27 | | BARCELONA | 01 | 08010 | ES | INTERNATIONAL DISTRIBUTOR AGREEMENT | 11/30/2016 |
| 2.334 | SUMINISTROS ILAGA | C/ ALI BEI, 27 | | BARCELONA | 01 | 08010 | ES | TERMS AND CONDITIONS | |
| 2.335 | SUN MARKETING GROUP | 8297 CHAMPIONS GATE BLVD # 172 | | CHAMPIONS GATE | FL | 33896-8387 | | SALES REPRESENTATIVE AGREEMENT | 2/5/2014 |
| 2.336 | SUNBELT RENTALS, INC. | 1450 HOWELL MILL RD NW | | ATLANTA | GA | 30318-4224 | | CERTIFICATION | |
| 2.337 | SUPERIOR SUPPLY | 350 CORPORATE WOODS PKWY | | VERNON HILLS | IL | 60061 | | DEALER AGREEMENT | |
| 2.338 | SUTHERLAND LUMBER COMPANY | 4000 MAIN STREET | | KANSAS CITY | MO | 64111 | | VENDOR COMPLIANCE AGREEMENT | |
| 2.339 | SVENNINGSENS MASKINFORRETNING A/S | TOMMERUPVEJ 13-15 | | KASTRUP | 005 | | DK | TERMS AND CONDITIONS | |
| 2.340 | SVENNINGSENSNASKINFORRETNING A/S | TOMMERUPVEJ 13-15 | | KASTRUP | | DK-2770 | DENMARK | INTERNATIONAL DISTRIBUTOR AGREEMENT | 4/30/2017 |
| 2.341 | TAYLOR RENTAL CENTER | 2170 MENDON ROAD | | CUMBERLAND | RI | 02864 | | TERMS AND CONDITIONS | |
| 2.342 | TAYLOR RENTAL CENTER | 2170 MENDON ROAD | | CUMBERLAND | RI | 02864 | | TERMS AND CONDITIONS | |
| 2.343 | TD AMERITRADE TRUST COMPANY | PO BOX 17748 | | DENVER | CO | 80217-0748 | | SERVICE AGREEMENT | |
| 2.344 | TEACO INDUSTRIAL INC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.345 | TEAM EQUIPMENT | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.346 | TEAM EQUIPMENT | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.347 | TEMP-POWER, INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.348 | TENNESSEE CONTRACTORS EQUIPMENT, LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.349 | THE CLEVELAND CANVAS GOODS MFG CO | 1960 E 57TH ST | | CLEVELAND | OH | 44103-3804 | | TERMS AND CONDITIONS | |
| 2.350 | THE LUMBERYARD | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.351 | THE RENTAL HOUSE | 260 PARK RD WEST | | STEINBACH | MB | R5G 1V5 | CA | TERMS AND CONDITIONS | |
| 2.352 | THE STANLEY EVENT SPACE, LLC | 308 SE DOUGLAS ST | | LEES SUMMIT | MO | 64063-2734 | | RENTAL AGREEMENT | 7/7/2017 |
| 2.353 | TIGER RENTS OF VIRGINIA | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.354 | TIMBERLAND MACHINES & IRRIGATION, INC. | 1 NIBLICK RD | | ENFIELD | CT | 06083 | | RELEASE | 7/2/2009 |
| 2.355 | TITAN TUBE FABRICATORS,INC. | 5739 NATURAL BRIDGE AVE. | | ST.LOUIS | MO | 63120-1696 | | BAILMENT AGREEMENT | |

In re: Briggs & Stratton Corporation, et al.
