# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRIGGS & STRATTON CORPORATION, et al.[1] | ) ) | Case No. 20-43597 |
| Debtor(s). | ) ) ) | |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

COMES NOW Marshall C. Turner of Husch Blackwell LLP and withdraws as co-counsel, in the above-captioned case on behalf of the *Ad Hoc Group of Senior Noteholders and Ad Hoc Group of Unsecured Noteholders*.

**Dated: September 1, 2020**

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Marshall C. Turner*
Marshall C. Turner (#58053MO)
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1768
Facsimile: (314) 480-1505
marshall.turner@huschblackwell.com
*Co-Counsel to Ad Hoc Group of Senior Noteholders and Ad Hoc Group of Unsecured Noteholders.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Briggs & Stratton Corporation (2330), Billy Goat Industries, Inc. (4442), Allmand Bros., Inc. (4710), Briggs & Stratton International, Inc. (9957), and Briggs & Stratton Tech, LLC (2102). The address of the Debtors' corporate headquarters is 12301 West Wirth Street, Wauwatosa, Wisconsin 53222.

SLC-7833376-1

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing Notice was filed on September 1, 2020 and that a true and correct copy of the Notice was served, by first class mail, to <u>Debtors</u>: **Briggs & Stratton Corporation**, P.O. Box 702, Milwaukee, WI 53201, **Billy Goat Industries, Inc**., P.O. Box 702, Milwaukee, WI 53201, **Allmand Bros., Inc**. P.O. Box 702, Milwaukee, WI 53201, **Briggs & Stratton International, Inc**., P.O. Box 702, Milwaukee, WI 53201, and **Briggs & Stratton Tech, LLC**, P.O. Box 702, Milwaukee, WI 53201 and <u>Debtors' attorneys</u>, **Robert E. Eggmann**, **Lindsay Combs, Angela L. Drumm, Christopher J. Lawhorn, Thomas H. Riske, Danielle A. Suberi:** Carmody MacDonald P.C., 120 S. Central Avenue, Suite 1800, St. Louis, Missouri 63105; **Ronit J. Berkovich, Andrew Citron**, **Debora A. Hoehne**, **Martha E. Martir**, **Janiel Jodi-ann Myers**, **Nicholas J. Pappas:** Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153; **Lauren Z. Alexander, Corey D. Berman, Edward Soto**: Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Miami, FL 33131 and through this Court's CM/ECF system to all parties receiving notice thereby.

             /s/ *Marshall C. Turner*
             Marshall C. Turner