# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **BRIGGS & STRATTON CORPORATION,** *et al.*, | Case No. 20-43597-399 |
| **Debtors**. | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090 and Rule 12.01(E) of the local rules of the United States District Court for the Eastern District of Missouri, I, Eli Blechman, move to be admitted pro hac vice to the bar of this court for the purpose of representing Briggs & Stratton Corporation and its affiliated debtors and debtors-in-possession in the instant matter. In support of this Motion, I submit the following information as required by Rule 12.01(E):

a. *Full name of the movant- attorney*:
   **Eli Blechman**

b. *Address and telephone number of the movant-attorney*:
   **Weil, Gotshal & Manges LLP**
   **767 Fifth Avenue**
   **New York, New York 10153**
   **Telephone: (212) 310-8000**

c. *Name of the firm or letterhead under which the movant practices*:
   **Weil, Gotshal & Manges LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom*:
   **Tel-Aviv University, 2008 (LL.B)**
   **Tel-Aviv University, 2012 (LL.M)**
   **Columbia Law School, 2016**

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any*:
   **New York, #5612296, April 16, 2018**

2

    f.      Eli Blechman is a member in good standing of all bars of which Movant is a member and Movant is not under suspension or disbarment from any bar.

    g.      Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District and is not regularly engaged in the practice of law in this District.

Movant has associated with Carmody MacDonald P.C. as local counsel in this matter.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this Motion be granted and that Movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

2

| | | |
|---|---|---|
| Dated: | November 6, 2020<br>St. Louis, Missouri | Respectfully submitted, |

/s/ *Eli Blechman*
WEIL, GOTSHAL & MANGES LLP
Eli Blechman (*pro hac vice* pending)
Ronit J. Berkovich (admitted *pro hac vice*)
Debora A. Hoehne (admitted *pro hac vice*)
Martha E. Martir (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Eli.Blechman@weil.com
Ronit.Berkovich@weil.com
Debora.Hoehne@weil.com
Martha.martir@weil.com

*Counsel to the Debtors and*
*Debtors in Possession*

- and –

CARMODY MACDONALD P.C.

/s/ *Robert E. Eggmann*
Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
ree@carmodymacdonald.com
cjl@carmodymacdonald.com
thr@carmodymacdonald.com

*Local Counsel to the Debtors and*
*Debtors in Possession*