## **Exhibit A**

## **Schedule of No Liability Claims**

WEIL:\97710808\1\30180.0004

**Exhibit A - No Liability Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim Number to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Great Northern Insurance Company | Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia, PA  19103 | 20-43600 | Briggs & Stratton Tech, LLC | 10/5/2020 | 13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | After reviewing its books and records, the Debtors have determined there is no liability owed on behalf of Briggs & Stratton Tech, LLC with respect to this claim. |
| 2 | Great Northern Insurance Company | Duane Morris LLP<br>c/o Wendy M. Simkulak, Esq.<br>30 S. 17th Street<br>Philadelphia, PA  19103 | 20-43599 | Briggs & Stratton International, Inc. | 10/5/2020 | 17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | After reviewing its books and records, the Debtors have determined there is no liability owed on behalf of Briggs & Stratton International, Inc. with respect to this claim. |