# Exhibit A

## Schedule of No Liability Claims

WEIL:\97710829\1\30180.0004

**Exhibit A - No Liability Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim Number to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Reason for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Vigilant Insurance Company | Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia, PA  19103 | 20-43600 | Briggs & Stratton Tech, LLC | 10/5/2020 | 12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | After reviewing its books and records, the Debtors have determined there is no liability owed on behalf of Briggs & Stratton Tech, LLC with respect to this claim. |
| 2 | Vigilant Insurance Company | Duane Morris LLP c/o Wendy M. Simkulak, Esq. 30 S. 17th Street Philadelphia, PA  19103 | 20-43599 | Briggs & Stratton International, Inc. | 10/5/2020 | 16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | After reviewing its books and records, the Debtors have determined there is no liability owed on behalf of Briggs & Stratton International, Inc. with respect to this claim. |