# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

|   |   |   |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 |
|   |   | Case No. 20-43597-399 |
| BRIGGS & STRATTON CORPORATION, *et al.*, |   | (Jointly Administered) |
| Debtors. |   | Related Docket No. 1209 |

### ORDER SHORTENING NOTICE OF HEARING ON MOTION FOR ORDER (I) APPROVING FORM OF NOTICE TO CREDITORS REGARDING (A) SATISFACTION OF CERTAIN SCHEDULED CLAIMS, AND (B) REMOVAL OR REDUCTION, AS APPLICABLE, OF SATISFIED CLAIMS FROM DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND CLAIMS REGISTER; AND (II) GRANTING RELATED RELIEF

This matter coming before the Court on Debtors' Motion to Shorten Notice of Hearing on Motion for Order (I) Approving Form of Notice to Creditors Regarding (A) Satisfaction of Certain Scheduled Claims, and (B) Removal or Reduction, as Applicable, of Satisfied Claims from Debtors' Schedules of Assets and Liabilities and Claims Register; and (II) Granting Related Relief (the "**Motion**"); the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "**Hearing**"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b); (iv) the Debtors having represented that adequate and proper notice of the Motion has been given and that no other or further notice need be given; (v) the exigency of the situation justifies an immediate hearing on the Motion; and (vi) the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; **it is hereby ORDERED that the Motion is GRANTED in that:**

1. The Court shall hear the Motion at 10:00 a.m. on November 12, 2020 at Courtroom 5 North of the United States Bankruptcy Court for the Eastern District of Missouri, 111 S. 10th Street, St. Louis, Missouri 63102.

2. Notwithstanding any Bankruptcy Rule or Local Rule of Bankruptcy Procedure for the United States Bankruptcy Court for the Eastern District of Missouri that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. Not later than two (2) business days after the date of this Order, the Debtors shall serve a copy of the Order and shall file a certificate of service no later than twenty-four (24) hours after service.

DATED: November 17, 2020  
St. Louis, Missouri  
cke

Barry S. Schermer  
United States Bankruptcy Judge

**Order Prepared By:**

Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
**CARMODY MACDONALD P.C.**
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
          cjl@carmodymacdonald.com
          thr@carmodymacdonald.com

*Local Counsel to the Debtors and
Debtors in Possession*

-and-

Ronit J. Berkovich (admitted *pro hac vice*)
Debora A. Hoehne (admitted *pro hac vice*)
Martha E. Martir (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Ronit.Berkovich@weil.com
           Debora.Hoehne@weil.com
           Martha.Martir@weil.com

*Counsel to the Debtors and
Debtors in Possession*

3