UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

**In re:**                                                                 **Case No.: 20−43597 − A399**
Briggs & Stratton Corporation                         **Chapter: 11**

**Debtor(s)**

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

   The Court, having considered Ryan J Cooney's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

   ORDERED that the motion is GRANTED, and Ryan J Cooney is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

*(signature)*

**U. S. Bankruptcy Judge**

**Dated:** 12/3/20
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**