**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| **In re:** | **Case No.: 20−43597 − A399** |
| Briggs & Stratton Corporation | **Chapter: 11** |
| **Debtor(s)** | |

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

   The Court, having considered Robert O Lampl's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

   ORDERED that the motion is GRANTED, and Robert O Lampl is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

*(signed)* Barry S Schermer

**U. S. Bankruptcy Judge**

**Dated:** 12/3/20
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**