**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | § | **Chapter 11** |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON,** | § | |
| **CORPORATION,** *et al.*, | § | **(Jointly Administered)** |
| | § | |
| Debtors. | § | Re: Docket No. 1510 |

**AGREED ORDER GRANTING RELIEF FROM STAY BY CONSENT**
**PURSUANT TO 11 U.S.C. § 362(d) AND LOCAL RULES 9013-1F AND 9026(15)**

Upon the consent motion (the "**Motion**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order, pursuant to section 362(d) of the title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9013-1(F) of the Local Rules of Bankruptcy Procedure for the Eastern District of Missouri (the "**Local Rules**"), granting Laura Smyser ("**Smyser**") relief from the automatic stay imposed pursuant to section 362 of the Bankruptcy Code in order to permit Smyser to dismiss with prejudice the case captioned as *Laura Smyser v. MTD Products Company, et al.*, Case No. 1:19-CV-482-HAB (the "**Smyser Action**") pending in the United States District Court for the Northern District of Indiana, Fort Wayne Division (the "**District Court**"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81.901(B)(1) of the Local Rules; and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. Notwithstanding any provision in the Bankruptcy Rules to the contrary: (a) this Order shall be immediately effective and enforceable upon its entry; (b) the Debtors are not subject to any stay in the implementation, enforcement, or realization of the relief granted in this Order and Bankruptcy Rule 4001(a)(3) shall not apply; and (c) the Automatic Stay pursuant to 11 U.S.C. § 362(a) is hereby lifted so that the District Court may dismiss the Smyser Action with prejudice.

3. Proof of Claim No. 2139 asserted by Smyser against B&S hereby is deemed withdrawn.

4. The Debtors shall serve a copy of this Order no later than two (2) business days after the date of its entry. The Debtors shall also file a certificate of service within twenty-four (24) hours of making service of this Order.

DATED: December 23, 2020  
St. Louis, Missouri  
cke

Barry S. Schermer  
United States Bankruptcy Judge

WEIL:\97768509\1\30180.0004

**So Consented:**

By:    /s/ *Albert J. Dahm*
Date:   December 23, 2020

**GLASER & EBBS, LLC**

Albert J. Dahm, Indiana # 4775-02
132 E. Berry Street
Fort Wayne, IN 46802
Telephone: (260) 424-0954
Facsimile: (260) 424-6529
Email: bdahm@glaserbbsfw.com

*Attorney for Laura Smyser*

By:    /s/ *Robert E. Eggmann*
Date:   December 23, 2020

**CARMODY MACDONALD P.C**.

Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
         cjl@carmodymacdonald.com
         thr@carmodymacdonald.com

- and -

**WEIL, GOTSHAL & MANGES LLP**

Ronit J. Berkovich (admitted *pro hac vice*)
Debora A. Hoehne (admitted *pro hac vice*)
Martha E. Martir (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ronit.Berkovich@weil.com
         Debora.Hoehne@weil.com
         Martha.Martir@weil.com

*Attorneys for Debtors and Debtors-in-Possession*

| | |
|---|---|
| By:  /s/ *Heather T. Gilbert* | By:  /s/ *Richard T. Coyne* |
| Date:  December 23, 2020 | Date:  December 23, 2020 |

| | |
|---|---|
| **CASSIDAY SCHADE LLP** | **WEGMAN HESSLER LPA** |
| Heather T. Gilbert | Richard T. Coyne |
| 233 East 84th Drive, Suite 305 | 6055 Rockside Woods Boulevard #200 |
| Merrillville, Indiana 46410 | Cleveland, Ohio 44131 |
| Telephone: (219) 661-6031 | Telephone: (216) 970-7970 |
| Facsimile: (219) 663-5382 | Email: RTCoyne@wegmanlaw.com |
| Email: hgilbert@cassiday.com | |
| *Attorney for MTD Products Company and MTD Consumer Group Inc.* | *Attorney for MTD Products Company and MTD Consumer Group Inc.* |