Local Form 50

FILED

## United States Bankruptcy Court
## Eastern District of Missouri

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Briggs & Stratton Corporation 20-43597 |
|---|---|
| Creditor Name and Address: | FABRICIO MARTINEZ<br>CORDILLERA DE ANDES 111<br>CUMBRES DEL CAMPESTRE<br>LEON, GTO. 37128<br>MEXICO |
| Court Claim or Amended Claim Number (if known): | 1459 |
| Date Claim or Amended Claim Filed: | OCT 05, 2020 |
| Total Amount of Claim or Amended Claim Filed: | $15,000.00 |

The undersigned is the above-referenced creditor or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim or amended claim and authorize the Clerk of this Court to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Executed on Date (MM/DD/YYYY): 02/04/2021

Signature: _____

Print Name: FABRICIO MARTINEZ

Title (if applicable): _____

Company (if applicable): _____

Contact Phone #: +524776701582

Email Address: martinezfabricio@hotmail.com