## Exhibit 2

**Administrative Expense Claim Form**

Case 20-43597    Doc 1604-2    Filed 02/09/21    Entered 02/09/21 13:51:11    Exhibit 2
Pg 1 of 2

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MISSOURI | ADMINISTRATIVE EXPENSE PROOF OF CLAIM | Administrative Expense Claims Bar Dates<br>April 12, 2021 at 5:00 p.m. prevailing Central Time |
|---|---|---|

**NOTE:** THIS FORM SHOULD ONLY BE USED BY CLAIMANTS ASSERTING A GENERAL ADMINISTRATIVE EXPENSE CLAIM OR GOVERNMENTAL ADMINISTRATIVE EXPENSE CLAIM AGAINST ONE OF THE BELOW DEBTORS THAT AROSE BETWEEN OCTOBER 20, 2020 AND JANUARY 6, 2021. IT SHOULD NOT BE USED FOR CLAIMS ARISING PRIOR TO OCTOBER 20, 2020, AND SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(B) AND 11 U.S.C. § 507(A)(2). THIS FORM ALSO SHOULD NOT BE USED TO ASSERT CLAIMS ARISING UNDER 11 U.S.C. § 503(B)(9).

**Name of Debtor:**
- ☐ BRIGGS & STRATTON CORPORATION (2330)
- ☐ ALLMAND BROS. INC. (4710)
- ☐ BRIGGS & STRATTON INTERNATIONAL, INC. (9957)
- ☐ BRIGGS & STRATTON TECH, LLC (2102)
- ☐ BILLY GOAT INDUSTRIES, INC. (4442)

**Name of Creditor:**
(The person of entity to whom the debtors owe money or property)

☐ Check box if you are aware that anyone else has submitted a proof of claim relating to your administrative expense. Attach copy of statement giving particulars.

**Name and Address Where Notices Should be Sent:**

Check here is this claim:
☐ replaces or
☐ amends a previously submitted administrative expense proof of claim.

Claim Number (if known): _____

Dated: _____

ACCOUNT OF OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

**1. Basis For Administrative Expense:**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS#: _____
Unpaid compensation for services performed
from _____ to _____
           (date)                      (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Administrative Expense**     $_____

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Administrative Expense (attach any additional information):**

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof. In submitting this claim, claimant has deducted all amounts that claimant owes to debtors.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting document, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. Do not send original documents. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME STAMPED COPY:** To receive an acknowledgement of the submission of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

[THIS SPACE IS FOR COURT USE ONLY]

Date:

Sign and print the name and title, if any, of the creditor or other person authorized to submit this administrative expense proof of claim (attach copy of power of attorney, if any)