**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| | § | Case No. 20-43597-399 |
| **BRIGGS & STRATTON** | § | |
| **CORPORATION,** *et al.*, | § § | (Jointly Administered) |
| Debtors.[1] | § § § | Hearing Date & Time: March 10, 2021 at 9:00 a.m. (prevailing Central Time) |
| | § § § § | Hearing Location: St. Louis Courtroom 5-North |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the below listed motion (the "**Motion**") is scheduled for **March 10, 2021 at 9:00 a.m. (Central Time) in Courtroom 5-North** at the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri:

1. Motion of the Plan Administrator for Entry of an Order (I) Establishing Deadlines for Filing General Administrative Expense Claims and Governmental Administrative Expense Claims; and (II) Approving the Form and Manner of Notice Thereof [Docket No. 1604].

**ANY OBJECTIONS OR EXCEPTIONS TO ENTRY OF THE ORDER ON A FINAL BASIS MUST BE FILED BY NO LATER THAN MARCH 3, 2021 AND MUST BE SERVED UPON THE UNDERSIGNED AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THOMAS F. EAGLETON COURTHOUSE, 111 SOUTH TENTH STREET, 4TH FLOOR, ST. LOUIS, MISSOURI 63102 AS PER THE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Briggs & Stratton Corporation (2330), Billy Goat Industries, Inc. (4442), Allmand Bros., Inc. (4710), Briggs & Stratton International, Inc. (9957), and Briggs & Stratton Tech, LLC (2102). The address of the Debtors' corporate headquarters is 12301 West Wirth Street, Wauwatosa, Wisconsin 53222.

**ELECTRONIC CASE FILING REQUIREMENTS OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** interested parties who wish to appear telephonically may request dial-in information from the Courtroom Deputy, Craig J. Spidle, at (314) 244-4806, craig_spidle@moeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained: (i) by accessing the Court's website at *https://ecf.moeb.uscourts.gov* through an account obtained from the Pacer Service Center at 1-800-676-6856 or *www.pacer.gov* or (ii) free of charge, by accessing the Debtors' case information website at *http://www.kccllc.net/Briggs*.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motion carefully and discuss them with your attorney, if you have one in the chapter 11 cases. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must attend the Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter orders granting the relief requested in the Motion.

[*Remainder of Page Left Intentionally Blank*]

Dated: February 9, 2021
      St. Louis, Missouri

                                  Respectfully submitted,

                                  CARMODY MACDONALD P.C.

                                   */s/ Robert E. Eggmann*
Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
       cjl@carmodymacdonald.com
       thr@carmodymacdonald.com

-and-

HALPERIN BATTAGLIA BENZIJA LLP
Julie Dyas Goldberg
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 765-9100
Email: jgoldberg@halperinlaw.net

*Attorneys for the Plan Administrator*

3