UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § § § § § § § | Chapter 11 |
| | | Case No. 20-43597-399 |
| BRIGGS & STRATTON CORPORATION, *et al.*, | | (Jointly Administered) |
| Debtors. | | Objections Due: March 31, 2021 |
| | | Hearing Date: April 14, 2021 |
| | | Hearing Time: 9:00 a.m. (Central Time) |
| | | Hearing Location: Courtroom 5 North |
| | | 111 S. 10th St., St. Louis, MO 63102 |

NOTICE OF HEARING ON
SECOND INTERIM AND FINAL FEE APPLICATION OF
WEIL, GOTSHAL & MANGES LLP FOR ALLOWANCE AND
PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL
TO THE DEBTORS FOR THE PERIOD JULY 20, 2020 THROUGH JANUARY 6, 2021

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") on the *Second Interim and Final Fee Application for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period from July 20, 2020 through January 6, 2021* (the "**Application**") is scheduled for **April 14, 2021 at 9:00 a.m. (Central Time) in Courtroom 5-North** at the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis Missouri.

**ANY OBJECTIONS OR EXCEPTIONS TO ENTRY OF THE ORDER ON A FINAL BASIS MUST BE FILED BY NO LATER THAN MARCH 31, 2021 AND MUST BE SERVED UPON THE UNDERSIGNED AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THOMAS F. EAGLETON COURTHOUSE,**

**111 SOUTH TENTH STREET 4TH FLOOR, ST. LOUIS, MISSOURI 63102 AS PER THE ELECTRONIC CASE FILING REQUIREMENTS OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE** that the Application has been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be obtained: (i) by accessing the Court's website at https://ecf.moeb.uscourts.gov through an account obtained from the Pacer Service Center at 1-800-676-6856 or www.pacer.gov or (ii) free of charge, by accessing the Debtors' case information website at http://www.kccllc.net/Briggs.

**PLEASE TAKE FURTHER NOTICE** that interested parties who wish to appear telephonically may request dial-in information from the Courtroom Deputy, Shontelle McCoy at (314) 244-4806, Shontelle_McCoy@moeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Application carefully and discuss them with your attorney, if you have one in the chapter 11 cases. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Application, or if you want the Court to consider your views on the Application, then you or your attorney must attend the Hearing.

[*Remainder of Page Left Intentionally Blank*]

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter orders granting the relief requested in the Application.

Dated: March 5, 2020
St. Louis, Missouri

Respectfully submitted,

CARMODY MACDONALD P.C.

  /s/ Robert E. Eggmann
Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
           cjl@carmodymacdonald.com
           thr@carmodymacdonald.com

*Local Counsel to the Debtors and Debtors in Possession*

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit J. Berkovich (admitted *pro hac vice*)
Debora A. Hoehne (admitted *pro hac vice*)
Martha E. Martir (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Ronit.Berkovich@weil.com
           Debora.Hoehne@weil.com
           Martha.Martir@weil.com

*Counsel to the Debtors and Debtors in Possession*

3