# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | § § § § § § § § § § § | **Chapter 11** |
| | | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON CORPORATION,** *et al.*, | | **(Jointly Administered)** |
| Debtors.[1] | | Objections Due: March 31, 2021 |
| | | Hearing Date: April 14, 2021 |
| | | Hearing Time: 9:00 a.m. (Central Time) |
| | | Hearing Location: Courtroom 5-North |
| | | 111 S. 10th St., St. Louis, MO 63102 |

## NOTICE OF HEARING ON SECOND INTERIM AND FINAL FEE APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that a hearing is to be held on **April 14, 2021 at 9:00 a.m. (Central Time) in Courtroom 5-North** at the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri. The following applications for allowance of compensation for services provided and reimbursement of expenses incurred (collectively, the "**Fee Applications**") shall be considered:

1. Second Interim and Final Application of Carmody MacDonald P.C., as Local Restructuring Counsel for Debtors and Debtors in Possession, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from July 20, 2020 Through and Including January 6, 2021 [Docket No. 1631].

2. Final Application of Foley & Lardner LLP as Special Counsel to the Debtors for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from July 20, 2020 Through January 5, 2021 [Docket No. 1634].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Briggs & Stratton Corporation (2330), Billy Goat Industries, Inc. (4442), Allmand Bros., Inc. (4710), Briggs & Stratton International, Inc. (9957), and Briggs & Stratton Tech, LLC (2102). The address of the Debtors' corporate headquarters is 12301 West Wirth Street, Wauwatosa, Wisconsin 53222.

3. First Interim Fee Application of Hansen Reynolds LLC for Payment of Compensation and Reimbursement of Expenses for Period from July 20, 2020 Through November 30, 2020 [Docket No. 1637].

4. Second Interim and Final Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial and Tax Advisor to the Debtors for the Period from July 20, 2020 Through January 6, 2021 [Docket No. 1636].

5. Final Fee Application of Deloitte & Touche LLP For Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Auditor to the Debtors for the Period from July 20, 2020 Through January 6, 2021 [Docket No. 1633].

6. Second Interim and Final Fee Application of Houlihan Lokey Capital, Inc., as Investment Banker to Briggs & Stratton Corporation, et al., for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from November 1, 2020 Through January 6, 2021 on an Interim Basis and From July 20, 2020 Through January 6, 2021 on a Final Basis [Docket No. 1632].

7. Final Fee Application of Kurtzman Carson Consultants LLC as Administrative Advisor for the Debtors for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from July 20, 2020 Through and Including January 6, 2021 [Docket No. 1635].

**ANY OBJECTIONS OR EXCEPTIONS TO ENTRY OF THE ORDERS ON A FINAL BASIS MUST BE FILED BY NO LATER THAN MARCH 31, 2021 AT 11:59 P.M. (PREVAILING CENTRAL TIME) AND MUST BE SERVED UPON THE UNDERSIGNED AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THOMAS F. EAGLETON COURTHOUSE, 111 SOUTH TENTH STREET, 4TH FLOOR, ST. LOUIS, MISSOURI  63102 AS PER THE ELECTRONIC CASE FILING REQUIREMENTS OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications have been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be obtained: (i) by accessing the Court's website at *https://ecf.moeb.uscourts.gov* through an account obtained from the Pacer Service Center at 1-800-676-6856 or *www.pacer.gov* or (ii) free of charge, by

2

accessing the Debtors' case information website at *http://www.kccllc.net/Briggs*.

**PLEASE TAKE FURTHER NOTICE THAT** interested parties who wish to appear telephonically may request dial-in information from the Courtroom Deputy, Craig J. Spidle, at (314) 244-4806, craig_spidle@moeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Fee Applications carefully and discuss them with your attorney, if you have one in the chapter 11 cases. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Fee Applications, or if you want the Court to consider your views on the Fee Applications, then you or your attorney must attend the Hearing.

[*Remainder of Page Left Intentionally Blank*]

Dated: March 6, 2021
      St. Louis, Missouri

Respectfully submitted,

CARMODY MACDONALD P.C.

  /s/ Robert E. Eggmann
Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
       cjl@carmodymacdonald.com
       thr@carmodymacdonald.com

*Local Counsel to the Plan Administrator*