**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | **Chapter 11** |
| | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON** | § | |
| **CORPORATION,** *et al.,* | § § | **(Jointly Administered)** |
| Debtors. | § § § | Hearing Date: March 10, 2021 Hearing Time: 9:00 a.m. (Central Time) Hearing Location: Courtroom 5-North |

**PROPOSED AGENDA FOR HEARING
ON MARCH 10, 2021 AT 9:00 A.M. (PREVAILING
CENTRAL TIME) AND INSTRUCTIONS FOR TELEPHONIC HEARING**

Parties may appear in person, by telephone or (optionally) via video conferencing for the Briggs & Stratton hearing scheduled at **9:00 a.m. Central Time on Wednesday, March 10, 2021**.

**Location of Hearing:**   United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, before the Honorable Barry S. Schermer, **Courtroom 5-North**, 111 South 10th Street, St. Louis, MO 63102

**Instructions for Telephonic & Video Hearing:**

No later than **March 8, 2021**, the Court will send a Cisco WebEx invite to all parties who have either received prior Cisco WebEx invites or have contacted Judge Schermer's Courtroom Deputy, Craig Spidle, directly to make an initial request to appear remotely. (Parties are not required to make a request to appear remotely for each hearing.)
When accessing the audio, participants must join Cisco WebEx *first* via a computer *and* join the call second (either through the Call-In option and enter an attendee ID or through the "Call me at" option). All participants must mute their phone lines immediately after joining the call. Phones shall not be placed on "hold". If speaking, the Court strongly suggests the use of hand-held receivers or headphones in lieu of using speakers on telephones and computers. Participants may unmute their phone lines and speak only when directed by Judge Schermer. If appearing by video, select the "Hand Raised" feature and wait until Judge Schermer addresses you. When speaking, please keep all background noise to a minimum to prevent audio interference or feedback. After speaking, please place your telephone back on mute.

If there is a problem connecting to Cisco WebEx audio, please disconnect your phone line and re-dial. If there is an issue gaining access to the video feed, please log out of Cisco WebEx then login. If the issue persists, please e-mail Mr. Spidle at Craig_Spidle@moeb.uscourts.gov promptly and we will work on resolving the issue.

The Court's official announcement will be posted on the Court's website: https://www.moeb.uscourts.gov/sites/moeb/files/BSS-Appearances_for_Briggs_Stratton_ATT_call_info.pdf and https://www.moeb.uscourts.gov/briggs-stratton-corporation-et-al. Instructions for appearances may also be found on http://www.kccllc.net/briggs.

| MOTIONS | | |
|---|---|---|
| **Item Number** | **Motion** | **Attorney Presenting** |
| 1 | Motion of the Plan Administrator for Entry of an Order (I) Establishing Deadlines for Filing General Administrative Expense Claims and Governmental Administrative Expense Claims; and (II) Approving the Form and Manner of Notice Thereof [Docket No. 1604] – **WITHDRAWN**.<br><br>**Related Documents:**<br>Withdrawal of Motion of the Plan Administrator for Entry of an Order (I) Establishing Deadlines for Filing General Administrative Expense Claims and Governmental Administrative Expense Claims; and (II) Approving the Form and Manner of Notice Thereof [Docket No. 1625].<br><br>**Objections:** No objections filed. | Dormie Yu Heng Ko |
| 2 | Final Application for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses of Doster, Ullom & Boyle, LLC, Local Counsel for the Official Committee of Unsecured Creditors for the Period from August 10, 2020 Through January 6, 2021 [Docket No. 1609]. | Attorneys for Doster, Ullom & Boyle, LLC |
| 3 | Sixth Monthly and Final Application of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and | Attorneys for Brown Rudnick LLP |

2

|   | Reimbursement of Expenses Incurred for the Period January 7, 2021 Through January 31, 2021 and for the Total Compensation Period from August 10, 2020 Through January 6, 2021 [Docket No. 1610]. |   |
|---|---|---|
| 4 | Final Application of Berkley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from August 11, 2020 Through January 6, 2021 [Docket No. 1611]. | Attorneys for Berkley Research Group, LLC |

| OBJECTION TO PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES |||
|---|---|---|
| **Item Number** | **Objection** | **Attorney Presenting** |
|  | Deere & Company's Limited Objection and Reservation of Rights [Docket No. 858]. | Attorneys for Deere & Company |

[*Remainder of Page Left Intentionally Blank*]

Dated:  March 8, 2021
       St. Louis, Missouri

                                  Respectfully submitted,

                                  CARMODY MACDONALD P.C.

                                  */s/  Robert E. Eggmann*
Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
       cjl@carmodymacdonald.com
       thr@carmodymacdonald.com

-and-

HALPERIN BATTAGLIA BENZIJA LLP
Julie Dyas Goldberg
40 Wall Street, 37th Floor
New York, New York 10005
Telephone:  (212) 765-9100
Email:   jgoldberg@halperinlaw.net

*Attorneys for the Plan Administrator*