**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 20-43597** |
| | **Chapter 11** |
| **BRIGGS & STRATTON CORPORATION,** *et al.*, | |
| | **Jointly Administered** |
| **Debtors.** | |

**ORDER AUTHORIZING AND APPROVING THE FINAL**
**APPLICATION FOR ALLOWANCE OF COMPENSATION**
**FOR PROFESSIONAL SERVICES RENDERED AND**
**FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES OF**
**BERKELEY RESEARCH GROUP, LLC, FINANCIAL ADVISOR TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM AUGUST 10, 2020 THROUGH JANUARY 6, 2021**

This matter comes before the Court on the application (the "Application")[1] of Berkeley

Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured

Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession

(collectively, the "Debtors") in these chapter 11 cases, for entry of an order (the "Order") (a)

awarding BRG allowance of final compensation for the professional services performed by BRG

for and on behalf of the Committee for the period commencing August 10, 2020 through and

including January 6, 2021 (the "Fee Period") in the amount of $1,368,343.50, and (b) granting

such other relief as is just and proper, all as more fully set forth in the Application.

The Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for

the Eastern District of Missouri; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii)

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in
the Application.

1

BRG has represented that due and proper notice of the Application and Hearing has been given and that no other or further notice need be given; (iv) the compensation requested in the Application is reasonable and for actual and necessary services rendered by BRG during the Fee Period; (v) the expenses for which reimbursement is sought in the Application are actual and necessary expenses; (vi) the Application fully complies with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and generally complies with the Guidelines; and (vii) the legal and factual bases set forth in the Application and the certification attached thereto, and at the hearing on the Application, establish just cause for the relief granted herein.

Accordingly, it is hereby ORDERED that the Application is GRANTED as set forth herein:

1.      Compensation to BRG for the professional services rendered during the Fee Period is allowed on a final basis in the amount of $1,368,343.50.

2.      The Debtors, the Wind Down Estates, and/or the Plan Administrator, as applicable, are authorized and directed to promptly pay or cause to be paid to BRG all fees and expenses approved by this Order, to the extent that such amounts have not previously been paid.

3.      Notwithstanding any Bankruptcy Rule or Local Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.      No later than two (2) business days after the date of this Order, the Debtors shall serve a copy of the Order and shall file a certificate of service no later than twenty- four (24) hours after service.

DATED:  March 10, 2021
St. Louis, Missouri

cke

_Barry S. Schermer_
Barry S. Schermer
United States Bankruptcy Judge

2

Order Prepared by:

Gregory D. Willard, #30192MO
Alexander L. Moen, #68279MO
**Doster Ullom & Boyle, LLC**
16150 Main Circle Drive, Suite 250
St. Louis, Missouri 63017
T: 636-532-0042
gwillard@dubllc.com
amoen@dubllc.com

*Counsel to the Official Committee of
Unsecured Creditors*