**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 20-43597** |
| | **Chapter 11** |
| **BRIGGS & STRATTON** | |
| **CORPORATION,** *et al.*, | **Jointly Administered** |
| | |
| **Debtors.** | |

**ORDER AUTHORIZING AND APPROVING THE FINAL**
**APPLICATION FOR ALLOWANCE OF COMPENSATION**
**FOR PROFESSIONAL SERVICES RENDERED AND**
**FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES OF**
**BROWN RUDNICK, LLP, COUNSEL FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM AUGUST 10, 2020 THROUGH JANUARY 6, 2021**

This matter comes before the Court on the application (the "Application")[1] of Brown

Rudnick, LLP ("Brown Rudnick"), counsel to the Official Committee of Unsecured Creditors (the

"Committee") of the above-captioned debtors and debtors-in-possession (collectively, the

"Debtors") in these chapter 11 cases, for entry of an order (the "Order") (a) awarding Brown

Rudnick allowance of final compensation for the professional services performed by Brown

Rudnick for and on behalf of the Committee for the period commencing January 7, 2021 through

and including January 31, 2021 (the "Monthly Period") in the amount of $28,010.00, (b) awarding

Brown Rudnick allowance of final compensation for the professional services performed by

Brown Rudnick for and on behalf of the Committee for the period commencing August 10, 2020

through and including January 6, 2021 (the "Total Compensation Period") in the amount of

$1,786,514.50, (c) awarding Brown Rudnick allowance of reimbursement of its actual and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in
the Application.

1

necessary expenses incurred during the Total Compensation Period in the amount of $30,011.74, (d) authorizing and directing the Debtors to pay the balance due on all fees and expenses incurred during the Total Compensation Period that have not yet been paid, and (e) granting such other relief as is just and proper, all as more fully set forth in the Application.

The Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) Brown Rudnick has represented that due and proper notice of the Application and Hearing has been given and that no other or further notice need be given; (iv) the compensation requested in the Application is reasonable and for actual and necessary services rendered by Brown Rudnick during the Total Compensation Period; (v) the expenses for which reimbursement is sought in the Application are actual and necessary expenses; (vi) the Application fully complies with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and generally complies with the Guidelines; and (vii) the legal and factual bases set forth in the Application and the certification attached thereto, and at the hearing on the Application, establish just cause for the relief granted herein.

Accordingly, it is hereby ORDERED that the Application is GRANTED as set forth herein:

1.      Compensation to Brown Rudnick for the professional services rendered during the Monthly Period is allowed on a final basis in the amount of $28,010.00.

2.      Compensation to Brown Rudnick for the professional services rendered during the Total Compensation Period is allowed on a final basis in the amount of $1,786,514.50.

3.      Reimbursement to Brown Rudnick for expenses incurred during the Total Compensation Period is allowed on a final basis in the amount of $30,011.74.

4.       The Debtors, the Wind Down Estates, and/or the Plan Administrator, as applicable, are authorized and directed to promptly pay or cause to be paid to Brown Rudnick all fees and expenses approved by this Order, to the extent that such amounts have not previously been paid.

5.       Notwithstanding any Bankruptcy Rule or Local Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.       No later than two (2) business days after the date of this Order, the Debtors shall serve a copy of the Order and shall file a certificate of service no later than twenty- four (24) hours after service.

DATED:  March 10, 2021
St. Louis, Missouri

cke

Barry S. Schermer
United States Bankruptcy Judge

3

Order Prepared by:

Gregory D. Willard, #30192MO
Alexander L. Moen, #68279MO
**Doster Ullom & Boyle, LLC**
16150 Main Circle Drive, Suite 250
St. Louis, Missouri 63017
T: 636-532-0042
gwillard@dubllc.com
amoen@dubllc.com

*Counsel to the Official Committee of
Unsecured Creditors*