**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | § | **Chapter 11** |
| **In re:** | § |  |
|  | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON** | § |  |
| **CORPORATION, *et al.,*** | § | **(Jointly Administered)** |
|  | § |  |
| Debtors. | § | Related Docket No. 1667 |

**ORDER SUSTAINING THE PLAN ADMINISTRATOR'S**
**SIXTEENTH OMNIBUS OBJECTION TO CLAIMS ON GROUNDS THAT**
**SUCH CLAIMS ARE DUPLICATIVE (PENSION)**

Upon the objection (the "**Objection**")[1] of the Plan Administrator in the above-captioned chapter 11 cases for entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007(C) disallowing the claims listed on **Schedule 1** attached hereto and as more fully set forth in the Objection; and upon the *Declaration of Alan D. Halperin In Support of Plan Administrator's Sixteenth Omnibus Objection to Claims on Grounds that Such Claims are Duplicative (Pension)* (attached to the Objection as Exhibit B); and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Plan Administrator having represented that adequate and proper notice of the Objection has been given in accordance with the Omnibus Objection Procedures; and that no other or further notice need be given; and this Court having reviewed the Objection; and this Court having held a hearing to consider the relief requested in the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Objection; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Plan Administrator and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, **it is hereby ORDERED that the Objection is SUSTAINED in that:**

1.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Duplicate Claim listed on **Schedule 1** annexed hereto, under the heading "*Claims to be Disallowed*" is disallowed.

2.      The terms and conditions of this Order are effective immediately upon entry.

3.      Nothing contained in the Objection or this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors or the Wind-Down Estates, (ii) a waiver of rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (iv) an agreement or obligation to pay any claims, (v) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (vi) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

4.      The Plan Administrator is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5.      Not later than two (2) business days after the date of this Order, the Plan

Administrator shall serve a copy of the Order and shall file a certificate of service no later than

twenty-four (24) hours after service.


DATED:  May 12, 2021
St. Louis, Missouri                                          Barry S. Schermer
cke                                                          United States Bankruptcy Judge

**Order Prepared By:**

Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
**CARMODY MACDONALD P.C.**
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
        cjl@carmodymacdonald.com
        thr@carmodymacdonald.com

*Local Counsel to the Plan Administrator*

-and-

HALPERIN BATTAGLIA BENZIJA LLP
Julie Dyas Goldberg
Matthew Murray
40 Wall Street, 37th Floor
New York, New York 10005
Telephone:  (212) 765-9100
Email: jgoldberg@halperinlaw.net
        mmurray@halperinlaw.net

*Counsel to the Plan Administrator*

## Schedule 1

**Schedule of Duplicate Claims**

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Agnes T OLeary | W361 N7315 Carol Lane, Oconomowoc, WI 53066 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 1103 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 2 | Aleksander Gordziej | 6089 W. Armour Ave. Greenfield, WI 53220 | 20-43597 | Briggs & Stratton Corporation | 9/15/2020 | 859 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 3 | Angela L Wittchow | 1475 Riverdale Dr, Oconomowoc, WI 53066 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1490 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 4 | Annie Mason | 4657 W. County Line Rd, Brown Deer, WI 53223 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1936 | $0.00 | $8,000.00 | $0.00 | $0.00 | $8,000.00 | Satisfied through PBGC. |
| 5 | Barbara Thiermann | 7728 W Plainfield Ave, Greenfield, WI 53220 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1671 | $0.00 | $0.00 | $1,430.87 | $0.00 | $1,430.87 | Satisfied through PBGC. |
| 6 | Beatrice Sella | 760 Tipperary Lane, Hartford, WI 53027-9049 | 20-43597 | Briggs & Stratton Corporation | 9/21/2020 | 1108 | $0.00 | $0.00 | $0.00 | $54,115.00 | $54,115.00 | Satisfied through PBGC. |
| 7 | Bernice Paul | 2835A N 88Th St, Milwaukee, WI 53222 | 20-43597 | Briggs & Stratton Corporation | 10/2/2020 | 2028 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 8 | Carmen Wittig | 735 Poplar Creek Dr. Brookfield, WI 53045 | 20-43597 | Briggs & Stratton Corporation | 9/14/2020 | 639 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 9 | Carol A. Murray | c/o William H. Green, 4701 North Port Washington Road, Milwaukee, WI 53212 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1567 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |

