UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| | § | **Chapter 11** |
| **In re:** | § | |
| | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON** | § | |
| **CORPORATION,** *et al.,* | § | **(Jointly Administered)** |
| | § | |
| Debtors. | § | Related Docket No. 1707 |

### ORDER SUSTAINING THE PLAN ADMINISTRATOR'S SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS ON GROUNDS THAT SUCH CLAIMS ARE LATE FILED

Upon the objection (the "**Objection**")[1] of the Plan Administrator in the above-captioned chapter 11 cases for entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007(C) disallowing the claims listed on **Schedule 1** attached hereto and as more fully set forth in the Objection; and upon the *Declaration of Alan D. Halperin In Support of Plan Administrator's Seventeenth Omnibus Objection to Claims on Grounds that Such Claims are Late Filed* (attached to the Objection as Exhibit B); and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Plan Administrator having represented that adequate and proper notice of the Objection has been given in accordance with the Omnibus Objection Procedures; and that no other or further notice need be given; and this Court having reviewed the Objection; and this Court having held a hearing to consider the relief requested in the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

1

Objection; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Plan Administrator and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor; and for the reasons set forth on the record, **it is hereby ORDERED that the Objection is SUSTAINED in that:**

1.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Late Filed Claim listed on **Schedule 1** annexed hereto, under the heading "*Claims to be Disallowed*" is disallowed.

2.      The terms and conditions of this Order are effective immediately upon entry.

3.      Nothing contained in the Objection or this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors or the Wind-Down Estates, (ii) a waiver of rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (iv) an agreement or obligation to pay any claims, (v) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (vi) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

4.      The Plan Administrator is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5.      Not later than two (2) business days after the date of this Order, the Plan

Administrator shall serve a copy of the Order and shall file a certificate of service no later than

twenty-four (24) hours after service.


DATED:  June 11, 2021
St. Louis, Missouri
cke

                                        Barry S. Schermer
                                        United States Bankruptcy Judge

**Order Prepared By:**

Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
**CARMODY MACDONALD P.C.**
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
        cjl@carmodymacdonald.com
        thr@carmodymacdonald.com

*Local Counsel to the Plan Administrator*

-and-

HALPERIN BATTAGLIA BENZIJA LLP
Julie Dyas Goldberg
Matthew Murray
40 Wall Street, 37th Floor
New York, New York 10005
Telephone:  (212) 765-9100
Email: jgoldberg@halperinlaw.net
        mmurray@halperinlaw.net

*Counsel to the Plan Administrator*

**Schedule 1**

**Schedule of Late Filed Claims**

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 121 Disposal Company, LLC | 400 Century Park South, Suite 224 Birmingham, AL 35226 | 20-43597 | Briggs & Stratton Corporation | 10/12/2020 | 1926 | $0.00 | $0.00 | $0.00 | $11,153.07 | $11,153.07 | Claim 1926 is late filed. Received by claims agent 10/12/2020; general bar date was October 7, 2020. |
| 2 | Active Exhaust Corp | 1865 Birchmount Rd Toronto, ON M1P 2J5 Canada | 20-43597 | Briggs & Stratton Corporation | 11/24/2020 | 2502 | $0.00 | $6,928.20 | $0.00 | $0.00 | $6,928.20 | Claim 2502 is late filed. Received by claims agent 11/24/2020; general bar date was October 7, 2020. |
| 3 | Acuity Foam LLC | N88W13901 Main St. Menomonee Falls, WI 53051 | 20-43597 | Briggs & Stratton Corporation | 11/11/2020 | 2418 | $0.00 | $0.00 | $0.00 | $17,957.34 | $17,957.34 | Claim 2418 is late filed. Received by claims agent 11/11/2020; general bar date was October 7, 2020. |
| 4 | Airgas USA LLC | 2015 Vaughn Road, Building 400 Kennesaw, GA 30144 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2167 | $0.00 | $0.00 | $0.00 | $19,352.53 | $19,352.53 | Claim 2167 is late filed. Received by claims agent 10/14/2020; general bar date was October 7, 2020. |
| 5 | Alba Consulting LLC | 5540 S 44Th St Milwaukee, WI 53220-5203 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2179 | $0.00 | $0.00 | $0.00 | $26,631.36 | $26,631.36 | Claim 2179 is late filed. Received by claims agent 10/14/2020; general bar date was October 7, 2020. |
| 6 | Amran Inc | 12320 Cardinal Mdw Ste 100 Sugar Land, TX 77478-6236 | 20-43597 | Briggs & Stratton Corporation | 11/23/2020 | 2500 | $0.00 | $0.00 | $0.00 | $5,427.00 | $5,427.00 | Claim 2500 is late filed. Received by claims agent 11/23/2020; general bar date was October 7, 2020. |
| 7 | Anastasia Vellas | 73 Gordon Court Bradford, ON L3Z 2C6 Canada | 20-43597 | Briggs & Stratton Corporation | 2/17/2021 | 2577 | $0.00 | $0.00 | $0.00 | $82.62 | $82.62 | Claim 2577 is late filed. Received by claims agent 02/17/2021; general bar date was October 7, 2020. |
| 8 | Anthony P. Sims | 1020 Worthington Road Owensboro, KY 42301 | 20-43597 | Briggs & Stratton Corporation | 11/9/2020 | 2452 | $0.00 | $0.00 | $0.00 | $84.13 | $84.13 | Claim 2452 is late filed. Received by claims agent 11/09/2020; general bar date was October 7, 2020. |
| 9 | ARC | 3413 Nottingham Dr Denton, TX 76209-1282 | 20-43597 | Briggs & Stratton Corporation | 11/10/2020 | 2443 | $0.00 | $0.00 | $0.00 | $5,059.35 | $5,059.35 | Claim 2443 is late filed. Received by claims agent 11/10/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**

