**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BRIGGS & STRATTON CORPORATION,** *et al.*, | **Case No. 20-43597-399** |
| **Debtors**. | |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090 and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Carrie E. Essenfeld, move to be admitted pro hac vice to the bar of this court for the purpose of representing the Plan Administrator to the Wind-Down Estates of Briggs & Stratton Corporation and its affiliated debtors and debtors-in-possession in the instant matter.  In support of this Motion, I submit the following information as required by Rule 12.01(F):

a. *Full name of the movant- attorney*:
    **Carrie E. Essenfeld**

b. *Address and telephone number of the movant-attorney*:
    **40 Wall Street, 37th Floor
    New York, NY 10005
    Telephone: (212) 765-9100**

c. *Name of the firm or letterhead under which the movant practices*:
    **Halperin Battaglia Benzija, LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom*:
    **Brooklyn Law School, 2004**

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any*:
    **New York, 2005, 4322988
    New Jersey, 2005
    Northern District of New York, 2010**

**Eastern District of New York, 2007**
**Southern District of New York, 2005**
**Western District of New York, 2010**

f.     Movant is a member in good standing of all bars of which Movant is a member and Movant is not under suspension or disbarment from any bar.

g.     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant has associated with Carmody MacDonald P.C. as local counsel in this matter.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this Motion be granted and that Movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated:   September 21, 2021
St. Louis, Missouri

Respectfully submitted,

/s/ *Carrie E. Essenfeld*
HALPERIN BATTAGLIA BENZIJA, LLP
Carrie E. Essenfeld (*pro hac vice* pending)
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
cessenfeld@halperinlaw.net

*Counsel to the Plan Administrator*

- and –

CARMODY MACDONALD P.C.

/s/ *Robert E. Eggmann*
Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
ree@carmodymacdonald.com
cjl@carmodymacdonald.com
thr@carmodymacdonald.com

*Local Counsel to the Plan Administrator*