# **EXHIBIT A**

**Schedule of Litigation Claims**

Exhibit A-1
*Briggs & Stratton Corp., et al.*

| Claimant Name and Address | Case Number | Debtor Name | Claim Number | Date Filed | Asserted Claim Amount and Priority | |
|---|---|---|---|---|---|---|
| 1) Barbara Injeski, on Behalf of Donald Papke, Decd<br><br>c/o Sara Salger<br>The Gori Law Firm<br>156 N Main Street<br>Edwardsville, IL 62025 | 20-43597 | Briggs & Stratton Corporation | 1377 | 10/5/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |
| 2) Joseph Ward<br><br>Dean Ringers Morgan & Lawton PA<br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801-3280 | 20-43597 | Briggs & Stratton Corporation | 468 | 9/10/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$10,000,000.00<br>$10,000,000.00 |
| 3) Krista Danyale Ward<br><br>201 E. Pine Street, Suite 1200<br>Orlando, FL 32801-3280 | 20-43597 | Briggs & Stratton Corporation | 466 | 9/10/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$10,000,000.00<br>$10,000,000.00 |
| 4) Troy Craig, Diana Craig, and Amy Craig<br><br>David Hart<br>6630 Colleyville Blvd<br>Colleyville, TX 76234 | 20-43597 | Briggs & Stratton Corporation | 1663 | 10/7/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$10,000,000.00<br>$10,000,000.00 |