**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| | § | **Chapter 11** |
| **In re:** | § | |
| | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON** | § | |
| **CORPORATION,** *et al.,* | § | **(Jointly Administered)** |
| | § | |
| Debtors. | § | Hearing Date: December 2, 2021 |
| | § | Hearing Time: 2:00 p.m. (Central Time) |
| | § | Hearing Location: Courtroom 5-North |

**PROPOSED AGENDA FOR HEARING
ON DECEMBER 2, 2021 AT 2:00 P.M. (PREVAILING
CENTRAL TIME) AND INSTRUCTIONS FOR TELEPHONIC HEARING**

Parties may appear in person, by telephone or (optionally) via video conferencing for the Briggs & Stratton hearing scheduled at **2:00 p.m. Central Time on Thursday, December 2, 2021**.

**Location of Hearing:** United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, before the Honorable Barry S. Schermer, **Courtroom 5-North**, 111 South 10th Street, St. Louis, MO 63102

**Instructions for Telephonic & Video Hearing:**

No later than **November 30, 2021**, the Court will send a Cisco WebEx invite to all parties who have either received prior Cisco WebEx invites or have contacted Judge Schermer's Courtroom Deputy, Craig Spidle, directly to make an initial request to appear remotely. (Parties are not required to make a request to appear remotely for each hearing.)
When accessing the audio, participants must join Cisco WebEx *first* via a computer *and* join the call second (either through the Call-In option and enter an attendee ID or through the "Call me at" option). All participants must mute their phone lines immediately after joining the call. Phones shall not be placed on "hold". If speaking, the Court strongly suggests the use of hand-held receivers or headphones in lieu of using speakers on telephones and computers. Participants may unmute their phone lines and speak only when directed by Judge Schermer. If appearing by video, select the "Hand Raised" feature and wait until Judge Schermer addresses you. When speaking, please keep all background noise to a minimum to prevent audio interference or feedback. After speaking, please place your telephone back on mute.

If there is a problem connecting to Cisco WebEx audio, please disconnect your phone line and re-dial. If there is an issue gaining access to the video feed, please log out of Cisco WebEx then login. If the issue persists, please e-mail Mr. Spidle at Craig_Spidle@moeb.uscourts.gov promptly and we will work on resolving the issue.

The Court's official announcement will be posted on the Court's website: https://www.moeb.uscourts.gov/sites/moeb/files/BSS-Appearances_for_Briggs_Stratton_ATT_call_info.pdf and https://www.moeb.uscourts.gov/briggs-stratton-corporation-et-al. Instructions for appearances may also be found on http://www.kccllc.net/briggs.

| PLAN ADMINISTRATOR'S MOTIONS AND OBJECTIONS TO CLAIMS | | |
|---|---|---|
| **Item Number** | **Pleading** | **Attorney Presenting** |
| 1 | Motion of the Plan Administrator for Order Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 9006 Further Extending Time to Object to Claims [Docket No. 1954].<br><br>**Related Documents:**<br>No Related Documents. | Matthew Murray |
| 2 | The Plan Administrator's Sixteenth Omnibus Objection to Claims on Grounds that Such Claims are Duplicative (Pension) [Docket No. 1666].<br><br>**Related Documents:**<br>Letter to the Court by Christopher Nored [Docket No. 1709].<br><br>Reply to Response of Christopher Nored to the Plan Administrator's Sixteenth Omnibus Objection to Claims on Grounds that Such Claims are Duplicative (Pension) [Docket No. 1968]. | Julie Dyas Goldberg |
| 3 | The Plan Administrator's Nineteenth Omnibus Objection to Claims on Grounds of No Liability [Docket No. 1802].<br><br>**Related Documents:**<br>Sandberg Phoenix & von Gontard P.C.'s Response to Notice of the Plan Administrator's Nineteenth Omnibus | Julie Dyas Goldberg |

