UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § § | Chapter 11 |
| | | Case No. 20-43597-399 |
| BRIGGS & STRATTON CORPORATION, *et al.*, | | (Jointly Administered) |
| Debtors. | | Related Docket No. 1950 |

ORDER SUSTAINING THE PLAN ADMINISTRATOR'S
TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCED CLAIMS)

Upon the objection (the "**Objection**")[1] of the Plan Administrator in the above-captioned chapter 11 cases for entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007(d)(5), and Local Rule 3007(C) modifying the Reduced Claims listed on **Schedule 1** attached hereto and as more fully set forth in the Objection; and upon the *Declaration of Alan D. Halperin in Support of the Plan Administrator's Twenty-Seventh Omnibus Objection to Claims (Reduced Claims)* (attached to the Objection as Exhibit B); and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Plan Administrator having represented that adequate and proper notice of the Objection has been given in accordance with the Omnibus Objection Procedures; and that no other or further notice need be given; and this Court having reviewed the Objection; and this Court having held a hearing to consider the relief requested in the Objection; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

1

is in the best interests of the Plan Administrator and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, **it is hereby ORDERED that the Objection is SUSTAINED in that:**

1. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Reduced Claim listed on **Schedule 1** annexed hereto is reduced to be consistent with the Debtors' Books and Records.

2. The terms and conditions of this Order are effective immediately upon entry.

3. Nothing contained in the Objection or this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors or the Wind-Down Estates, (ii) a waiver of rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (iv) an agreement or obligation to pay any claims, (v) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (vi) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

4. The Plan Administrator is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5. Not later than two (2) business days after the date of this Order, the Plan Administrator shall serve a copy of the Order and shall file a certificate of service no later than twenty-four (24) hours after service.

DATED: December 3, 2021
St. Louis, Missouri
cke

Barry S. Schermer
United States Bankruptcy Judge

2

**Order Prepared By:**

Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
**CARMODY MACDONALD P.C.**
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
        cjl@carmodymacdonald.com
        thr@carmodymacdonald.com

*Local Counsel to the Plan Administrator*

-and-

HALPERIN BATTAGLIA BENZIJA LLP
Julie Dyas Goldberg
Matthew Murray
40 Wall Street, 37th Floor
New York, New York 10005
Telephone:  (212) 765-9100
Email: jgoldberg@halperinlaw.net
        mmurray@halperinlaw.net

*Counsel to the Plan Administrator*

## Schedule 1

**Schedule of Reduced Claims**

**Exhibit A**
*Briggs & Stratton Corp., et al.*

| | Claimant Name and Address | Case Number | Debtor Name | Claim Number | Date Filed | Asserted Claim Amount and Priority | | Modified Claim Amount and Priority | | Basis for Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 1) | Burns White LLC<br><br>48 26th Street<br>Pittsburgh, PA 15212 | 20-43597 | Briggs & Stratton Corporation | 1616 | 10/7/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$2,527.50<br>$2,527.50 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$427.50<br>$427.50 | Partially satisfied. |
| 2) | Butler Bros. Supply Division, LLC<br><br>Butler Bros.<br>PO Box 1375<br>Lewiston, ME 04240 | 20-43597 | Briggs & Stratton Corporation | 307 | 8/21/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$28,429.16<br>$28,429.16 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$26,800.96<br>$26,800.96 | Partially satisfied. |
| 3) | Carling Technologies, Incorporated<br><br>60 Johnson Avenue<br>Plainville, CT 06062-117 | 20-43597 | Briggs & Stratton Corporation | 298 | 8/28/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$14,179.65<br>$14,179.65 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$9,712.25<br>$9,712.25 | Partially satisfied. |
| 4) | Cetrulo, Llp<br><br>2 Seaport Ln Ste 1000<br>Boston, MA 02210-2037 | 20-43597 | Briggs & Stratton Corporation | 1976 | 10/6/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$56,566.67<br>$56,566.67 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$15,947.56<br>$15,947.56 | Partially satisfied. |
| 5) | Champion Laboratories Inc.<br><br>Jennifer Brakie<br>230 E Walnut<br>Albion, IL 62806 | 20-43597 | Briggs & Stratton Corporation | 228 | 8/14/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$23,647.68<br>$23,647.68 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$17,478.72<br>$17,478.72 | Partially satisfied. |
| 6) | Consolidated Truck and Caster<br><br>2254 S Vandeventer Ave<br>St Louis, MO 63110 | 20-10575 | Billy Goat Industries, Inc. | 1 | 7/23/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$45,931.00<br>$45,931.00 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$43,434.07<br>$43,434.07 | Partially satisfied. |
| 7) | Daihatsu Motor Co., Ltd.<br><br>1−1, Daihatsu−Cho<br>Ikeda City, Osaka 563-8651<br>Japan | 20-43597 | Briggs & Stratton Corporation | 1488 | 10/6/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$54,324.04<br>$54,324.04 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$11,874.55<br>$11,874.55 | Partially satisfied. |
| 8) | Easter Seals Middle Georgia, Inc.<br><br>PO Box 847<br>Dublin, GA 31040 | 20-43597 | Briggs & Stratton Corporation | 353 | 9/3/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$25,185.26<br>$25,185.26 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$23,405.77<br>$23,405.77 | Partially satisfied. |
| 9) | Edward H. Wolf and Sons, Inc.<br><br>Attn Laura E. OGorman<br>143 S. Main Street, Third Floor<br>West Bend, WI 53095 | 20-43597 | Briggs & Stratton Corporation | 1478 | 10/6/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$36,997.78<br>$36,997.78 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$32,862.24<br>$32,862.24 | Partially satisfied. |
| 10) | Gates Corporation<br><br>3040 Cravens Rd<br>Poplar Bluff, MO 63901-8649 | 20-10575 | Billy Goat Industries, Inc. | 101 | 10/2/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$12,918.03<br>$12,918.03 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$12,423.39<br>$12,423.39 | Partially satisfied. |
| 11) | Heartthrob Exhaust Inc<br><br>60819 US Hwy 12<br>Litchfield, MN 55355-5227 | 20-43597 | Briggs & Stratton Corporation | 232 | 8/17/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$1,399.50<br>$1,399.50 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$107.50<br>$107.50 | Partially satisfied. |

