**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | **Chapter 11** |
| | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON** | § | |
| **CORPORATION,** *et al.,* | § § | **(Jointly Administered)** |
| Debtors. | § § § § | Hearing Date: February 23, 2022 <br> Hearing Time: 2:00 p.m. (Central Time) <br> Hearing Location: Courtroom 5-North |

**PROPOSED AGENDA FOR HEARING**
**ON FEBRUARY 23, 2022 AT 2:00 P.M. (PREVAILING**
**CENTRAL TIME) AND INSTRUCTIONS FOR TELEPHONIC HEARING**

Parties may appear in person, by telephone or (optionally) via video conferencing for the Briggs & Stratton hearing scheduled at **2:00 p.m. Central Time on Wednesday, February 23, 2022**.

**Location of Hearing:** United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, before the Honorable Barry S. Schermer, **Courtroom 5-North**, 111 South 10th Street, St. Louis, MO 63102

**Instructions for Telephonic & Video Hearing:**

No later than **February 21, 2022**, the Court will send a Cisco WebEx invite to all parties who have either received prior Cisco WebEx invites or have contacted Judge Schermer's Courtroom Deputy, Craig Spidle, directly to make an initial request to appear remotely. (Parties are not required to make a request to appear remotely for each hearing.)
When accessing the audio, participants must join Cisco WebEx *first* via a computer *and* join the call second (either through the Call-In option and enter an attendee ID or through the "Call me at" option). All participants must mute their phone lines immediately after joining the call. Phones shall not be placed on "hold". If speaking, the Court strongly suggests the use of hand-held receivers or headphones in lieu of using speakers on telephones and computers. Participants may unmute their phone lines and speak only when directed by Judge Schermer. If appearing by video, select the "Hand Raised" feature and wait until Judge Schermer addresses you. When speaking, please keep all background noise to a minimum to prevent audio interference or feedback. After speaking, please place your telephone back on mute.

If there is a problem connecting to Cisco WebEx audio, please disconnect your phone line and re-dial. If there is an issue gaining access to the video feed, please log out of Cisco WebEx then login. If the issue persists, please e-mail Mr. Spidle at Craig_Spidle@moeb.uscourts.gov promptly and we will work on resolving the issue.

The Court's official announcement will be posted on the Court's website: https://www.moeb.uscourts.gov/sites/moeb/files/BSS-Appearances_for_Briggs_Stratton_ATT_call_info.pdf and https://www.moeb.uscourts.gov/briggs-stratton-corporation-et-al. Instructions for appearances may also be found on http://www.kccllc.net/briggs.

| PLAN ADMINISTRATOR'S MOTIONS | | |
|---|---|---|
| **Item Number** | **Pleading** | **Attorney Presenting** |
| 1 | Application of the Plan Administrator for Entry of an Order Closing Certain Chapter 11 Cases and Granting Related Relief [Docket No. 2083] – **ADJOURNED TO MARCH 10, 2022 HEARING**.<br><br>**Related Documents:**<br>No related documents. | Julie Goldberg |

[*Remainder of Page Intentionally Left Blank*]

Dated: February 21, 2022
      St. Louis, Missouri

Respectfully submitted,

CARMODY MACDONALD P.C.

  */s/ Robert E. Eggmann*
Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
      cjl@carmodymacdonald.com
      thr@carmodymacdonald.com

-and-

HALPERIN BATTAGLIA BENZIJA LLP
Julie Dyas Goldberg
Matthew Murray
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 765-9100
Email:  jgoldberg@halperinlaw.net
      mmurray@halperinlaw.net

*Attorneys for the Plan Administrator*