**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | **Chapter 11** |
| | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON CORPORATION,** *et al.,* | § § § | **(Jointly Administered)** |
| Debtors. | § § | Related Docket No. 2087 |

**ORDER AUTHORIZING THE ESTABLISHMENT**
**OF A QUALIFIED SETTLEMENT FUND FOR CERTAIN EMPLOYEE CLAIMS**

Upon the motion (the "**Motion**")[1] of the Plan Administrator in the above-captioned chapter 11 cases for entry of an order pursuant to section 105(a) of the Bankruptcy Code and Treasury Regulation section 1.468B-1(c) establishing a QSF for the Claimants; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Plan Administrator having represented that adequate and proper notice of the Motion has been given; and that no other or further notice need be given; and this Court having reviewed the Motion; and this Court having held a hearing to consider the relief requested in the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Plan Administrator and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, **it is hereby ORDERED that the Motion is GRANTED in that:**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1. Pursuant to section 105(a) of the Bankruptcy Code and Treasury Regulation section 1.468B-1(c), the Plan Administrator is authorized to establish a Qualified Settlement Fund.

2. The terms and conditions of this Order are effective immediately upon entry.

3. Nothing contained in the Motion or this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors or the Wind-Down Estates, (ii) a waiver of rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (iv) an agreement or obligation to pay any claims, (v) a waiver of any claims, defenses or causes of action which may exist against any creditor or interest holder, or (vi) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

4. The Plan Administrator is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5. Not later than two (2) business days after the date of this Order, the Plan Administrator shall serve a copy of the Order and shall file a certificate of service no later than twenty-four (24) hours after service.

DATED: March 10, 2022
St. Louis, Missouri
cke

Barry S. Schermer
United States Bankruptcy Judge

2

**Order Prepared By:**

Robert E. Eggmann, #37374MO
Christopher J. Lawhorn, #45713MO
Thomas H. Riske, #61838MO
**CARMODY MACDONALD P.C.**
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 854-8600
Facsimile: (314) 854-8660
Email: ree@carmodymacdonald.com
           cjl@carmodymacdonald.com
           thr@carmodymacdonald.com

*Local Counsel to the Plan Administrator*

-and-

HALPERIN BATTAGLIA BENZIJA LLP
Julie Dyas Goldberg
Carrie E. Essenfeld
40 Wall Street, 37th Floor
New York, New York 10005
Telephone:  (212) 765-9100
Email: jgoldberg@halperinlaw.net
           mmurray@halperinlaw.net

*Counsel to the Plan Administrator*