**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| | § | **Case No. 20-43597-399** |
| **BRIGGS & STRATTON** | § | |
| **CORPORATION,** *et al.,* | § | **(Jointly Administered)** |
| | § | |
| Debtors. | § | Hearing Date: October 12, 2022 |
| | § | Hearing Time: 9:30 a.m. (Central Time) |
| | § | Hearing Location: Courtroom 5 North |
| | § | 111 S. 10th St., St. Louis, MO 63102 |

**AMENDED NOTICE OF PLAN ADMINISTRATOR'S APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. § 502(c) ESTIMATING THE GENERAL UNSECURED CLAIM VALUE OF PROOFS OF CLAIM NUMBERED 466 AND 468**

> **THIS IS A MOTION TO ESTIMATE AND/OR AN OBJECTION TO YOUR CLAIM(S). THE OBJECTING PARTY IS ASKING THE COURT TO SET THE AMOUNT OF THE CLAIM(S) THAT YOU FILED IN THIS BANKRUPTCY CASE.**
>
> **IF YOU CHOOSE TO RESPOND, A WRITTEN RESPONSE MUST BE FILED WITH THE CLERK OF COURT, U.S. BANKRUPTCY COURT, 111 SOUTH TENTH STREET, 4TH FLOOR, ST. LOUIS, MISSOURI 63102, AND A COPY SERVED UPON COUNSEL TO THE PLAN ADMINISTRATOR, (A) HALPERIN BATTAGLIA BENZIJA, LLP, 40 WALL STREET, 37TH FLOOR, NEW YORK, NEW YORK 10005 (ATTN: JULIE DYAS GOLDBERG, ESQ. AND CARRIE E. ESSENFELD, ESQ.) AND (B) CARMODY MACDONALD P.C., 120 S. CENTRAL AVENUE, SUITE 1800, ST. LOUIS, MISSOURI 63105 (ATTN: THOMAS H. RISKE, ESQ.), SO THAT THE RESPONSE IS RECEIVED NO LATER THAN 11:59 P.M. (PREVAILING CENTRAL TIME) ON OCTOBER 5, 2022.**
>
> **FAILURE TO FILE A RESPONSE TIMELY MAY RESULT IN THE COURT GRANTING THE RELIEF REQUESTED PRIOR TO THE HEARING DATE. YOU SHOULD READ THIS NOTICE AND THE ACCOMPANYING MOTION CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

**Important Information Regarding the Application**

1. **Grounds for the Application**. By this Application, the Plan Administrator, on behalf of the Wind-Down Estates of the Debtors, is seeking to **estimate** your claim(s) for distribution purposes on the grounds more fully set forth in the Application.

### Responding to the Application

2. **Parties Required to File a Response**. If you disagree with the relief requested in the Application filed with respect to any of your claims, you may file a response (each, a "**Response**") with the Court in accordance with the procedures described below and appear at the Hearing (as defined herein).

3. **Response Contents**. Each Response should contain the following (at a minimum):
   a. a caption stating the name of the Court, the name of the Debtors, the case number, and the Objection and claim or claims within the Application to which the Response is directed;
   b. a concise statement setting forth the reasons why the Court should not grant the relief requested in the Application with respect to such claim(s), including the factual and legal bases upon which you rely in opposing the Application;
   c. copies of documentation or other evidence of your claim (not previously filed with proof of such claim) on which your Response is based (excluding confidential, proprietary, or other protected information, copies of which must be provided to the counsel to the Plan Administrator, subject to appropriate confidentiality constraints, if any); and
   d. the following contact information:
      (i) your name, address, telephone number, and email address or the name, address, telephone number, and email address of your attorney or designated representative to whom the attorneys for the Plan Administrator should serve a reply to the Response, if any; or
      (ii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the objection on your behalf (to the extent different from the information detailed in paragraph 3(d)(i) above).

4. **Response Deadline**. Your Response must be filed with the Court and served so as to be *actually received* by **11:59 p.m. (Central Time) on October 5, 2022** (the **"Response Deadline"**).