Case No. 20-10575
Schedule G
Executory Contracts and Unexpired Leases

| LINE | NAME OF OTHER PARTIES WITH WHOM THE DEBTOR HAS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | STATE WHAT THE CONTRACT OR LEASE IS FOR AND THE NATURE OF THE DEBTOR'S INTEREST | STATE THE TERM REMAINING |
|---|---|---|---|---|---|---|---|---|---|
| 2.356 | T-J RENTALS LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.357 | TONNIES HARDWARE & RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.358 | TONNIES STORE INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.359 | TOPS SOFTWARE CORPORATION | 1301 CENTRAL EXPY S STE 200 | | ALLEN | TX | 75013-8090 | | MAINTENANCE AGREEMENT | 2/1/2016 |
| 2.360 | TOTEM EQUIPMENT AND SUPPLY INC | 2536 COMMERCIAL DR. | | ANCHORAGE | AK | 99501 | | DEALER AGREEMENT | |
| 2.361 | TOYOTA INDUSTRIES COMMERCIAL FINANC | 8951 CYPRESS WATERS BLVD STE 300 | | COPPELL | TX | 75019-4753 | | EQUIPMENT LEASE | 6/30/2020 |
| 2.362 | TRACTORS SINGAPORE LIMITED | 26 BENOI SECTOR | | SINGAPORE | | 629858 | | DEALER AGREEMENT | |
| 2.363 | TRANSAMERICA COMMERCIAL FINANCE CORP | PO BOX 74651 | | CHICAGO | IL | 60675-4651 | | FINANCING AGREEMENT | |
| 2.364 | TRANSPORTATION LOGISTICS SYSTEMS, INC. | 2510 E 85TH ST | | KANSAS CITY | MO | 64132-2616 | | TRANSPORTATION AGREEMENT | 5/1/2015 |
| 2.365 | TRI-COUNTY TOOL RENTALS | 5546 U.S.220 SOUTH | | MOOREFIELD | WV | 26836 | | TERMS AND CONDITIONS | |
| 2.366 | TUBBS HARDWARE | NO ADDRESS AVAILABLE | | | | | | DEALER AGREEMENT | |
| 2.367 | TUBBS HARDWARE | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.368 | U MOUNT INC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.369 | ULTIMATE EQUIPMENT RENTALS | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.370 | UNATRAC FZE | 5 FEO OYEO ROAD | | ACCRA | | | GHANA | CANCELLATION LETTER | |
| 2.371 | UNITED RENTALS, INC. | 21600 DORAL RD | | WAUKESHA | WI | 53186-1889 | | MASTER AGREEMENT | |
| 2.372 | UNITED RENTALS, INC. | 21600 DORAL RD | | WAUKESHA | WI | 53186-1889 | | MASTER AGREEMENT | 12/31/2015 |
| 2.373 | UNITED RENTALS, INC. | 21600 DORAL RD | | WAUKESHA | WI | 53186-1889 | | MASTER AGREEMENT | 12/31/2019 |
| 2.374 | UNIVERSAL RENT-ALL | 210 W PERKINS AVE | | SANDUSKY | OH | 44870-9002 | | TERMS AND CONDITIONS | |
| 2.375 | UPPER VALLEY EQUIPMENT RENTALS INC. | 3487 UPPER VALLEY RD. | PO BOX 59 | PARKESBURG | PA | 19365 | | TERMS AND CONDITIONS | |
| 2.376 | VALLEY EQUIPMENT RENTAL, INC. | PO BOX 1165 | | FISHERSVILLE | VA | 22939 | | TERMS AND CONDITIONS | |
| 2.377 | VALLEY LUMBER & RENTAL | TORHOUTSE STEENWEG 222 | | ZEDELGEM | BE | 8210 | BE | DEALER AGREEMENT | |
| 2.378 | VALLEY LUMBER & RENTAL | 931 W. MAIN ST | | BARSTOW | CA | 92311 | | TERMS AND CONDITIONS | |
| 2.379 | VALLEY OUTDOOR SUPPLY & RENTAL | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.380 | VI RENTALS LTD. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.381 | VIKING REPRESENTATIVES | 192 CLIFFORD ST | | NEWARK | NJ | 07105-1903 | | SALES REPRESENTATIVE AGREEMENT | 12/31/2008 |
| 2.382 | VMWARE | 3145 PORTER DRIVE | | PALO ALTO | CA | 94304 | | LICENSE AGREEMENT | |
| 2.383 | VMWARE | 3145 PORTER DRIVE | | PALO ALTO | CA | 94304 | | SOFTWARE SUPPORT AGREEMENT | 7/28/2016 |
| 2.384 | VMWARE | 3145 PORTER DRIVE | | PALO ALTO | CA | 94304 | | SOFTWARE SUPPORT AGREEMENT | |
| 2.385 | WE AUBUCHON CO INC | 95 AUBUCHON DR | | WESTMINSTER | MA | 01473-1470 | | TERMS AND CONDITIONS | |
| 2.386 | WE AUBUCHON CO INC | 95 AUBUCHON DR | | WESTMINSTER | MA | 01473-1470 | | DEALER AGREEMENT | |
| 2.387 | WW GRAINGER INC | 100 GRAINGER PKWY | | LAKE FOREST | IL | 60045-5202 | | SUPPLY AGREEMENT | 2/28/2011 |
| 2.388 | WALKER VERTRIEBS AG | WEIERNSTRASSE 19 | | AADORF | TG | 8355 | CH | INTERNATIONAL DISTRIBUTOR AGREEMENT | 11/30/2016 |