Exhibit A - Pension Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Carolyn Harms | 375 State Rd 67 Apt 154 Dousman, WI 53118 | 20-43597 | Briggs & Stratton Corporation | 9/25/2020 | 748 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 11 | Carolyn Harms | 375 State Rd 67 Apt 154 Dousman, WI 53118 | 20-43597 | Briggs & Stratton Corporation | 9/28/2020 | 1742 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 12 | Carolyn Helminski | 2089 S 107th St West Allis, WI 53227-1232 | 20-43597 | Briggs & Stratton Corporation | 9/28/2020 | 1710 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 13 | Carolyn Lemberger | W19132 Mcdivitt Road Wittenberg, WI 54499 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1472 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 14 | Cheryl A Berdan | 2049 N 114Th St Milwaukee, WI 53226-2213 | 20-43597 | Briggs & Stratton Corporation | 9/23/2020 | 1112 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 15 | Cheryl L. Schmitt | PO Box 614 East Tray, WI 53120 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 2054 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 16 | Christopher J. Roll | 2048 Alpine Drive Erie, CO 80516 | 20-43597 | Briggs & Stratton Corporation | 10/2/2020 | 2025 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 17 | Claude Bernard | W209 N13433 Robinhood Dr Richfield, WI 53076 | 20-43597 | Briggs & Stratton Corporation | 9/22/2020 | 1113 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 18 | Court R Anderson | 1550 Kenland Ct Colorado Springs, CO 80915 | 20-43597 | Briggs & Stratton Corporation | 10/21/2020 | 2251 | $0.00 | $0.00 | $0.00 | $132,279.00 | $132,279.00 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Cynthia G. Schnell | c/o Attorney John D. Dries 7251 W. North Avenue, Room 3 Wauwatosa, WI 53213-5321 | 20-43597 | Briggs & Stratton Corporation | 2/4/2021 | 2568 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 20 | Cynthia J. Adams | 3738 N. 51st Blvd Milwaukee, WI 53216 | 20-43597 | Briggs & Stratton Corporation | 9/25/2020 | 792 | $0.00 | $0.00 | $126,892.80 | $0.00 | $126,892.80 | Satisfied through PBGC. |
| 21 | Dale Welp | 401 Charleston Pl Villa Rica, GA 30180 | 20-43597 | Briggs & Stratton Corporation | 9/14/2020 | 640 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 22 | Daniel G. Helman and Pamela Helman | 4662 Lakeview Circle Slinger, WI 53086 | 20-43597 | Briggs & Stratton Corporation | 10/1/2020 | 986 | $0.00 | $0.00 | $0.00 | $531,860.78 | $531,860.78 | Satisfied through PBGC. |
| 23 | Daniel J Badzinski | 1504 Edder Lane, Apt 2 West Bend, WI 53095 | 20-43597 | Briggs & Stratton Corporation | 9/15/2020 | 865 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 24 | Darlene M Sifuentes | 4554 Notasulga Rd Tallassee, AL 36078 | 20-43597 | Briggs & Stratton Corporation | 10/3/2020 | 1064 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 25 | David Devalk | N 2501 13 Ave Wautoma, WI 54982 | 20-43597 | Briggs & Stratton Corporation | 9/16/2020 | 895 | $0.00 | $0.00 | $1,697.00 | $0.00 | $1,697.00 | Satisfied through PBGC. |
| 26 | David Hubler | 4109 Breezewood Lane Annandale, VA 22003 | 20-43597 | Briggs & Stratton Corporation | 9/25/2020 | 1772 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 27 | David Wimmer | 1003 Jefferson Street West Bend, WI 53090 | 20-43597 | Briggs & Stratton Corporation | 9/21/2020 | 1115 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Dawn L Dassow | 1207 W. Wisconsin Ave. Apt#11 Oconomowoc, WI 53066 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2258 | $0.00 | $0.00 | $56,828.20 | $0.00 | $56,828.20 | Satisfied through PBGC. |
| 29 | Dawn L. Dassow | 1207 W. Wisconsin Avenue, Apt 11 Oconomowoc, WI 53066 | 20-43597 | Briggs & Stratton Corporation | 11/10/2020 | 2410 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 30 | Dean Huisheere | 8730 W Mitchell St West Allis, WI 53214 | 20-43597 | Briggs & Stratton Corporation | 9/21/2020 | 1116 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 31 | Deborah J. Doughty | 4 Fletante Lane Hot Springs Village, AR 71909 | 20-43597 | Briggs & Stratton Corporation | 10/20/2020 | 2247 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 32 | Deborah Jean Wallace | 209 Midland Poplar Bluff, MO 63901 | 20-43597 | Briggs & Stratton Corporation | 9/29/2020 | 1744 | $0.00 | $0.00 | $0.00 | $5,200.00 | $5,200.00 | Satisfied through PBGC. |
| 33 | Denise Scott | 1206 Tom Taylor Trail Murray, KY 42071 | 20-43597 | Briggs & Stratton Corporation | 8/21/2020 | 204 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | Satisfied through PBGC. |
| 34 | Diane C Pavletich | 14935 W Glenora Avenue New Berlin, WI 53151 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2181 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 35 | Diane Ganski | 2018 Blue Bell Lane Stevens Point, WI 54481 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1509 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 36 | Dolores C Herbert | N65 W22201 Springfield Dr J14 Sussex, WI 53089 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 1179 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Dolores C Herbert | N65 W22201 Springfield Dr J14 Sussex, WI 53089 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 1264 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 38 | Dolores C Herbert | N65W22201 Springfield Dr J14 Sussex, WI 53089 | 20-43597 | Briggs & Stratton Corporation | 11/2/2020 | 2324 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 39 | Dorrance J. Noonan | Timothy H. Posnanski Husch Blackwell LLP 555 E. Wells Street, Suite 1900 Milwaukee, WI 53202 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1625 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 40 | Duane Linden | 1088 Quail Ct Apt 226 Pewaukee, WI 53072-3652 | 20-43597 | Briggs & Stratton Corporation | 9/21/2020 | 1180 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 41 | Edeen Johnson | N2501 11Th Avenue Adams, WI 53910 | 20-43597 | Briggs & Stratton Corporation | 9/25/2020 | 1716 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 42 | Edward J Kocinski | 2816 S 92 Street West Allis, WI 53227 | 20-43597 | Briggs & Stratton Corporation | 9/15/2020 | 867 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 43 | Eileen A Scharenbroch | 7256 Hwy M West Bend, WI 53090 | 20-43597 | Briggs & Stratton Corporation | 9/21/2020 | 1122 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 44 | Eileen Scharenbroch | 7256 Hwy M West Bend, WI 53090 | 20-43597 | Briggs & Stratton Corporation | 9/21/2020 | 1182 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 45 | Eliazar Falcon | 353 S. Eden Ct. Whitewater, Wi 53190 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1593 | $0.00 | $0.00 | $0.00 | $14,125.65 | $14,125.65 | Satisfied through PBGC. |