*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|-----|---------------|------------------|-------------|-------------|------------|------------------------|---------|--------|----------|-----------|-------|--------------------------------|
| 10 | Arizona Sport Shirts, Inc | 100 Gasoline Alley, Suite Az Indianapolis, IN 46222 | 20-43597 | Briggs & Stratton Corporation | 11/17/2020 | 2466 | $0.00 | $0.00 | $0.00 | $8,968.55 | $8,968.55 | Claim 2466 is late filed. Received by claims agent 11/17/2020; general bar date was October 7, 2020. |
| 11 | Assembly Automation Industries | 1849 Business Center Dr Duarte, CA  91010-2902 | 20-43597 | Briggs & Stratton Corporation | 10/27/2020 | 2290 | $0.00 | $0.00 | $0.00 | $330.00 | $330.00 | Claim 2290 is late filed. Received by claims agent 10/27/2020; general bar date was October 7, 2020. |
| 12 | Associated Industries LLC | S. 88 W. 23145 Wynn Dr Big Bend, WI 53103-9756 | 20-43597 | Briggs & Stratton Corporation | 11/6/2020 | 2409 | $0.00 | $0.00 | $0.00 | $142,212.50 | $142,212.50 | Claim 2409 is late filed. Received by claims agent 11/06/2020; general bar date was October 7, 2020. |
| 13 | Benjamins Landscaping Co | 105 Tilden Street Holdrege, NE  68949 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2166 | $0.00 | $0.00 | $0.00 | $7,167.95 | $7,167.95 | Claim 2166 is late filed. Received by claims agent 10/14/2020; general bar date was October 7, 2020. |
| 14 | Benjamins Landscaping Co | 105 Tilden Street Holdrege, NE  68949 | 20-43597 | Briggs & Stratton Corporation | 10/15/2020 | 2268 | $0.00 | $0.00 | $0.00 | $7,167.95 | $7,167.95 | Claim 2268 is late filed. Received by claims agent 10/15/2020; general bar date was October 7, 2020. |
| 15 | Betty Schneider | 527 S 3rd Ave West Bend, WI 53095-4019 | 20-43597 | Briggs & Stratton Corporation | 10/21/2020 | 2256 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Claim 2256 is late filed. Received by claims agent 10/21/2020; general bar date was October 7, 2020. |
| 16 | Bosello High Technology Srl | Via San Bernardo 25/27 Cassano Magnago, VV 21012 Italy | 20-43597 | Briggs & Stratton Corporation | 10/23/2020 | 2334 | $0.00 | $10,305.10 | $0.00 | $0.00 | $10,305.10 | Claim 2334 is late filed. Received by claims agent 10/23/2020; general bar date was October 7, 2020. |
| 17 | Bossard North America Inc | 6521 Production Dr Cedar Falls, IA  50613-7433 | 20-43597 | Briggs & Stratton Corporation | 10/20/2020 | 2257 | $0.00 | $0.00 | $0.00 | $75,864.77 | $75,864.77 | Claim 2257 is late filed. Received by claims agent 10/20/2020; general bar date was October 7, 2020. |
| 18 | Brent Kenneth LaPonsey | 10377 W. Mt Morris Rd Flushing, MI  48433 | 20-43597 | Briggs & Stratton Corporation | 11/24/2020 | 2503 | $0.00 | $10,000.00 | $0.00 | $0.00 | $10,000.00 | Claim 2503 is late filed. Received by claims agent 11/24/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Brent Michael Cole | 1616 Hillside Ave  Ft Wayne, IN 46805 | 20-43597 | Briggs & Stratton Corporation | 3/8/2021 | 2580 | $0.00 | $0.00 | $0.00 | $2,106.95 | $2,106.95 | Claim 2580 is late filed. Received by claims agent 03/08/2021; general bar date was October 7, 2020. |
| 20 | Brian Tordik | 11100 W Janesville Rd Unit 104  Hales Corners, WI  53130 | 20-43597 | Briggs & Stratton Corporation | 11/4/2020 | 2411 | $0.00 | $0.00 | $0.00 | $3,268.25 | $3,268.25 | Claim 2411 is late filed. Received by claims agent 11/04/2020; general bar date was October 7, 2020. |
| 21 | Central Fire & Safefty | 2620 Highway 30 E  Kearney, NE  68847-9707 | 20-43598 | Allmand Bros., Inc. | 10/27/2020 | 70 | $0.00 | $663.40 | $0.00 | $0.00 | $663.40 | Claim 70 is late filed. Received by claims agent 10/27/2020; general bar date was October 7, 2020. |
| 22 | Chemco Manufacturing Company | 4810 70th Avenue  Kenosha, WI  53144 | 20-10575 | Billy Goat Industries, Inc. | 11/10/2020 | 116 | $0.00 | $0.00 | $0.00 | $1,060.49 | $1,060.49 | Claim 116 is late filed. Received by claims agent 11/10/2020; general bar date was October 7, 2020. |
| 23 | CHS, Inc. | Timothy Lewis 5500 Cenex Drive  Inver Grove Heights, MN  55077 | 20-43598 | Allmand Bros., Inc. | 10/20/2020 | 65 | $377.59 | $0.00 | $0.00 | $147.84 | $525.43 | Claim 65 is late filed. Received by claims agent 10/20/2020; general bar date was October 7, 2020. |
| 24 | City of Wauwatosa | 7725 W North Ave Milwaukee, WI  53213-1720 | 20-43597 | Briggs & Stratton Corporation | 1/22/2021 | 2563 | $0.00 | $0.00 | $0.00 | $110,068.06 | $110,068.06 | Claim 2563 is late filed. Received by claims agent 01/22/2021; governmental administrative expense bar date was January 19, 2021. |
| 25 | Claude Bernard | W209 N13433 Robinhood Dr Richfield, WI  53076 | 20-43597 | Briggs & Stratton Corporation | 11/24/2020 | 2504 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2504 is late filed. Received by claims agent 11/24/2020; general bar date was October 7, 2020. |
| 26 | Colonial Chemical Solutions Inc | c/o Colonial Group Inc  101 North Lathrop Avenue Savannah, GA  31415 | 20-43597 | Briggs & Stratton Corporation | 10/8/2020 | 1922 | $0.00 | $0.00 | $0.00 | $390.00 | $390.00 | Claim 1922 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |
| 27 | Colonial Chemical Solutions, Inc. | c/o Colonial Group Inc PO Box 576  Savannah, GA 31402-0576 | 20-43597 | Briggs & Stratton Corporation | 11/13/2020 | 2470 | $0.00 | $130.00 | $0.00 | $0.00 | $130.00 | Claim 2470 is late filed. Received by claims agent 11/13/2020; general bar date was October 7, 2020. Claim 2470 was asserted on an administrative claim form but relates solely to a pre-petition claim subject to the general bar date. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Colonial Fuel and Lubricant Services | c/o Colonial Group Inc 101 North Lathrop Avenue Savannah, GA 31415 | 20-43597 | Briggs & Stratton Corporation | 10/8/2020 | 1923 | $0.00 | $0.00 | $0.00 | $6,419.76 | $6,419.76 | Claim 1923 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |
| 29 | Colonial Fuel and Lubricant Services, Inc. | c/o Colonial Group Inc PO Box 576 Savannah, GA 31402-0576 | 20-43597 | Briggs & Stratton Corporation | 11/13/2020 | 2468 | $0.00 | $6,080.80 | $0.00 | $0.00 | $6,080.80 | Claim 2468 is late filed. Received by claims agent 11/13/2020; general bar date was October 7, 2020. Claim 2468 was asserted on an administrative claim form but relates solely to a pre-petition claim subject to the general bar date. |
| 30 | Control Solutions LLC | Attn D Majcen 2520 Diehl Road Aurora, IL 60502 | 20-43597 | Briggs & Stratton Corporation | 11/2/2020 | 2315 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Claim 2315 is late filed. Received by claims agent 11/02/2020; general bar date was October 7, 2020. |
| 31 | Cortec Corporation | 4119 White Bear Pkwy Saint Paul, MN 55110-7634 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2163 | $0.00 | $47,938.56 | $0.00 | $113,467.80 | $161,406.36 | Claim 2163 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |
| 32 | Crane Production Systems, Corp. | N22W22931 Nancys Ct Suite 1 Waukesha, WI 53186 | 20-43597 | Briggs & Stratton Corporation | 2/17/2021 | 2576 | $0.00 | $0.00 | $0.00 | $1,895.95 | $1,895.95 | Claim 2576 is late filed. Received by claims agent 02/17/2021; general bar date was October 7, 2020. |
| 33 | CRK Holdings LLC | Rhopal Fabricated Products 1819 Industrial Drive Libertyville, IL 60048 | 20-43597 | Briggs & Stratton Corporation | 10/27/2020 | 2351 | $0.00 | $0.00 | $0.00 | $11,260.79 | $11,260.79 | Claim 2351 is late filed. Received by claims agent 10/27/2020; general bar date was October 7, 2020. |
| 34 | CSA America Testing & Certification LLC | 8501 E Pleasant Valley Rd Cleveland, OH 44131-5516 | 20-43597 | Briggs & Stratton Corporation | 2/17/2021 | 2575 | $0.00 | $0.00 | $0.00 | $20,902.05 | $20,902.05 | Claim 2575 is late filed. Received by claims agent 02/17/2021; general bar date was October 7, 2020. |
| 35 | Danfoss Power Solutions (US) Company | Attn Kelli Wynja Danfoss Power Solutions 2800 E. 13th St Ames, IA 50010 | 20-43597 | Briggs & Stratton Corporation | 10/26/2020 | 2345 | $0.00 | $4,098.40 | $0.00 | $2,156.51 | $6,254.91 | Claim 2345 is late filed. Received by claims agent 10/26/2020; general bar date was October 7, 2020. |
| 36 | Davis Machine Works of Opelika | 1318 Lee Road 42 Opelika, AL 36804-2034 | 20-43597 | Briggs & Stratton Corporation | 11/2/2020 | 2372 | $0.00 | $1,715.00 | $0.00 | $0.00 | $1,715.00 | Claim 2372 is late filed. Received by claims agent 11/02/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | De Amertek Corporation | Robert K. Naumann, P.C. 50 Turner Ave., Ste 200 Elk Grove Village, IL 60007 | 20-43597 | Briggs & Stratton Corporation | 10/16/2020 | 2270 | $0.00 | $112,724.63 | $0.00 | $0.00 | $112,724.63 | Claim 2270 is late filed. Received by claims agent 10/16/2020; general bar date was October 7, 2020. |
| 38 | Debra A Pavletich | 1255 Jewel St Brookfield, WI 53005 | 20-43597 | Briggs & Stratton Corporation | 10/16/2020 | 2172 | $0.00 | $0.00 | $0.00 | $68,512.69 | $68,512.69 | Claim 2172 is late filed. Received by claims agent 10/16/2020; general bar date was October 7, 2020. |
| 39 | Debra L. Ballman | W4020 State Rd 106 Fort Atkinson, WI 53538 | 20-43597 | Briggs & Stratton Corporation | 10/27/2020 | 2355 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2355 is late filed. Received by claims agent 10/27/2020; general bar date was October 7, 2020. |