| | | |
|---|---|---|
| | Objection to Claims on Grounds of No Liability [Docket No. 1836] – **RESOLVED**. | |
| 4 | The Plan Administrator's Twenty-Second Omnibus Objection to Claims (Reduced Claims, Reclassified Claims, and Reduced and Reclassified Claims) [Docket No. 1854].<br><br>**Related Documents:**<br>Response to Plan Administrator's Twenty-Second Objection to Claim No. 1648-1 of Creditor Mark Jones [Docket No. 1914].<br><br>Limited Opposition of Fastenal Company to the Plan Administrator's Twenty-Second Omnibus Objection to Claims (Reduced Claims, Reclassified Claims, and Reduced and Reclassified Claims) [Docket No. 1915].<br><br>Omnibus Rely to Responses of Fastenal Company and Mark Jones to Plan Administrator's Twenty-Second Omnibus Objection to Claims (Reduced Claims, Reclassified Claims, and Reduced and Reclassified Claims) [Docket No. 2005]. | Julie Dyas Goldberg |
| 5 | The Plan Administrator's Twenty-Sixth Omnibus Objection to Claims on Grounds of No Liability (Workers' Compensation) [Docket No. 1944].<br><br>**Related Documents:**<br>Kentucky Workers' Compensation Funding Commission's Response to the Plan Administrator's Twenty-Sixth Omnibus Objection to Claims on Grounds of No Liability (Workers' Compensation) [Docket No. 1981] – **RESOLVED**.<br><br>Jennie Royer's Response to Plan Administrator's Twenty-Sixth Omnibus Objection to Claims on Grounds of No Liability (Workers' Compensation) [Docket No. 2013].<br><br>Anita Hupp's Response to Plan Administrator's Twenty-Sixth Omnibus Objection to Claims on Grounds of No | Julie Dyas Goldberg |

3

| | | |
|---|---|---|
| | Liability (Workers' Compensation) [Docket No. 2014]. | |
| 6 | The Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reduced Claims) [Docket No. 1950].<br><br>**Related Documents:**<br>No Related Documents. | Julie Dyas Goldberg |
| 7 | The Plan Administrator's Twenty-Eighth Omnibus Objection to Claims on Grounds of No Liability (Performance Awards) [Docket No. 1966].<br><br>**Related Documents:**<br>Letter to the Court by Debra Pavletich [Docket No. 1993].<br><br>Reply to Response of Debra A. Pavletich to the Plan Administrator's Twenty-Eighth Omnibus Objection to Claims on Grounds of No Liability (Performance Awards) [Docket No. 2006]. | Julie Dyas Goldberg |
| 8 | The Plan Administrator's Twenty-Ninth Omnibus Objection to Claims (Reduced and Reclassified Claims) [Docket No. 1971].<br><br>**Related Documents:**<br>Letter to the Court by James A. Louden [Docket No. 1997].<br><br>Letter to the Court by George J. Guzewski [Docket No. 1999].<br><br>Letter to the Court by Barbara A. Benish [Docket No. 2008].<br><br>Omnibus Reply to Responses of James Louden and George J. Guzewski to the Plan Administrator's Twenty-Ninth Omnibus Objection to Claims (Reduced and Reclassified Claims) [Docket No. 2007]. | Julie Dyas Goldberg |
| 9 | The Plan Administrator's Application for an Order Pursuant to 11 U.S.C. § 502(c) Estimating the General Unsecured Claim Value of Claims Filed in Connection with the Loma Fire [Docket No. 1970]. | Julie Dyas Goldberg |

|   |   |   |
|---|---|---|
|   | **Related Documents:** Creditor Claudia Hartke's Response to Plan Administrator's Application for an Order Pursuant to 11 U.S.C. § 502(c) Estimating the General Unsecured Claim Value of Claims Filed in Connection with the Loma Fire [Docket No. 2012]. |   |
| 10 | The Plan Administrator's Application for an Order Pursuant to 11 U.S.C. § 502(c) Estimating the General Unsecured Claim Value of Proofs of Claim Numbered 466, 468, 1377, and 1663 [Docket No. 1972].<br><br>**Related Documents:**<br>No Related Documents. | Julie Dyas Goldberg |

[*Remainder of Page Intentionally Left Blank*]

Dated:  November 30, 2021
      St. Louis, Missouri

Respectfully submitted,

CARMODY MACDONALD P.C.

  /s/  Robert E. Eggmann
Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
       cjl@carmodymacdonald.com
       thr@carmodymacdonald.com

-and-

HALPERIN BATTAGLIA BENZIJA LLP
Julie Dyas Goldberg
Matthew Murray
40 Wall Street, 37th Floor
New York, New York 10005
Telephone:  (212) 765-9100
Email:   jgoldberg@halperinlaw.net
        mmurray@halperinlaw.net

*Attorneys for the Plan Administrator*