**Exhibit A**
*Briggs & Stratton Corp., et al.*

| | Claimant Name and Address | Case Number | Debtor Name | Claim Number | Date Filed | Asserted Claim Amount and Priority | | Modified Claim Amount and Priority | | Basis for Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 12) | Hydro-Gear Limited Partnership<br><br>Attn John R. Obiala<br>Vedder Price P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, IL 60601 | 20-43597 | Briggs & Stratton Corporation | 1596 | 12/10/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$276,315.62<br>$276,315.62 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$183,293.24<br>$183,293.24 | Partially satisfied. |
| 13) | Indak Manufacturing Corporation<br><br>1915 Techny Road<br>Northbrook, IL 60062-0343 | 20-43597 | Briggs & Stratton Corporation | 13 | 8/13/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$314,988.08<br>$314,988.08 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$95,432.08<br>$95,432.08 | Partially satisfied. |
| 14) | Intelligent Tool Corp<br><br>Patrick Godwin<br>1151 Biscayne Dr<br>Concord, NC 28027 | 20-43597 | Briggs & Stratton Corporation | 1351 | 9/23/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$621.59<br>$0.00<br>$8,504.14<br>$9,125.73 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$415.91<br>$0.00<br>$7,046.06<br>$7,461.97 | Partially satisfied. |
| 15) | Julian Electric, Inc.<br><br>15706 W. 147th St<br>Homer Glen, IL 60491 | 20-43597 | Briggs & Stratton Corporation | 150 | 8/10/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$201,626.45<br>$201,626.45 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$72,838.10<br>$72,838.10 | Partially satisfied. |
| 16) | Kastle Waterjet LLC.<br><br>1110 SE Broadway B<br>Lees Summit, MO 64081 | 20-10575 | Billy Goat Industries, Inc. | 12 | 8/5/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$777.90<br>$777.90 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$537.90<br>$537.90 | Partially satisfied. |
| 17) | Ken Cook Company<br><br>2855 S Calhoun Rd<br>New Berlin, WI 53151-3515 | 20-43597 | Briggs & Stratton Corporation | 271 | 8/18/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$25,091.87<br>$25,091.87 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$24,047.97<br>$24,047.97 | Partially satisfied. |
| 18) | Kendrion (Shelby) Inc.<br><br>DeLon Hoffa<br>1100 Airport Road<br>Shelby, NC 28150 | 20-43597 | Briggs & Stratton Corporation | 274 | 8/18/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$37,689.00<br>$37,689.00 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$32,937.00<br>$32,937.00 | Partially satisfied. |
| 19) | Lafrance Corp<br><br>Thomas J. Sheehan<br>One Lafrance Way<br>PO Box 5002<br>Concordville, PA 19331 | 20-43597 | Briggs & Stratton Corporation | 281 | 8/19/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$20,487.19<br>$20,487.19 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$20,356.95<br>$20,356.95 | Partially satisfied. |
| 20) | Mahle Letrika Usa<br><br>4814 American Rd<br>Rockford, IL 61109-2640 | 20-43597 | Briggs & Stratton Corporation | 358 | 9/3/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$88,579.50<br>$88,579.50 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$50,227.88<br>$50,227.88 | Partially satisfied. |
| 21) | Marian Milwaukee Inc.<br><br>N51W13251 Brahm Ct<br>Menomonee Falls, WI 53051-7039 | 20-43597 | Briggs & Stratton Corporation | 1 | 7/21/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$46,331.00<br>$46,331.00 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$22,731.00<br>$22,731.00 | Partially satisfied. |
| 22) | Max Tool Inc<br><br>Tammy Nelson, Accounts Receivable<br>119B Citation Ct<br>Birmingham, AL 35209-6306 | 20-43597 | Briggs & Stratton Corporation | 1144 | 9/18/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$64,847.91<br>$64,847.91 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$49,678.12<br>$49,678.12 | Partially satisfied. |