5. **Failure to Respond**. A Response that is not filed and served in accordance with the procedures set forth herein may not be considered by the Court at the Hearing. **Absent an agreement with the Plan Administrator resolving the Application on consent, failure to file and serve timely a Response as set forth herein and appear at the Hearing may result in the Court granting the relief requested in the Application without further notice or hearing**. Upon entry of an order, you will be served with a notice of entry, and a copy, of the order.

### Hearing on the Application

6. **Date, Time, and Location**. If necessary, a hearing (the "**Hearing**") on the Application will be held on **October 12, 2022 at 9:30 a.m. (Central Time) in the United States Bankruptcy Court for the Eastern District of Missouri, 5th Floor, North Courtroom, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri**. Such Hearing may be adjourned from time to time in these chapter 11 cases in the Plan Administrator's sole discretion. **You must attend the Hearing if you disagree with the Application and have filed a Response**. If you file a Response in accordance with the response procedures herein, but such Response is not resolved prior to the Hearing, and you appear at the Hearing, the Application may be heard at the Hearing or adjourned to a subsequent hearing in the Plan Administrator's sole discretion. If a subsequent hearing is determined to be necessary, the Plan Administrator will file with the Court and serve you with a notice of the subsequent hearing (the date of which will be determined in consultation with the affected claimant(s)).

### Additional Information

7. **Questions or Information**. Copies of the pleadings (collectively, the "**Pleadings**") filed in these chapter 11 cases are available at no cost at the Debtors' case website http://www.kccllc.net/Briggs. You may also obtain copies of any of the Pleadings filed in these chapter 11 cases for a fee at the Court's website at https://pcl.uscourts.gov/pcl/. A login identification and password to the Court's Public Access to Court Electronic Records ("**PACER**") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov.

### Reservation of Rights

**NOTHING IN ANY APPLICATION OR NOTICE IS INTENDED OR SHALL BE DEEMED TO CONSTITUTE (I) AN ADMISSION AS TO THE VALIDITY OF ANY PREPETITION CLAIM AGAINST A DEBTOR; (II) A WAIVER OF ANY PARTY'S RIGHT TO DISPUTE ANY PREPETITION CLAIM ON ANY GROUNDS; (III) A PROMISE OR REQUIREMENT TO PAY ANY PREPETITION CLAIM; (IV) AN IMPLICATION OR ADMISSION THAT ANY PARTICULAR CLAIM IS OF A TYPE SPECIFIED OR DEFINED IN THE MOTION OR ANY ORDER GRANTING THE RELIEF REQUESTED BY THE MOTION; (V) A REQUEST OR AUTHORIZATION TO ASSUME ANY PREPETITION AGREEMENT, CONTRACT, OR LEASE PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE; OR (VI) A WAIVER OF THE PLAN ADMINISTRATOR'S RIGHTS UNDER THE BANKRUPTCY CODE OR ANY OTHER APPLICABLE LAW.**

Dated:  September 21, 2022
       St. Louis, Missouri

      Respectfully submitted,

      CARMODY MACDONALD P.C.

      */s/ Robert E. Eggmann*
      Robert E. Eggmann, #37374MO
      Christopher J. Lawhorn, #45713MO
      Thomas H. Riske, #61838MO
      120 S. Central Avenue, Suite 1800
      St. Louis, Missouri 63105
      Telephone:  (314) 854-8600
      Facsimile: (314) 854-8660
      Email: ree@carmodymacdonald.com
            cjl@carmodymacdonald.com
            thr@carmodymacdonald.com

      *Local Counsel to the Plan Administrator*
      -and-

      HALPERIN BATTAGLIA BENZIJA LLP
      Julie Dyas Goldberg
      Carrie E. Essenfeld
      Neal W. Cohen
      40 Wall Street, 37th Floor
      New York, New York 10005
      Telephone:  (212) 765-9100
      Email: jgoldberg@halperinlaw.net
            cessenfeld@halperinlaw.net
            ncohen@halperinlaw.net

      *Counsel to the Plan Administrator*