| 2.389 | WALSH-JETER & ASSOCIATES, INC. | PMB 171 8765 SPRING CYPRESS RD. STE | | SPRING | TX | 77379-3195 | | SALES REPRESENTATIVE AGREEMENT | 11/13/2015 |
| 2.390 | WARNER RENTALS LTD | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.391 | WAXIE SANITARY SUPPLY | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.392 | WAXIE'S ENTERPRISES | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.393 | WILDER HOLDINGS, LLC | 504 SANDHILL RD | | GREENFIELD CENTER | NY | 12833 | | TERMS AND CONDITIONS | |
| 2.394 | WILLIAM R GIBSON TRUST | 37411 E. FAULKENBERRY RD | | LONE JACK | MO | 64070 | | PURCHASE AGREEMENT | 12/8/2014 |
| 2.395 | WILLIAM W COATES III | ADDRESS REDACTED | | | | | | EMPLOYMENT AGREEMENT | |
| 2.396 | WILLIAM W COATES III | ADDRESS REDACTED | | | | | | EMPLOYMENT AGREEMENT | 12/31/2015 |
| 2.397 | WILLIAM W COATES III | ADDRESS REDACTED | | | | | | EMPLOYMENT AGREEMENT | |
| 2.398 | WILLOW EQUIPMENT RENTAL, LLC | 4775 OBERLIN AVE | | LORAIN | OH | 44053-3473 | | TERMS AND CONDITIONS | |
| 2.399 | WINDSTREAM | PO BOX 9001908 | | LOUISVILLE | KY | 40290-1908 | | SERVICE AGREEMENT | |
| 2.400 | WING HWA DEVELOPMENT CO. LTD. | 5F-5 NO. 50  CHANG-AN E SEC 2 | | TAIPEI | TW | | TW | INTERNATIONAL DISTRIBUTOR AGREEMENT | 12/30/2016 |
| 2.401 | WINKLEMAN PAVEMENT LLC | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.402 | WIRANT SALES, INC. | 4551 MAUREEN CIR | | LIVERMORE | CA | 94550-8002 | | SALES REPRESENTATIVE AGREEMENT | 12/31/2008 |
| 2.403 | WOOD BUILDERS INC | ZHENGDING TOWN,QINGPU | | SHANGHAI | CN | 201717 | CN | TERMS AND CONDITIONS | |
| 2.404 | WOOD BUILDERS INC | ZHENGDING TOWN,QINGPU | | SHANGHAI | CN | 201717 | CN | DEALER AGREEMENT | |
| 2.405 | WRI OUTDOORS LLC | SHIFU GARDEN, NO.01-06 | | DONGGUAN | 190 | 523120 | CN | TERMS AND CONDITIONS | |
| 2.406 | WT EQUIPMENT, INC. | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |
| 2.407 | XPO LOGISTICS FREIGHT INC | 27724 NETWORK PL | | CHICAGO | IL | 60673-1277 | | PRICING AGREEMENT | 11/30/2017 |
| 2.408 | XPO LOGISTICS FREIGHT INC | 27724 NETWORK PL | | CHICAGO | IL | 60673-1277 | | PRICING AGREEMENT | 2/4/2019 |
| 2.409 | XUMA EQUIPMENT | NO ADDRESS AVAILABLE | | | | | | TERMS AND CONDITIONS | |

In re: **Billy Goat Industries, Inc.**
**Case No. 20-10575**
Schedule H
Codebtors

| LINE NO. | NAME OF CODEBTOR | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | NAME OF CREDITOR | D | E/F | G |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | ALLMAND BROS., INC. | 12301 W. WIRTH STREET | | WAUWATOSA | WI | 53222 | | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND SWINGLINE LENDER OF THE ABL CREDIT AGREEMENT | X | | |
| 2.2 | ALLMAND BROS., INC. | 12301 W. WIRTH STREET | | WAUWATOSA | WI | 53222 | | WILMINGTON TRUST N.A. | | X | |
| 2.3 | BRIGGS & STRATTON AG | WOLLERAUSTRASSE 41B | 8807 FREIENBACH | | | 8852 | CH | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND SWINGLINE LENDER OF THE ABL CREDIT AGREEMENT | X | | |
| 2.4 | BRIGGS & STRATTON AUSTRALIA PTY. LIMITED | 3 IMPERATA CLOSE | KEMPS CREEK NSW 2178 | | | | AU | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND SWINGLINE LENDER OF THE ABL CREDIT AGREEMENT | X | | |
| 2.5 | BRIGGS & STRATTON CORPORATION | 12301 W. WIRTH STREET | | WAUWATOSA | WI | 53222 | | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND SWINGLINE LENDER OF THE ABL CREDIT AGREEMENT | X | | |
| 2.6 | BRIGGS & STRATTON CORPORATION | 12301 W. WIRTH STREET | | WAUWATOSA | WI | 53222 | | WILMINGTON TRUST N.A. | | X | |
| 2.7 | BRIGGS & STRATTON INTERNATIONAL AG | ZUERCHERSTRASSE 4 | | ALTENDORF | | 8852 | CH | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND SWINGLINE LENDER OF THE ABL CREDIT AGREEMENT | X | | |
| 2.8 | VICTA LIMITED | LOCKED BAG 4096, MILPERRA BUSINESS CENTRE | | MILPERRA NSW 1891 | | | AU | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND SWINGLINE LENDER OF THE ABL CREDIT AGREEMENT | X | | |