Exhibit A - Pension Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Erma J. Gorecki | Erma Gorecki 18245 Ashlea Dr. Brookfield, WI 53045 | 20-43597 | Briggs & Stratton Corporation | 9/22/2020 | 1335 | $0.00 | $0.00 | $228,580.00 | $0.00 | $228,580.00 | Satisfied through PBGC. |
| 47 | Eugene F Mccann | 4026 Bunker Hill Road Slinger, WI 53086 | 20-43597 | Briggs & Stratton Corporation | 10/26/2020 | 2326 | $0.00 | $0.00 | $0.00 | $171,932.00 | $171,932.00 | Satisfied through PBGC. |
| 48 | Evelyn Baus | 4550 S. 123Rd Street Greenfield, WI 53228 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1527 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 49 | Finch, Wendell | 276 Johnson Dr. Sylvania, GA 30467 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 1183 | $0.00 | $0.00 | $11,778.36 | $0.00 | $11,778.36 | Satisfied through PBGC. |
| 50 | Fred Schilling | N635 S Garden Rd Watertown, WI 53098-4105 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1978 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 51 | Frederick O Brown | W7798 County Road O Wautoma, WI 54982-5503 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1979 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 52 | Gene D Milam | 331 Kiyuga Way Loudon, TN 37774 | 20-43597 | Briggs & Stratton Corporation | 9/25/2020 | 1718 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 53 | George Sladky | 3770 S 52Nd St Milwaukee, WI 53220 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1702 | $0.00 | $0.00 | $149,431.00 | $0.00 | $149,431.00 | Satisfied through PBGC. |
| 54 | Gerald Anderson | N4270 Hwy 13 Medford, WI 54451 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1602 | $0.00 | $0.00 | $0.00 | $1,038.87 | $1,038.87 | Satisfied through PBGC. |