| 40 | Donna Klumb | N168W21700 Main St, Lot 273 Jackson, WI 53037 | 20-43597 | Briggs & Stratton Corporation | 11/3/2020 | 2371 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Claim 2371 is late filed. Received by claims agent 11/03/2020; general bar date was October 7, 2020. |
| 41 | Donnie Mills | 26003 St Mathews Ch. Rd. Metter, GA 30439 | 20-43597 | Briggs & Stratton Corporation | 10/9/2020 | 2177 | $0.00 | $0.00 | $4,526.22 | $0.00 | $4,526.22 | Claim 2177 is late filed. Received by claims agent 10/09/2020; general bar date was October 7, 2020. |
| 42 | Dorothy M Litscher | 2025 S 124Th St New Berlin, WI 53151-2634 | 20-43597 | Briggs & Stratton Corporation | 11/30/2020 | 2508 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2508 is late filed. Received by claims agent 11/30/2020; general bar date was October 7, 2020. |
| 43 | Dualite Sales & Service | One Dualite Lane Williamsburg, OH 45176 | 20-43597 | Briggs & Stratton Corporation | 12/2/2020 | 2511 | $0.00 | $0.00 | $0.00 | $457.75 | $457.75 | Claim 2511 is late filed. Received by claims agent 12/02/2020; general bar date was October 7, 2020. |
| 44 | Dy Kast Supply & Equip | 1382 Lear Industrial Pkwy Avon, OH 44011-1368 | 20-43597 | Briggs & Stratton Corporation | 11/20/2020 | 2505 | $0.00 | $0.00 | $0.00 | $2,330.00 | $2,330.00 | Claim 2505 is late filed. Received by claims agent 11/20/2020; general bar date was October 7, 2020. |
| 45 | Eleanor Schwark | 700 Quinlan Dr Apt 241 Pewaukee, WI 53072-1830 | 20-43597 | Briggs & Stratton Corporation | 11/23/2020 | 2494 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Claim 2494 is late filed. Received by claims agent 11/23/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Endries International Inc | 714 W Ryan St<br>Brillion, WI 54110-1045 | 20-43598 | Allmand Bros., Inc. | 10/9/2020 | 62 | $0.00 | $0.00 | $0.00 | $5,945.38 | $5,945.38 | Claim 62 is late filed. Received by claims agent 10/09/2020; general bar date was October 7, 2020. |
| 47 | Endries International Inc | 714 W Ryan St<br>Brillion, WI 54110-1045 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2182 | $0.00 | $0.00 | $0.00 | $490.00 | $490.00 | Claim 2182 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |
| 48 | Engineered Lubricants Co | 11525 Rock Island Ct<br>Maryland Heights, MO 63043-3522 | 20-43597 | Briggs & Stratton Corporation | 11/11/2020 | 2417 | $0.00 | $0.00 | $0.00 | $217.90 | $217.90 | Claim 2417 is late filed. Received by claims agent 11/11/2020; general bar date was October 7, 2020. |
| 49 | Enovation Controls, LLC | Attn Brent Hinds<br>5311 S. 122Nd East Avenue Tulsa, OK 74146 | 20-43597 | Briggs & Stratton Corporation | 11/10/2020 | 2444 | $0.00 | $0.00 | $0.00 | $4,541.04 | $4,541.04 | Claim 2444 is late filed. Received by claims agent 11/10/2020; general bar date was October 7, 2020. |
| 50 | Ernest J. Lawrence | c/o Jon Louis Wilson, Esq. 111 Ontario Street<br>Lockport, NY 14094 | 20-43597 | Briggs & Stratton Corporation | 12/28/2020 | 2550 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Claim 2550 is late filed. Received by claims agent 12/28/2020; general bar date was October 7, 2020. |
| 51 | Executive Agenda | 16655 W Bluemound Rd, Suite 320<br>Brookfield, WI 53005-5957 | 20-43597 | Briggs & Stratton Corporation | 12/15/2020 | 2538 | $0.00 | $0.00 | $0.00 | $4,100.00 | $4,100.00 | Claim 2538 is late filed. Received by claims agent 12/15/2020; general bar date was October 7, 2020. |
| 52 | FedEx Transportation Management | Mark Wagner<br>1400 Lombardi Ave Green Bay, WI 54304 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2236 | $0.00 | $0.00 | $0.00 | $19,683.37 | $19,683.37 | Claim 2236 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |
| 53 | Finishing and Plating Service Inc | 4545 68th Ave<br>Kenosha, WI 53144-1765 | 20-43597 | Briggs & Stratton Corporation | 10/22/2020 | 2253 | $0.00 | $0.00 | $0.00 | $3,443.43 | $3,443.43 | Claim 2253 is late filed. Received by claims agent 10/22/2020; general bar date was October 7, 2020. |
| 54 | Flex Technologies, Inc | 5479 Gundy Drive<br>PO Box 400<br>Midvale, OH 44653 | 20-43597 | Briggs & Stratton Corporation | 10/8/2020 | 1916 | $0.00 | $0.00 | $0.00 | $6,008.10 | $6,008.10 | Claim 1916 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Fox Valley Metrology LTD | Brian S. Gliszinski, President 3114 Medalist Dr. Oshkosh, WI 54902 | 20-43597 | Briggs & Stratton Corporation | 10/28/2020 | 2294 | $0.00 | $0.00 | $0.00 | $3,072.57 | $3,072.57 | Claim 2294 is late filed. Received by claims agent 10/28/2020; general bar date was October 7, 2020. |
| 56 | Froedtert Health/Workforce Health | Workforce Health W129 N7055 Northfield Drive Menomonee Falls, WI 53051 | 20-43597 | Briggs & Stratton Corporation | 10/26/2020 | 2346 | $0.00 | $0.00 | $0.00 | $3,920.00 | $3,920.00 | Claim 2346 is late filed. Received by claims agent 10/26/2020; general bar date was October 7, 2020. |
| 57 | Fuzhou Conssin Import and Export Co., Ltd. | 1103 Landmark Plaza 89 Wusi Road, Fuzhou 350003, China | 20-43598 | Allmand Bros., Inc. | 10/12/2020 | 63 | $0.00 | $174,769.40 | $0.00 | $0.00 | $174,769.40 | Claim 63 is late filed. Received by claims agent 10/12/2020; general bar date was October 7, 2020. |
| 58 | Fuzhou Conssin Import and Export Co., Ltd. | 1103 Landmark Plaza 89 Wusi Road Fuzhou, 350003 | 20-43598 | Allmand Bros., Inc. | 10/8/2020 | 60 | $0.00 | $174,769.40 | $0.00 | $0.00 | $174,769.40 | Claim 60 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |
| 59 | Gateway Metals Inc | 9550 Watson Industrial Park Saint Louis, MO 63126-1525 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2259 | $0.00 | $0.00 | $0.00 | $1,331.04 | $1,331.04 | Claim 2259 is late filed. Received by claims agent 10/19/2020; general bar date was October 7, 2020. |
| 60 | Georg Truebenbacher | Eibenstr 1 Friedberg Harthausen, 86316 Germany | 20-43599 | Briggs & Stratton International, Inc. | 10/8/2020 | 19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 19 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |
| 61 | Georg Truebenbacher | Eibenstr 1 Friedberg Harthausen, 86316 Germany | 20-43597 | Briggs & Stratton Corporation | 10/8/2020 | 1918 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 1918 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |
| 62 | Gerald Von Rueden | 489 Dailey Dr Franklin, MA 02038 | 20-43597 | Briggs & Stratton Corporation | 3/12/2021 | 2581 | $0.00 | $0.00 | $0.00 | $4,495.75 | $4,495.75 | Claim 2581 is late filed. Received by claims agent 03/12/2021; general bar date was October 7, 2020. |
| 63 | Government Employees Insurance Company Marine (GEICO Marine) | GEICO Marine Insurance Company 5323 Port Royal Road Springfield, VA 22151 | 20-43597 | Briggs & Stratton Corporation | 11/3/2020 | 2317 | $0.00 | $0.00 | $0.00 | $22,100.00 | $22,100.00 | Claim 2317 is late filed. Received by claims agent 11/03/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | Gromax Precision Die & Mfg., Inc. | W185N11474 Whitney Dr Germantown, WI 53022 | 20-43597 | Briggs & Stratton Corporation | 11/9/2020 | 2434 | $0.00 | $210.00 | $0.00 | $210.00 | $420.00 | Claim 2434 is late filed. Received by claims agent 11/09/2020; general bar date was October 7, 2020. |
| 65 | Gt Midwest | 2202 S West St Wichita, KS 67213 | 20-10575 | Billy Goat Industries, Inc. | 10/27/2020 | 112 | $0.00 | $0.00 | $0.00 | $3,808.50 | $3,808.50 | Claim 112 is late filed. Received by claims agent 10/27/2020; general bar date was October 7, 2020. |
| 66 | Guardian Industries Inc. | 300 Highway 212 Michigan City, IN 46360 | 20-10575 | Billy Goat Industries, Inc. | 10/13/2020 | 107 | $0.00 | $0.00 | $0.00 | $1,522.18 | $1,522.18 | Claim 107 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |
| 67 | H3C Plus Pty Ltd | 901/ 196A Stacey Street Bankstown, NSW 2200 Australia | 20-43597 | Briggs & Stratton Corporation | 10/23/2020 | 2335 | $0.00 | $0.00 | $0.00 | $53,540.52 | $53,540.52 | Claim 2335 is late filed. Received by claims agent 10/23/2020; general bar date was October 7, 2020. |
| 68 | Harris Oil Company, LLC | Greg Hughes 113 Lisa Drive Mt. Dora, FL 32757 | 20-43597 | Briggs & Stratton Corporation | 10/27/2020 | 2336 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | Claim 2336 is late filed. Received by claims agent 10/27/2020; general bar date was October 7, 2020. |
| 69 | Harris Oil Company, LLC | Bonnie Trumbetic Geico Marine - Liability Unit, Mi Claims Claim No. 198sp00598 5323 Port Royal Rd Springfield, VA 22151 | 20-43597 | Briggs & Stratton Corporation | 11/2/2020 | 2317 | $0.00 | $0.00 | $0.00 | $22,100.00 | $22,100.00 | Claim 2317 is late filed. Received by claims agent 11/02/2020; general bar date was October 7, 2020. |
| 70 | Hb Performance Systems Inc | 5800 W Donges Bay Rd Mequon, WI 53092-4429 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2184 | $0.00 | $0.00 | $0.00 | $2,368.78 | $2,368.78 | Claim 2184 is late filed. Received by claims agent 10/14/2020; general bar date was October 7, 2020. |
| 71 | Hercules OEM | 12121 Nicollet Ave S Burnsville, MN 55337-1648 | 20-43597 | Briggs & Stratton Corporation | 11/19/2020 | 2506 | $0.00 | $18,134.56 | $0.00 | $27,540.01 | $45,674.57 | Claim 2506 is late filed. Received by claims agent 11/19/2020; general bar date was October 7, 2020. |
| 72 | High Point Preferred Insurance a/s/o Milnes | Britt, Riehl and Spudic, P.C. 58 W Main Street Freehold, NJ 07728 | 20-43597 | Briggs & Stratton Corporation | 11/9/2020 | 2431 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2431 is late filed. Received by claims agent 11/09/2020; general bar date was October 7, 2020. |