**Exhibit A**
*Briggs & Stratton Corp., et al.*

| | Claimant Name and Address | Case Number | Debtor Name | Claim Number | Date Filed | Asserted Claim Amount and Priority | | Modified Claim Amount and Priority | | Basis for Proposed Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 23) | Misumi USA Inc.<br><br>1475 E Woodfield Road, Ste 1300<br>Schaumburg, IL 60173 | 20-43597 | Briggs & Stratton Corporation | 220 | 8/12/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$1,542.96<br>$1,542.96 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$1,087.56<br>$1,087.56 | Partially satisfied. |
| 24) | Packaging Solutions, Inc.<br><br>c/o Hanson & Payne, LLC<br>740 N. James Lovell St.<br>Milwaukee, WI 53233 | 20-43597 | Briggs & Stratton Corporation | 258 | 8/25/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$157,515.64<br>$0.00<br>$145,074.96<br>$302,590.60 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$145,074.96<br>$145,074.96 | Partially satisifed. |
| 25) | Pennsylvania Department of Revenue<br><br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | 20-10575 | Billy Goat Industries, Inc. | 130 | 1/12/2021 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$98,604.92<br>$1,296.00<br>$99,900.92 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$78,772.00<br>$1,296.00<br>$80,068.00 | Partially satisifed. |
| 26) | Pieper Electric Inc<br><br>5070 N 35Th St<br>Milwaukee, WI 53209-5302 | 20-43597 | Briggs & Stratton Corporation | 542 | 9/14/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$25,502.03<br>$25,502.03 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$19,849.63<br>$19,849.63 | Partially satisifed. |
| 27) | Sandler Travis & Rosenberg, P.A.<br><br>Mano Howard<br>1000 NW 57th Court, Ste 600<br>Miami, FL 33126 | 20-43597 | Briggs & Stratton Corporation | 445 | 9/1/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$10,193.38<br>$10,193.38 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$8,775.88<br>$8,775.88 | Partially satisifed. |
| 28) | Smiths Hydraulic Inc<br><br>4643 US Hwy 280<br>Claxton, GA 30417 | 20-43597 | Briggs & Stratton Corporation | 403 | 9/9/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$41,595.00<br>$41,595.00 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$39,814.73<br>$39,814.73 | Partially satisifed. |
| 29) | Techniplas US, LLC<br><br>Nick Krzynski, Controller<br>N44 W33341 Watertown Plank Road<br>Nashotah, WI 53058 | 20-43597 | Briggs & Stratton Corporation | 925 | 9/15/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$149,211.49<br>$149,211.49 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$124,446.24<br>$124,446.24 | Partially satisifed. |
| 30) | The Red Flag Group Inc<br><br>1230 W Washington St Suite 205 Papago Butt<br>Tempe, AZ 19801 | 20-43597 | Briggs & Stratton Corporation | 36 | 7/31/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$56,200.00<br>$56,200.00 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$11,200.00<br>$11,200.00 | Partially satisifed. |
| 31) | Tuff Torq Corporation<br><br>5675 Commerce Blvd<br>Morristown, TN 37814-1048 | 20-10575 | Billy Goat Industries, Inc. | 60 | 9/22/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$70,603.38<br>$70,603.38 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$66,450.24<br>$66,450.24 | Partially satisifed. |
| 32) | United Packaging, Inc.<br><br>PO Box 8<br>Crosby, MN 56441 | 20-43597 | Briggs & Stratton Corporation | 994 | 10/1/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$9,347.00<br>$9,347.00 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$0.00<br>$0.00<br>$3,344.00<br>$3,344.00 | Partially satisifed. |
| 33) | Wiscraft, Inc. d/b/a Beyond Vision<br><br>Attn Dennis Martin, CFO<br>5316 W. State Street<br>Milwaukee, WI 53208-2620 | 20-43597 | Briggs & Stratton Corporation | 997 | 10/1/2020 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$14,079.50<br>$0.00<br>$113,204.28<br>$127,283.78 | Secured:<br>Administrative:<br>Priority:<br>Unsecured:<br>Total: | $0.00<br>$10,429.49<br>$0.00<br>$103,731.76<br>$114,161.25 | Partially satisifed. |