Exhibit A - Pension Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Gerald Farrell | W10888 Lori Lane<br>Crivitz, WI 54114 | 20-43597 | Briggs & Stratton Corporation | 9/14/2020 | 548 | $0.00 | $0.00 | $791.72 | $0.00 | $791.72 | Satisfied through PBGC. |
| 56 | Gerald Schraenkler | 2361 S. 61 St.<br>West Allis, WI 53219 | 20-43597 | Briggs & Stratton Corporation | 9/15/2020 | 872 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 57 | Helen Bodanske | W4368 Tomahawk Ln<br>Cecil, WI 54111 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1940 | $0.00 | $0.00 | $550.34 | $0.00 | $550.34 | Satisfied through PBGC. |
| 58 | Henry Krahling Sr | W9020 Highway J<br>Ladysmith, WI 54848-0000 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1941 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 59 | Jacqueli Dombrowski | Jaqueline Dombrowski<br>535 N 61St St<br>Wauwatosa, WI 53213 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1943 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 60 | James Hardie | 1000 S 108Th St, Lot C11<br>Milwaukee, WI 53214 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 2105 | $0.00 | $0.00 | $0.00 | $181,545.98 | $181,545.98 | Satisfied through PBGC. |
| 61 | James J Dehn | 17830 Lisa Ln<br>Brookfield, WI 53045 | 20-43597 | Briggs & Stratton Corporation | 10/3/2020 | 1066 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 62 | James T Marceau | 1916 County Road 525<br>Williamsville, MO 63967 | 20-43597 | Briggs & Stratton Corporation | 11/6/2020 | 2442 | $0.00 | $0.00 | $6,897.88 | $0.00 | $6,897.88 | Satisfied through PBGC. |
| 63 | James T Marceau | 1916 County Road 525<br>Williamsville, MO 63967 | 20-43597 | Briggs & Stratton Corporation | 11/6/2020 | 2450 | $0.00 | $0.00 | $4,059.57 | $0.00 | $4,059.57 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | Janet Tutkowski | 2774 Lakeview Dr<br>East Troy, WI 53120 | 20-43597 | Briggs & Stratton Corporation | 9/10/2020 | 454 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 65 | Janet Zuber | Janet L Zuber<br>4223 S 122st<br>Greenfield, WI 53228 | 20-43597 | Briggs & Stratton Corporation | 11/2/2020 | 2308 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 66 | Janie Rutland | 261 Orchard Ridge Dr<br>Forsyth, GA 31029-2675 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2265 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 67 | Jaqueline Cimermancic | 8721 Massey Circle<br>Colorado Springs, CO 80920 | 20-43597 | Briggs & Stratton Corporation | 10/30/2020 | 2299 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 68 | Jean Griesbach | 1604 N 19Th St<br>Sheboygan, WI 53081 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 2104 | $0.00 | $0.00 | $0.00 | $72,174.17 | $72,174.17 | Satisfied through PBGC. |
| 69 | Jean H Stache Kuri | 4865 Beaver Dam Rd<br>West Bend, WI 53090 | 20-43597 | Briggs & Stratton Corporation | 9/14/2020 | 536 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 70 | Jeffrey A Jung | 14520 Concord Dr<br>N Ft Myers, FL 33917 | 20-43597 | Briggs & Stratton Corporation | 9/22/2020 | 1136 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 71 | Jeffrey M Baker | 30930 Morning View Circle<br>Waterford, WI 53185 | 20-43597 | Briggs & Stratton Corporation | 10/2/2020 | 1984 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 72 | Jennifer J. Scherer | W331N3460 Maplewood Road<br>Nashotah, WI 53058 | 20-43597 | Briggs & Stratton Corporation | 9/10/2020 | 473 | $0.00 | $0.00 | $0.00 | $62,383.01 | $62,383.01 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Jimmie Armon | 5633 W Melvina St Milwaukee, WI 53216-2221 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1462 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 74 | Joanne M. Spreng | 1090 Scenic Rd Hubertus, WI 53033–9309 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1641 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 75 | Jodi Riesterer | N54 W20859 Carters Crossing Cir Menomonee Falls, WI 53051 | 20-43597 | Briggs & Stratton Corporation | 8/25/2020 | 424 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 76 | John A Cimermancic | 159 Brown Rd Michigamme, MI 49861 | 20-43597 | Briggs & Stratton Corporation | 9/28/2020 | 1721 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 77 | John Kosek Jr | 1422 Kennedy Drive Hartford, WI 53027 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1945 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 78 | John R. Stockfleth | W1211 Hillview Drive, #108 Sullivan, WI 53178-9790 | 20-43597 | Briggs & Stratton Corporation | 10/1/2020 | 979 | $0.00 | $0.00 | $0.00 | $351.66 | $351.66 | Satisfied through PBGC. |
| 79 | John Sadler | W271 N2551 Orchard Lane Pewaukee, WI 53072 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1946 | $0.00 | $0.00 | $0.00 | $174,206.00 | $174,206.00 | Satisfied through PBGC. |
| 80 | John Tarantino | N84 W15750 Ridge Road, Unit 106 Menomonee Falls, WI 53051 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1947 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 81 | Joseph E Brown | 22355 Highway Oo Advance, MO 63730 | 20-43597 | Briggs & Stratton Corporation | 9/16/2020 | 582 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|-----|---------------|------------------|-------------|-------------|------------|------------------------|---------|--------|----------|-----------|-------|----------------------------------|
| 82 | Joyce Fratrick | 118 N. 69Th St. Milwaukee, WI 53213 | 20-43597 | Briggs & Stratton Corporation | 9/23/2020 | 1194 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 83 | Karl F Herden | Michaelisstr. 10 Eberswalde, 16225 | 20-43597 | Briggs & Stratton Corporation | 10/2/2020 | 1948 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 84 | Kathleen A Richter | 1152 Winnebago Road East Hubertus, WI 53033-9401 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1987 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 85 | Kathleen B Wright | 118 Harmony N St West Salem, WI 54669 | 20-43597 | Briggs & Stratton Corporation | 9/23/2020 | 727 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 86 | Kathleen B Wright | 118 Harmony N St West Salem, WI 54669 | 20-43597 | Briggs & Stratton Corporation | 9/24/2020 | 1139 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 87 | Keith Rick | W2174 Melmar Dr. Markesan, WI 53946 | 20-43597 | Briggs & Stratton Corporation | 10/8/2020 | 1919 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 88 | Kenneth H Lamkin | 5713 Cedar Valley Dr Poplar Bluff, Mo 63901 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 1140 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 89 | Kerri M Messier | 13 S Fourth St W Ft Atkinson, WI 53538 | 20-43597 | Briggs & Stratton Corporation | 12/16/2020 | 2535 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 90 | Kristi L Draheim | 404 Oneil St Lake Mills, WI 53551 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2187 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |

Exhibit A - Pension Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | Lamkin, Kenneth | 5713 Cedar Valley Dr Poplar Bluff, MO 63901 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 1195 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 92 | Larry G. Salsbury | 19115 Thomson Drive #203 Brookfield, WI 53045~5188 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 369 | $0.00 | $0.00 | $0.00 | $308,851.00 | $308,851.00 | Satisfied through PBGC. |
| 93 | Larry Wood | 101 Hickory Cir Petal, Mo 39465 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1691 | $0.00 | $0.00 | $0.00 | $11,000.00 | $11,000.00 | Satisfied through PBGC. |
| 94 | Leland F Schmitt | PO Box 614 East Troy, WI 53120 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1988 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 95 | Leo R Sughroue | 2046 Lake View Drive Hartford, WI 53027 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1951 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 96 | Leone Psket | 3265 S. 15th St. Milwaukee, WI 53215 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1952 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 97 | Linda Koboske | N8094 Lasalle Circle Oconomowoc, WI 53066 | 20-43597 | Briggs & Stratton Corporation | 9/28/2020 | 1725 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 98 | Linda M Loeffelad | 211 Cherokee Road Glenwood, GA 30428-3842 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1496 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 99 | Linda Sonnentag | 6900 Lindner Dr Franklin, WI 53132 | 20-43597 | Briggs & Stratton Corporation | 10/1/2020 | 2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |

Exhibit A - Pension Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|-----|---------------|------------------|-------------|-------------|------------|------------------------|---------|--------|----------|-----------|-------|----------------------------------|
| 100 | Lorraine Timm | N53 W34945 Road B Okauchee, WI 53069 | 20-43597 | Briggs & Stratton Corporation | 9/29/2020 | 1747 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 101 | Luke Davidson | c/o Therese A. Schellhammer 123 South Second PO Box 1226 Poplar Bluff, MO 63902-1226 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1561 | $0.00 | $0.00 | $5,051.75 | $0.01 | $5,051.76 | Satisfied through PBGC. |
| 102 | Lupe J Sifuentes | 5245 Georgia Road Wetumpka, AL 36092 | 20-43597 | Briggs & Stratton Corporation | 9/24/2020 | 1141 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 103 | Maria Borrelli | W157 N7670 Remington Trail Menomonee Falls, WI 53051 | 20-43597 | Briggs & Stratton Corporation | 9/15/2020 | 880 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 104 | Maria Carini | 4740 Cherokee Drive Brookfield, WI 53045 | 20-43597 | Briggs & Stratton Corporation | 9/23/2020 | 1143 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 105 | Maria Laguna | 1440 S 116th St #6 West Allis, WI 53214 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2189 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 106 | Mariano Orlando | 15760 Brook Lane Brookfield, WI 53005 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2260 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 107 | Marilyn Feldner | 3987 Sunset Hill Road Hubertus, WI 53033-9976 | 20-43597 | Briggs & Stratton Corporation | 9/24/2020 | 739 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 108 | Marion Funk | N8111 Rose Ter Elkhorn, WI 53121 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 625 | $0.00 | $0.00 | $0.00 | $1,105.18 | $1,105.18 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | Mark Magnarini | 6926 Auburn Avenue Wauwatosa, WI 53213 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1954 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 110 | Mark Tutkowski | 2774 Lakeview Dr. East Troy, WI 53120 | 20-43597 | Briggs & Stratton Corporation | 9/10/2020 | 456 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 111 | Marvin Hurth | W282 N6886 Main Street PO Box 771 Merton, WI 53056-0771 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 1197 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 112 | Mary Dykeman | PO Box 536 Sutherland Springs, TX 78161 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2261 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 113 | Mary Kunstek | 8127 149th Pl NE Redmond, WA 98052 | 20-43597 | Briggs & Stratton Corporation | 10/15/2020 | 2169 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 114 | Michael Arthur Juneau | 15250 W. Lincoln Avenue New Berlin, WI 53151-1918 | 20-43597 | Briggs & Stratton Corporation | 10/2/2020 | 1027 | $0.00 | $0.00 | $0.00 | $241.31 | $241.31 | Satisfied through PBGC. |
| 115 | Michael J Lehn | 438 Radcliff Lane Poplar Bluff, MO 63901 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 1145 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 116 | Milena I Grdadolnik | 4264 S 82nd St Greenfield, WI 53220 | 20-43597 | Briggs & Stratton Corporation | 9/22/2020 | 1200 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 117 | Mitchel Barks | c/o Therese A. Schellhammer 123 South Second PO Box 1226 Poplar Bluff, MO 63902-1226 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1585 | $0.00 | $0.00 | $13,650.00 | $5,149.13 | $18,799.13 | Satisfied through PBGC. |

Exhibit A - Pension Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | Nancy Bannach | 5390 S Oakridge Dr<br>New Berlin, WI 53146-4453 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1396 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 119 | Nancy J. Krznarich Tr | Nancy J. Krznarich<br>1420 W. Puetz Rd<br>Oak Creek, WI 53154 | 20-43597 | Briggs & Stratton Corporation | 9/25/2020 | 1766 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 120 | Patricia Schneider | 8208 W Keefe Ave<br>Milwaukee, WI 53222 | 20-43597 | Briggs & Stratton Corporation | 11/23/2020 | 2518 | $0.00 | $944.32 | $0.00 | $0.00 | $944.32 | Satisfied through PBGC. |
| 121 | Patricia Schneider | 8208 W Keefe Ave<br>Milwaukee, WI 53222 | 20-43597 | Briggs & Stratton Corporation | 11/23/2020 | 2515 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 122 | Patricia V. Meyer | 7810 Trillium Trail<br>Wind Lake, WI 53185–2089 | 20-43597 | Briggs & Stratton Corporation | 10/3/2020 | 1069 | $0.00 | $0.00 | $162,120.00 | $0.00 | $162,120.00 | Satisfied through PBGC. |
| 123 | Patrick J Ennis | 1627 W Happy Hollow Road<br>Janesville, WI 53546 | 20-43597 | Briggs & Stratton Corporation | 8/31/2020 | 326 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 124 | Pauline Schmich | W28380 Hawthorne Rd<br>Hartland, WI 53029 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1962 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 125 | Penelope A Hogans | 8631 N Servite Dr #212<br>Milwaukee, WI 53223 | 20-43597 | Briggs & Stratton Corporation | 9/14/2020 | 649 | $0.00 | $24,000.00 | $0.00 | $0.00 | $24,000.00 | Satisfied through PBGC. |
| 126 | Peter Konkol | 5721 Wintergreen Dr<br>Wisconsin Rapids, WI 54494-9081 | 20-43597 | Briggs & Stratton Corporation | 9/23/2020 | 1150 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | Philomenia Lechmaier | W303N6785 Irene Ln<br>Hartland, WI 53029 | 20-43597 | Briggs & Stratton Corporation | 9/23/2020 | 1151 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 128 | Randall Paulson | 6719 Hillside Ln<br>Wauwatosa, WI 53213 | 20-43597 | Briggs & Stratton Corporation | 11/2/2020 | 2316 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 129 | Rhonda Bell | c/o Therese A. Schellhammer<br>123 South Second<br>PO Box 1226<br>Poplar Bluff, MO 63902-1226 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1598 | $0.00 | $0.00 | $7,557.40 | $0.00 | $7,557.40 | Satisfied through PBGC. |
| 130 | Richard C Datka | N8134 Bell School Rd<br>East Troy, WI 53120 | 20-43597 | Briggs & Stratton Corporation | 9/16/2020 | 883 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 131 | Richard C Datka | N8134 Bell School Rd<br>East Troy, WI 53120 | 20-43597 | Briggs & Stratton Corporation | 11/23/2020 | 2489 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 132 | Richard Cardwell | 21445 W Oakcrest Dr<br>New Berlin, WI 53146 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1964 | $0.00 | $0.00 | $0.00 | $191,703.00 | $191,703.00 | Satisfied through PBGC. |
| 133 | Richard Johnson | 7177 Us Highway 29 S<br>Tuskegee, AL 36083 | 20-43597 | Briggs & Stratton Corporation | 9/28/2020 | 1705 | $0.00 | $12,543.00 | $0.00 | $0.00 | $12,543.00 | Satisfied through PBGC. |
| 134 | Richard Yancey | 6111 N 60Th Street<br>Milwaukee, WI 53218 | 20-43597 | Briggs & Stratton Corporation | 10/27/2020 | 2329 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 135 | Rick McKenzie | PO Box 1515<br>Murray, KY 42071-0027 | 20-43597 | Briggs & Stratton Corporation | 9/22/2020 | 1332 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |

Exhibit A - Pension Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | Ricky Bernard Lacy | 6333 West Congress Street Milwaukee, WI 53218 | 20-43597 | Briggs & Stratton Corporation | 9/3/2020 | 351 | $5,000,000.00 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | Satisfied through PBGC. |
| 137 | Ricky W Mckinney | 702 Macedonia Rd. Mayfield, Ky 42066 | 20-43597 | Briggs & Stratton Corporation | 9/30/2020 | 1731 | $0.00 | $0.00 | $11,000.00 | $0.00 | $11,000.00 | Satisfied through PBGC. |
| 138 | Robert N Young | 1226 Four Winds Way Hartland, WI 53029 | 20-43597 | Briggs & Stratton Corporation | 9/15/2020 | 885 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 139 | Robert Shipman | 6502 Brooklet Denmark Road Brooklet, GA 30415 | 20-43597 | Briggs & Stratton Corporation | 9/7/2020 | 368 | $0.00 | $0.00 | $12,379.97 | $0.00 | $12,379.97 | Satisfied through PBGC. |
| 140 | Roger Bruce Radcliff | 532 Eagles Nest Drive Kewaskum, WI 53040 | 20-43597 | Briggs & Stratton Corporation | 10/26/2020 | 2344 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 141 | Romandia Bowen | 2075 Tynewood Dr Clarksville, TN 37042-3704 | 20-43597 | Briggs & Stratton Corporation | 10/2/2020 | 1015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 142 | Ronald Johnson | N2501 11Th Avenue Adams, WI 53910 | 20-43597 | Briggs & Stratton Corporation | 9/25/2020 | 1733 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 143 | Ronald Lesniewski | 3544 River Valley Rd Waukesha, WI 53189 | 20-43597 | Briggs & Stratton Corporation | 9/15/2020 | 886 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 144 | Ronald Rauen | 3657 42Nd Way S Apt 59G St. Petersburg, FL 33711-4054 | 20-43597 | Briggs & Stratton Corporation | 9/15/2020 | 887 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |

Exhibit A - Pension Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|-----|---------------|------------------|-------------|-------------|-----------|----------------------|---------|--------|----------|-----------|-------|-------------------------------|
| 145 | Ronald Sachen | 6910 W Armour Ave Greenfield, WI 53220 | 20-43597 | Briggs & Stratton Corporation | 10/1/2020 | 1965 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 146 | Sally Parker | 1441 S 68th St, Apt 208 West Allis, WI 53214 | 20-43597 | Briggs & Stratton Corporation | 11/5/2020 | 2367 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 147 | Sally Parker | 1441 S 68th St, Apt 208 West Allis, WI 53214 | 20-43597 | Briggs & Stratton Corporation | 10/30/2020 | 2373 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 148 | Sandra Rich | 10408 River Road Suring, WI 54174 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1992 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 149 | Sandra Sonnentag | 6900 Lindner Dr. Franklin, WI 53132 | 20-43597 | Briggs & Stratton Corporation | 9/30/2020 | 1913 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 150 | Scott A Thorman | N2328 County Road D Fort Atkinson, WI 53538 | 20-43597 | Briggs & Stratton Corporation | 11/19/2020 | 2462 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 151 | Scott T. Hower | W291 N3848 Round Hill Circle Pewaukee, WI 53072 | 20-43597 | Briggs & Stratton Corporation | 9/22/2020 | 705 | $0.00 | $0.00 | $0.00 | $35,114.15 | $35,114.15 | Satisfied through PBGC. |
| 152 | Sharon Twardowski | 314 Savoy Avenue Dayton, OH 45449 | 20-43597 | Briggs & Stratton Corporation | 10/9/2020 | 1925 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 153 | Sherrie A Holbrook | 15374 W James Anderson Hwy Buckingham, VA 23921 | 20-43597 | Briggs & Stratton Corporation | 9/21/2020 | 1158 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 154 | Sparks, Norma | 145 Sparks Lane, Hurtsboro, AL 36860 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1995 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 155 | Stephen J Lavender | 10000 Forest Hills Rd, Caledonia, WI 53108 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2264 | $0.00 | $0.00 | $0.00 | $109,616.11 | $109,616.11 | Satisfied through PBGC. |
| 156 | Steve M Nagel | N8W30025 Woodcrest Drive, Waukesha, WI 53188 | 20-43597 | Briggs & Stratton Corporation | 10/21/2020 | 2291 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 157 | Steven J Schmidt | W5442 County Road F, Neshkoro, WI 54960 | 20-43597 | Briggs & Stratton Corporation | 9/18/2020 | 1163 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 158 | Tammy R Johnson | 361 Post Oak Dr., Murray, KY 42071 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2193 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | Satisfied through PBGC. |
| 159 | Tanzy P Lawhorn | W148N9702 Treetop Dr, Germantown, WI 53022 | 20-43597 | Briggs & Stratton Corporation | 9/25/2020 | 1736 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 160 | Thomas B. Dombrowski | 4052 N 39th Street, Milwaukee, WI 53216-1641 | 20-43597 | Briggs & Stratton Corporation | 9/29/2020 | 1855 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 161 | Traci L Skolaski | N4046 Bear Hole Rd., Jefferson, WI 53549 | 20-43597 | Briggs & Stratton Corporation | 10/7/2020 | 1686 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 162 | Vicki Bira | 1255 W Cameron Ave, Butler, WI 53007 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2230 | $0.00 | $0.00 | $662.62 | $0.00 | $662.62 | Satisfied through PBGC. |

**Exhibit A - Pension Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|-----|---------------|------------------|-------------|-------------|------------|------------------------|---------|--------|----------|-----------|-------|----------------------------------|
| 163 | Victoria Casper | 200 W. Main St Gilman, WI 54433 | 20-43597 | Briggs & Stratton Corporation | 8/18/2020 | 190 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 164 | Wade Neuharth | W246 S7035 Maple Hill Drive Waukesha, WI 53189 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1970 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 165 | Wilfreda Felske | 12645 W Beloit Rd #201 New Berlin, WI 53151 | 20-43597 | Briggs & Stratton Corporation | 9/16/2020 | 890 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 166 | William Frank | 817 Mill Street Delafield, WI 53018 | 20-43597 | Briggs & Stratton Corporation | 10/5/2020 | 1971 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 167 | William R Sullivan | 5382 Paradise Ln Slinger, WI 53086 | 20-43597 | Briggs & Stratton Corporation | 10/6/2020 | 1972 | $0.00 | $0.00 | $136,560.00 | $0.00 | $136,560.00 | Satisfied through PBGC. |
| 168 | Willie V Mccray | 2117 Elder St, Unit B Chattanooga, TN 37404 | 20-43597 | Briggs & Stratton Corporation | 9/23/2020 | 736 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |
| 169 | Willie V Mccray | 2117 Elder St, Unit B Chattanooga, TN 37404 | 20-43597 | Briggs & Stratton Corporation | 9/23/2020 | 737 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Satisfied through PBGC. |