Schedule 1 - Standing Late Filed Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Hyde, Love & Overby, LLC | Kent O. Hyde 1121 South Glenstone Springfield, MO 65804 | 20-43597 | Briggs & Stratton Corporation | 10/30/2020 | 2297 | $0.00 | $0.00 | $0.00 | $650.00 | $650.00 | Claim 2297 is late filed. Received by claims agent 10/30/2020; general bar date was October 7, 2020. |
| 74 | Igus Inc | 257 Ferris Ave Rumford, RI 02916-1033 | 20-10575 | Billy Goat Industries, Inc. | 11/2/2020 | 115 | $0.00 | $0.00 | $0.00 | $5,530.93 | $5,530.93 | Claim 115 is late filed. Received by claims agent 11/02/2020; general bar date was October 7, 2020. |
| 75 | IHS Global Inc | 15 Inverness Way E Englewood, CO 80112 | 20-43597 | Briggs & Stratton Corporation | 2/9/2021 | 2569 | $0.00 | $0.00 | $0.00 | $648.98 | $648.98 | Claim 2569 is late filed. Received by claims agent 02/09/2021; general bar date was October 7, 2020. |
| 76 | Institute for Corporate Productivity, Inc. | Michele DeGabriele 411 First Ave S. #403 Seattle, WA 98104 | 20-43597 | Briggs & Stratton Corporation | 11/24/2020 | 2521 | $0.00 | $0.00 | $0.00 | $15,242.50 | $15,242.50 | Claim 2521 is late filed. Received by claims agent 11/24/2020; general bar date was October 7, 2020. |
| 77 | James J Dehn | 17830 Lisa Ln Brookfield, WI 53045 | 20-43597 | Briggs & Stratton Corporation | 11/19/2020 | 2465 | $0.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | Claim 2465 is late filed. Received by claims agent 11/19/2020; general bar date was October 7, 2020. |
| 78 | James S Pavletich | 1255 Jewel St Brookfield, WI 53005 | 20-43597 | Briggs & Stratton Corporation | 10/16/2020 | 2173 | $0.00 | $0.00 | $0.00 | $70,667.37 | $70,667.37 | Claim 2173 is late filed. Received by claims agent 10/16/2020; general bar date was October 7, 2020. |
| 79 | Jd Laser Inc | 1711 Innovation Way Hartford, WI 53027-9083 | 20-43597 | Briggs & Stratton Corporation | 12/10/2020 | 2529 | $0.00 | $0.00 | $0.00 | $23,452.00 | $23,452.00 | Claim 2529 is late filed. Received by claims agent 12/10/2020; general bar date was October 7, 2020. |
| 80 | Jean M Hartmann | 7015 River Hammock Drive #203 Bradenton, FL 34212 | 20-43597 | Briggs & Stratton Corporation | 11/22/2020 | 2482 | $0.00 | $0.00 | $0.00 | $31,156.00 | $31,156.00 | Claim 2482 is late filed. Received by claims agent 11/22/2020; general bar date was October 7, 2020. |
| 81 | Jodi M. Esch Cust Calla Marie Esch | Jodi M Esch 4118 Lee Circle Waterford, WI 53185-3848 | 20-43597 | Briggs & Stratton Corporation | 11/2/2020 | 2387 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2387 is late filed. Received by claims agent 11/02/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | John Kappers | W1387 Stokdyk & Ingelse Rd Oostburg, WI 53070 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2185 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | Claim 2185 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |
| 83 | John N Williams | PO Box 294 Greenville, MO 63944 | 20-43597 | Briggs & Stratton Corporation | 10/9/2020 | 2196 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2196 is late filed. Received by claims agent 10/09/2020; general bar date was October 7, 2020. |
| 84 | Johnson, Jonathan | 300 Johnson St Apt 20 Statesboro, GA 30458 | 20-43597 | Briggs & Stratton Corporation | 11/10/2020 | 2445 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2445 is late filed. Received by claims agent 11/10/2020; general bar date was October 7, 2020. |
| 85 | Johnston Industrial Supply | 2276 S Westwood Blvd  Poplar Bluff, MO 63901-6114 | 20-43597 | Briggs & Stratton Corporation | 11/10/2020 | 2446 | $0.00 | $1,625.65 | $0.00 | $8,425.99 | $10,051.64 | Claim 2446 is late filed. Received by claims agent 11/10/2020; general bar date was October 7, 2020. |
| 86 | Jones Plastic And Engineering Co LLC | 2410 Plantside Dr Louisville, KY 40299-2528 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2001 | $425,701.00 | $73,210.90 | $0.00 | $0.00 | $498,911.90 | Claim 2001 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020.  Note: claimant also timely filed a claim on October 7, 2020, which the claim filed on 10/13/2020 duplicates and that is also referenced on KCC's claims register as Claim 2001.  For the avoidance of doubt, the Plan Administrator does not seek to disallow the October 7, 2020 timely filed claim, but reserves the right to object on other bases, as applicable. |
| 87 | Josephine Turner | 6808 Tarpon Springs Ct Las Vegas, NV  89131 | 20-43597 | Briggs & Stratton Corporation | 10/28/2020 | 2327 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2327 is late filed. Received by claims agent 10/28/2020; general bar date was October 7, 2020. |
| 88 | Kramer Family Vision | 225 Physicians Park Ste 107 Poplar Bluff, MO 63901-3918 | 20-43597 | Briggs & Stratton Corporation | 12/31/2020 | 2542 | $0.00 | $0.00 | $0.00 | $1,579.00 | $1,579.00 | Claim 2542 is late filed. Received by claims agent 12/31/2020; general bar date was October 7, 2020. |
| 89 | Kulicke and Soffa Industries Inc. | 1005 Virginia Drive Fort Washington, PA  19034 | 20-43597 | Briggs & Stratton Corporation | 11/17/2020 | 2478 | $0.00 | $810.00 | $0.00 | $25,000.00 | $25,810.00 | Claim 2478 is late filed. Received by claims agent 11/17/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | Kus Usa | 3300 Davie Rd Ste 105 Davie, FL 33314-1638 | 20-43597 | Briggs & Stratton Corporation | 10/22/2020 | 2255 | $0.00 | $0.00 | $0.00 | $2,040.30 | $2,040.30 | Claim 2255 is late filed. Received by claims agent 10/22/2020; general bar date was October 7, 2020. |
| 91 | Landauer | 2 Science Rd Glenwood, IL 60425 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2278 | $0.00 | $0.00 | $0.00 | $739.60 | $739.60 | Claim 2278 is late filed. Received by claims agent 10/19/2020; general bar date was October 7, 2020. |
| 92 | Langer Roofing & Sheet Metal Inc. | 345 S Curtis Road Milwaukee, WI 53214 | 20-43597 | Briggs & Stratton Corporation | 10/8/2020 | 2143 | $0.00 | $3,711.00 | $0.00 | $0.00 | $3,711.00 | Claim 2143 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |
| 93 | Legal name filed with IRS is Costello Sr. - Allen Optometrists, PLLC | Costello Sr - Allen Eye Associates 131 Main St Ste 202 Oneida, NY 13421-1645 | 20-43597 | Briggs & Stratton Corporation | 11/12/2020 | 2441 | $0.00 | $0.00 | $0.00 | $1,471.00 | $1,471.00 | Claim 2441 is late filed. Received by claims agent 11/12/2020; general bar date was October 7, 2020. |
| 94 | Leslie A. Turner | c/o Phillip Grogan 1039 College St. Suite 205 Bowling Green, KY 42101 | 20-43597 | Briggs & Stratton Corporation | 12/31/2020 | 2543 | $0.00 | $0.00 | $0.00 | $11,822.29 | $11,822.29 | Claim 2543 is late filed. Received by claims agent 12/31/2020; general bar date was October 7, 2020. |
| 95 | Lester Electrical of Nebraska, Inc. | Kimberly Jackson 625 W A Street Lincoln, NE 68522 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2234 | $0.00 | $0.00 | $0.00 | $18,540.90 | $18,540.90 | Claim 2234 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |
| 96 | Lomont Molding LLC | 1516 E Mapleleaf Dr Mount Pleasant, IA 52641 | 20-10575 | Billy Goat Industries, Inc. | 11/24/2020 | 126 | $0.00 | $47,395.89 | $0.00 | $0.00 | $47,395.89 | Claim 126 is late filed. Received by claims agent 11/24/2020; general bar date was October 7, 2020. |
| 97 | Mae Brooks | 1012 W Ring St Milwaukee, WI 53206 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2188 | $0.00 | $371.74 | $0.00 | $0.00 | $371.74 | Claim 2188 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |
| 98 | Margaret Falls | 13800 Park Central Blvd #411 New Berlin, WI 53151 | 20-43597 | Briggs & Stratton Corporation | 10/20/2020 | 2249 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Claim 2249 is late filed. Received by claims agent 10/20/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | Mark Schwertfeger | 12301 W Wirth St Wauwatosa, WI 53222 | 20-43597 | Briggs & Stratton Corporation | 10/8/2020 | 1924 | $0.00 | $0.00 | $0.00 | $617,500.00 | $617,500.00 | Claim 1924 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |
| 100 | Master Machine Company | 8900 W Schlinger Ave Milwaukee, WI 53214 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2174 | $0.00 | $0.00 | $0.00 | $19,366.97 | $19,366.97 | Claim 2174 is late filed. Received by claims agent 10/19/2020; general bar date was October 7, 2020. |
| 101 | Maxi-Blast | 3650 N Olive Rd South Bend, IN 46628-8421 | 20-43600 | Briggs & Stratton Tech, LLC | 12/22/2020 | 23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 23 is late filed. Received by claims agent 12/22/2020; general bar date was October 7, 2020. |
| 102 | Mb Sturgis Inc | 11722 Northline Industrial Dr Maryland Heights, MO 63043-3313 | 20-43597 | Briggs & Stratton Corporation | 10/21/2020 | 2250 | $0.00 | $0.00 | $0.00 | $21,151.50 | $21,151.50 | Claim 2250 is late filed. Received by claims agent 10/21/2020; general bar date was October 7, 2020. |
| 103 | MBR Distributors LLC | 1330 Holmes Road Elgin, IL 60123 | 20-43598 | Allmand Bros., Inc. | 10/14/2020 | 64 | $0.00 | $0.00 | $0.00 | $342.93 | $342.93 | Claim 64 is late filed. Received by claims agent 10/14/2020; general bar date was October 7, 2020. |
| 104 | Md Design & Automation Inc | Mary Daul 1350 Rail Way West Bend, WI 53095-9817 | 20-43597 | Briggs & Stratton Corporation | 11/10/2020 | 2435 | $0.00 | $0.00 | $0.00 | $8,650.62 | $8,650.62 | Claim 2435 is late filed. Received by claims agent 11/10/2020; general bar date was October 7, 2020. |
| 105 | Mecc Alte Inc | 1229 Adams Dr McHenry, IL 60051-4562 | 20-43598 | Allmand Bros., Inc. | 11/3/2020 | 72 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Claim 72 is late filed. Received by claims agent 11/03/2020; general bar date was October 7, 2020. |
| 106 | Meinhardt Diamond Tool Co | 3800 W Belmont Ave Chicago, IL 60618-5206 | 20-43597 | Briggs & Stratton Corporation | 10/8/2020 | 1957 | $0.00 | $1,278.75 | $0.00 | $0.00 | $1,278.75 | Claim 1957 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |
| 107 | Merrill Wire Products LLC | 1000 Mathews St Merrill, WI 54452-2837 | 20-43597 | Briggs & Stratton Corporation | 10/27/2020 | 2289 | $0.00 | $0.00 | $0.00 | $296.25 | $296.25 | Claim 2289 is late filed. Received by claims agent 10/27/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | Methode Electronics Inc | 8750 W Bryn Mawr Avenue Chicago, IL 60631 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2176 | $0.00 | $0.00 | $0.00 | $28,320.00 | $28,320.00 | Claim 2176 is late filed. Received by claims agent 10/19/2020; general bar date was October 7, 2020. |
| 109 | Misumi USA Inc. | Gen Bulgajewski, Sr AR Specialist 1475 E Woodfield Road, Ste 1300 Schaumburg, IL 60173 | 20-43597 | Briggs & Stratton Corporation | 11/10/2020 | 2438 | $0.00 | $0.00 | $0.00 | $1,542.96 | $1,542.96 | Claim 2438 is late filed. Received by claims agent 11/10/2020; general bar date was October 7, 2020. |
| 110 | Mona Denise Dobson | PO Box 2033 Ridgeland, MS 39158 | 20-43597 | Briggs & Stratton Corporation | 3/5/2021 | 2579 | $0.00 | $0.00 | $0.00 | $267.00 | $267.00 | Claim 2579 is late filed. Received by claims agent 03/05/2021; general bar date was October 7, 2020. |
| 111 | Nagel Precision Inc. | 288 Dino Drive Ann Arbor, MI 48105-9502 | 20-43597 | Briggs & Stratton Corporation | 12/4/2020 | 2525 | $0.00 | $0.00 | $0.00 | $47,125.00 | $47,125.00 | Claim 2525 is late filed. Received by claims agent 12/04/2020; general bar date was October 7, 2020. |
| 112 | Nova Group GBC | 7975 Stone Creek Drive Suite 120 Chanhassen, MN 55317 | 20-43597 | Briggs & Stratton Corporation | 2/12/2021 | 2570 | $0.00 | $0.00 | $0.00 | $46,150.00 | $46,150.00 | Claim 2570 is late filed. Received by claims agent 02/12/2021; general bar date was October 7, 2020. |
| 113 | Ogletree Deakins Nash Smoak & Stewart. P.C | Patewood 4, 50 International Drive, Ste 300 Greenville, SC 29615 | 20-43597 | Briggs & Stratton Corporation | 10/16/2020 | 2171 | $0.00 | $0.00 | $0.00 | $39,435.77 | $39,435.77 | Claim 2171 is late filed. Received by claims agent 10/16/2020; general bar date was October 7, 2020. |
| 114 | Oil Skimmers Inc | 12800 York Rd. Cleveland, OH 44133 | 20-43597 | Briggs & Stratton Corporation | 10/20/2020 | 2262 | $0.00 | $0.00 | $0.00 | $1,005.00 | $1,005.00 | Claim 2262 is late filed. Received by claims agent 10/20/2020; general bar date was October 7, 2020. |
| 115 | Overland Freight International | PO Box 2069 Winnipeg, MB R3C 3R4 | 20-43599 | Briggs & Stratton International, Inc. | 10/9/2020 | 23 | $0.00 | $0.00 | $0.00 | $5,965.74 | $5,965.74 | Claim 23 is late filed. Received by claims agent 10/09/2020; general bar date was October 7, 2020. |
| 116 | Pace Analytical Services, Inc. | Pace Analytical PO Box 684056 Chicago, IL 60695 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2228 | $0.00 | $0.00 | $0.00 | $899.00 | $899.00 | Claim 2228 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | Pack Logix LLC | 2501 W Hampton Ave Milwaukee, WI 53209-5638 | 20-43597 | Briggs & Stratton Corporation | 11/27/2020 | 2517 | $0.00 | $0.00 | $0.00 | $201,780.51 | $201,780.51 | Claim 2517 is late filed. Received by claims agent 11/27/2020; general bar date was October 7, 2020. |
| 118 | Painters USA, Inc. | 570 Mitchell Rd Glendale Heights, IL 60139 | 20-43597 | Briggs & Stratton Corporation | 10/22/2020 | 2252 | $0.00 | $0.00 | $0.00 | $1,949.00 | $1,949.00 | Claim 2252 is late filed. Received by claims agent 10/22/2020; general bar date was October 7, 2020. |
| 119 | Patricia Sheridan | PO Box 35 Lockford, CA 95237 | 20-43597 | Briggs & Stratton Corporation | 2/23/2021 | 2573 | $0.00 | $0.00 | $0.00 | $5,877.00 | $5,877.00 | Claim 2573 is late filed. Received by claims agent 02/23/2021; general bar date was October 7, 2020. |
| 120 | Pauline C. Bonilla | PO Box 405 Oakley, CA 94561 | 20-43597 | Briggs & Stratton Corporation | 2/23/2021 | 2571 | $0.00 | $0.00 | $0.00 | $5,674.00 | $5,674.00 | Claim 2571 is late filed. Received by claims agent 02/23/2021; general bar date was October 7, 2020. |
| 121 | Pengate Handling Systems of Ny | 3 Interchange Place York, PA 17406 | 20-43597 | Briggs & Stratton Corporation | 10/27/2020 | 2328 | $0.00 | $0.00 | $0.00 | $219.84 | $219.84 | Claim 2328 is late filed. Received by claims agent 10/27/2020; general bar date was October 7, 2020. |
| 122 | Pillar Induction | 21905 Gateway Rd Brookfield, WI 53045-5137 | 20-43597 | Briggs & Stratton Corporation | 10/9/2020 | 2190 | $0.00 | $396.00 | $0.00 | $1,116.00 | $1,512.00 | Claim 2190 is late filed. Received by claims agent 10/09/2020; general bar date was October 7, 2020. |
| 123 | Pinnacle Oil Holdings LLC | 5009 W 81st St Indianapolis, IN 46268-1639 | 20-43597 | Briggs & Stratton Corporation | 11/9/2020 | 2404 | $0.00 | $0.00 | $0.00 | $99,106.70 | $99,106.70 | Claim 2404 is late filed. Received by claims agent 11/09/2020; general bar date was October 7, 2020. |
| 124 | PR Newswire Association LLC/MultiVu | PR Newswire Association LLC 200 Vessey Street, 19th Floor New York, NY 10281 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2241 | $0.00 | $0.00 | $0.00 | $5,470.00 | $5,470.00 | Claim 2241 is late filed. Received by claims agent 10/14/2020; general bar date was October 7, 2020. |
| 125 | Premium Waters, Inc. | Premium Waters 2244 S. Calhoun New Berlin, WI 53151 | 20-43597 | Briggs & Stratton Corporation | 10/29/2020 | 2356 | $0.00 | $0.00 | $0.00 | $1,931.42 | $1,931.42 | Claim 2356 is late filed. Received by claims agent 10/29/2020; general bar date was October 7, 2020. |

Schedule 1 - Standing Late Filed Claims
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | R & D Molders Inc. | 107 Park Central Blvd Georgetown, TX 78626-7548 | 20-10575 | Billy Goat Industries, Inc. | 11/24/2020 | 127 | $0.00 | $4,782.00 | $0.00 | $0.00 | $4,782.00 | Claim 127 is late filed. Received by claims agent 11/24/2020; general bar date was October 7, 2020. |
| 127 | Ramair Inc | 2240 Cassens Dr Fenton, MO 63026-2521 | 20-43597 | Briggs & Stratton Corporation | 10/20/2020 | 2263 | $0.00 | $3,836.45 | $0.00 | $2,888.58 | $6,725.03 | Claim 2263 is late filed. Received by claims agent 10/20/2020; general bar date was October 7, 2020. |
| 128 | Robert L. Blohm | 5555 Donegal Rd Hubertus, WI 53033-9769 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2198 | $0.00 | $0.00 | $0.00 | $45,299.52 | $45,299.52 | Claim 2198 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |
| 129 | Robert L. Blohm | 5555 Donegal Rd Hubertus, WI 53033-9769 | 20-43597 | Briggs & Stratton Corporation | 11/9/2020 | 2432 | $0.00 | $0.00 | $0.00 | $3,587.50 | $3,587.50 | Claim 2432 is late filed. Received by claims agent 11/09/2020; general bar date was October 7, 2020. |
| 130 | S & S Hinge Company | 210 Covington Dr Bloomingdale, IL 60108-3105 | 20-43598 | Allmand Bros., Inc. | 11/20/2020 | 75 | $0.00 | $0.00 | $0.00 | $392.43 | $392.43 | Claim 75 is late filed. Received by claims agent 11/20/2020; general bar date was October 7, 2020. |
| 131 | Satendra Singh | 2108 Excelsior Way Modesto, CA 95356 | 20-43597 | Briggs & Stratton Corporation | 2/23/2021 | 2574 | $0.00 | $0.00 | $0.00 | $5,746.82 | $5,746.82 | Claim 2574 is late filed. Received by claims agent 02/23/2021; general bar date was October 7, 2020. |
| 132 | Sharon Vicker | 3015 W. Edgerton Ave Greenfield, WI 53221 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2192 | $0.00 | $0.00 | $16,000.00 | $0.00 | $16,000.00 | Claim 2192 is late filed. Received by claims agent 10/14/2020; general bar date was October 7, 2020. |
| 133 | Shirley Chiaverotti | 3930 E Oakwood Road Oak Creek, WI 53154 | 20-43597 | Briggs & Stratton Corporation | 10/23/2020 | 2331 | $16,000.00 | $0.00 | $0.00 | $0.00 | $16,000.00 | Claim 2331 is late filed. Received by claims agent 10/23/2020; general bar date was October 7, 2020. |
| 134 | Sho-Link, Inc. | 13975 W. Polo Trail Dr. #101 Lake Forest, IL 60018 | 20-43597 | Briggs & Stratton Corporation | 11/10/2020 | 2437 | $0.00 | $0.00 | $0.00 | $18,612.76 | $18,612.76 | Claim 2437 is late filed. Received by claims agent 11/10/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**

*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | Solid Surface Care Inc | 3820 Rose Lake Drive Charlotte, NC 28217-2833 | 20-43597 | Briggs & Stratton Corporation | 12/28/2020 | 2551 | $0.00 | $0.00 | $0.00 | $1,526.16 | $1,526.16 | Claim 2551 is late filed. Received by claims agent 12/28/2020; general bar date was October 7, 2020. |
| 136 | South Georgia Graphics/Claxton Office Supply & Printing Inc. | South Georgia Graphics Claxton Office Supply & Print 26 South Newton St Claxton, GA 30417 | 20-43597 | Briggs & Stratton Corporation | 12/18/2020 | 2547 | $0.00 | $0.00 | $0.00 | $11,630.00 | $11,630.00 | Claim 2547 is late filed. Received by claims agent 12/18/2020; general bar date was October 7, 2020. |
| 137 | Southeastern Refractory Sales | 561 Red Row Rd Mount Pleasant, TN 38474-1834 | 20-43597 | Briggs & Stratton Corporation | 10/22/2020 | 2254 | $0.00 | $14,650.00 | $0.00 | $58,650.00 | $73,300.00 | Claim 2254 is late filed. Received by claims agent 10/22/2020; general bar date was October 7, 2020. |
| 138 | SPAL USA, Inc | 1731 SE Oralabor Rd Ankeny, IA 50021 | 20-43597 | Briggs & Stratton Corporation | 12/3/2020 | 2512 | $0.00 | $0.00 | $0.00 | $9,926.18 | $9,926.18 | Claim 2512 is late filed. Received by claims agent 12/03/2020; general bar date was October 7, 2020. |
| 139 | Sprayer Specialties, Inc. | 4151 SE Capitol Circle Grimes, IA 50111 | 20-43597 | Briggs & Stratton Corporation | 10/30/2020 | 2296 | $0.00 | $0.00 | $0.00 | $8,655.35 | $8,655.35 | Claim 2296 is late filed. Received by claims agent 10/30/2020; general bar date was October 7, 2020. |
| 140 | Steel and Pipes Inc | PO Box 5309 Caguas, PR 00726 | 20-43597 | Briggs & Stratton Corporation | 11/17/2020 | 2453 | $0.00 | $0.00 | $0.00 | $24,145.56 | $24,145.56 | Claim 2453 is late filed. Received by claims agent 11/17/2020; general bar date was October 7, 2020. |
| 141 | Stephen J Lavender | 10000 Forest Hills Rd Caledonia, WI 53108 | 20-43597 | Briggs & Stratton Corporation | 10/19/2020 | 2279 | $0.00 | $0.00 | $0.00 | $68,496.48 | $68,496.48 | Claim 2279 is late filed. Received by claims agent 10/19/2020; general bar date was October 7, 2020. |
| 142 | Sterling Spring, LLC | 5432 W 54th St Chicago, IL 60638-2905 | 20-10575 | Billy Goat Industries, Inc. | 10/19/2020 | 110 | $0.00 | $0.00 | $0.00 | $3,092.00 | $3,092.00 | Claim 110 is late filed. Received by claims agent 10/19/2020; general bar date was October 7, 2020. |
| 143 | Steven G Hoch | 5902 North Lake Drive West Bend, WI 53095 | 20-43597 | Briggs & Stratton Corporation | 10/13/2020 | 2164 | $0.00 | $0.00 | $0.00 | $71,084.00 | $71,084.00 | Claim 2164 is late filed. Received by claims agent 10/13/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | Steven Phillips | 1164 Phillips Dr Hazel, KY 42049 | 20-43597 | Briggs & Stratton Corporation | 10/9/2020 | 2178 | $0.00 | $0.00 | $13,650.00 | $11,239.94 | $24,889.94 | Claim 2178 is late filed. Received by claims agent 10/09/2020; general bar date was October 7, 2020. |
| 145 | Strategic Robotics LLC | 705 Minnesota Drive Troy, MI 48083-6203 | 20-43597 | Briggs & Stratton Corporation | 1/8/2021 | 2544 | $0.00 | $0.00 | $0.00 | $2,836.00 | $2,836.00 | Claim 2544 is late filed. Received by claims agent 01/08/2021; general bar date was October 7, 2020. |
| 146 | Sunbelt Rentals | 1275 W Mound St Columbus, OH 43223 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2239 | $0.00 | $0.00 | $0.00 | $24,029.37 | $24,029.37 | Claim 2239 is late filed. Received by claims agent 10/14/2020; general bar date was October 7, 2020. |
| 147 | Tammy Laplante | W1072 Lewis Lane Unit 1 Ixonia, WI 53036 | 20-43597 | Briggs & Stratton Corporation | 12/1/2020 | 2510 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2510 is late filed. Received by claims agent 12/01/2020; general bar date was October 7, 2020. |
| 148 | Terrie Reszczynski | W245 N4701 Swan Rd Pewaukee, WI 53072 | 20-43597 | Briggs & Stratton Corporation | 10/21/2020 | 2284 | $0.00 | $0.00 | $0.00 | $3,551.90 | $3,551.90 | Claim 2284 is late filed. Received by claims agent 10/21/2020; general bar date was October 7, 2020. |
| 149 | The Ifh Group Inc | 3300 E Rock Falls Rd Rock Falls, IL 61071-3708 | 20-43597 | Briggs & Stratton Corporation | 11/3/2020 | 2319 | $0.00 | $0.00 | $0.00 | $34,023.42 | $34,023.42 | Claim 2319 is late filed. Received by claims agent 11/03/2020; general bar date was October 7, 2020. |
| 150 | The Steel Yard, Inc. | Ernest E. Cooper, Owner/President PO Box 1341 Paragould, AR 72451 | 20-43597 | Briggs & Stratton Corporation | 10/20/2020 | 2280 | $0.00 | $0.00 | $0.00 | $1,409.82 | $1,409.82 | Claim 2280 is late filed. Received by claims agent 10/20/2020; general bar date was October 7, 2020. |
| 151 | Thomas Hoffmann | 835 Cougar Run Bakers Field, CA 93306 | 20-43597 | Briggs & Stratton Corporation | 10/23/2020 | 2332 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2332 is late filed. Received by claims agent 10/23/2020; general bar date was October 7, 2020. |
| 152 | Thomas Michael Hoffmann | Thomas Hoffmann 835 Cougar Ron Dr Bakersfield, CA 93306 | 20-43597 | Briggs & Stratton Corporation | 11/3/2020 | 2397 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2397 is late filed. Received by claims agent 11/03/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 153 | Todd Hosmen | 3819 Fort Donaldson Stoulton, CA 95219 | 20-43597 | Briggs & Stratton Corporation | 2/23/2021 | 2572 | $0.00 | $0.00 | $0.00 | $5,962.00 | $5,962.00 | Claim 2572 is late filed. Received by claims agent 02/23/2021; general bar date was October 7, 2020. |
| 154 | Total Life Safety Corp. | 1045 NE Industrial Blvd Jensen Beach, FL 34957 | 20-43597 | Briggs & Stratton Corporation | 10/22/2020 | 2292 | $0.00 | $0.00 | $0.00 | $379.85 | $379.85 | Claim 2292 is late filed. Received by claims agent 10/22/2020; general bar date was October 7, 2020. |
| 155 | TPI Arcade Inc. | 251 Perry Highway Harmony, PA 16037 | 20-43597 | Briggs & Stratton Corporation | 10/26/2020 | 2343 | $0.00 | $0.00 | $0.00 | $16,497.70 | $16,497.70 | Claim 2343 is late filed. Received by claims agent 10/26/2020; general bar date was October 7, 2020. |
| 156 | TransPerfect Translations | Attn Lee c/o MetroGroup, Inc. 49 West Mount Pleasant Avenue, Box 2371 Livingston, NJ 07039 | 20-43597 | Briggs & Stratton Corporation | 11/3/2020 | 2322 | $0.00 | $0.00 | $0.00 | $37,029.08 | $37,029.08 | Claim 2322 is late filed. Received by claims agent 11/03/2020; general bar date was October 7, 2020. |
| 157 | Troy L Bell Od & Associates | 2751 N Westwood Blvd Poplar Bluff, MO 63901-2346 | 20-43597 | Briggs & Stratton Corporation | 10/26/2020 | 2333 | $0.00 | $0.00 | $0.00 | $377.00 | $377.00 | Claim 2333 is late filed. Received by claims agent 10/26/2020; general bar date was October 7, 2020. |
| 158 | Troy L. Bell Od & Associates | 2751 N Westwood Blvd Poplar Bluff, MO 63901 | 20-43597 | Briggs & Stratton Corporation | 11/2/2020 | 2416 | $0.00 | $377.00 | $0.00 | $0.00 | $377.00 | Claim 2416 is late filed. Received by claims agent 11/02/2020; general bar date was October 7, 2020. Claim 2416 was asserted on an administrative claim form but relates solely to a pre-petition claim subject to the general bar date. |
| 159 | True Radius Marketing, LLC | 1030 Doris Road Auburn Hills, MI 48326 | 20-43597 | Briggs & Stratton Corporation | 10/30/2020 | 2358 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Claim 2358 is late filed. Received by claims agent 10/30/2020; general bar date was October 7, 2020. |
| 160 | United Rentals, Inc. | 10330 David Taylor Drive Charlotte, NC 28262 | 20-43597 | Briggs & Stratton Corporation | 3/4/2021 | 2578 | $0.00 | $0.00 | $0.00 | $2,104.00 | $2,104.00 | Claim 2578 is late filed. Received by claims agent 03/04/2021; general bar date was October 7, 2020. |
| 161 | Vallen Distribution, Inc | 310 Technology Parkway, Suite 200 Peachtree Corners, GA 30092 | 20-43597 | Briggs & Stratton Corporation | 12/14/2020 | 2530 | $0.00 | $0.00 | $0.00 | $69,633.16 | $69,633.16 | Claim 2530 is late filed. Received by claims agent 12/14/2020; general bar date was October 7, 2020. |

**Schedule 1 - Standing Late Filed Claims**
*Briggs & Stratton Corp., et al.*

| No. | Claimant Name | Claimant Address | Case Number | Debtor Name | Date Filed | Claim to be Disallowed | Secured | Admin. | Priority | Unsecured | Total | Basis for Proposed Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | Vernon Graphic Solutions | Attn Sarah Bradshaw 2921 Industrial Dr. Unionville, MO 63565 | 20-10575 | Billy Goat Industries, Inc. | 11/30/2020 | 125 | $0.00 | $5,871.50 | $0.00 | $0.00 | $5,871.50 | Claim 125 is late filed. Received by claims agent 11/30/2020; general bar date was October 7, 2020. |
| 163 | Wayne Allen Redfearn | 190 Magnolia Harbor Loop Tiptonville, TN 38079 | 20-43597 | Briggs & Stratton Corporation | 12/3/2020 | 2513 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2513 is late filed. Received by claims agent 12/03/2020; general bar date was October 7, 2020. |
| 164 | Wesgarde Components Group | 2820 Drane Field Road Lakeland, FL 33811 | 20-43597 | Briggs & Stratton Corporation | 10/28/2020 | 2293 | $0.00 | $0.00 | $0.00 | $7,271.13 | $7,271.13 | Claim 2293 is late filed. Received by claims agent 10/28/2020; general bar date was October 7, 2020. |
| 165 | Wimberger Fachmaerkte | Bahnhofstr. 65 Frontenhausen, Bavaria 84160 Germany | 20-43597 | Briggs & Stratton Corporation | 11/5/2020 | 2412 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claim 2412 is late filed. Received by claims agent 11/05/2020; general bar date was October 7, 2020. |
| 166 | Wirepas Oy | Wirepas Ltd. Visiokatu 4 Tampere,  33720 Finland | 20-43597 | Briggs & Stratton Corporation | 1/13/2021 | 2556 | $0.00 | $0.00 | $0.00 | $8,995.39 | $8,995.39 | Claim 2556 is late filed. Received by claims agent 01/13/2021; general bar date was October 7, 2020. |
| 167 | Wisconsin Lifting Specialists Inc | 2013 S 37th St Milwaukee, WI 53215-2057 | 20-43597 | Briggs & Stratton Corporation | 10/8/2020 | 1921 | $0.00 | $0.00 | $0.00 | $14,626.14 | $14,626.14 | Claim 1921 is late filed. Received by claims agent 10/08/2020; general bar date was October 7, 2020. |
| 168 | Wisconsin Lifting Specialists Inc | 2013 S 37th St Milwaukee, WI 53215-2057 | 20-43597 | Briggs & Stratton Corporation | 10/14/2020 | 2266 | $0.00 | $909.93 | $0.00 | $13,716.21 | $14,626.14 | Claim 2266 is late filed. Received by claims agent 10/14/2020; general bar date was October 7, 2020. |
| 169 | Wisconsin Outdoor Power Equipment | 205 Wilmont Dr Waukesha, WI 53189-7959 | 20-43597 | Briggs & Stratton Corporation | 1/19/2021 | 2560 | $0.00 | $0.00 | $0.00 | $8,855.00 | $8,855.00 | Claim 2560 is late filed. Received by claims agent 01/19/2021; general bar date was October 7, 2020. |